William M. Audet (CA 117456)
Adel A. Nadji (CA 232599)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556

*Attorneys for Plaintiff,*
MONTE RUSSELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE RUSSELL, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY,<br><br>Defendant. | CASE NO: 07–CV–3993–CW<br><br>**NOTICE OF FILING CONSENT TO BECOME A PARTY PLAINTIFF** |

**TO:    DEFENDANT WELLS FARGO AND COMPANY**

PLEASE TAKE NOTICE that the following hereby consents to become a party plaintiff in this action:

Monte Russell

Dated: August 6, 2007                                    Respectfully submitted,

AUDET & PARTNERS, LLP


 /s/ Adel A. Nadji
William M. Audet (CA 117456)
Adel A. Nadji (CA 232599)
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

T. Joseph Snodgrass
Kelly A. Swanson
LARSON • KING, LLP
2800 Wells Fargo Place
30 East 7th Street
St. Paul, MN 55101
Telephone: 651.312.6500
Facsimile: 651.312.6619

*Attorneys for Plaintiff*

## CONSENT TO BECOME A PARTY PLAINTIFF

**Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)**

I hereby consent to be a party plaintiff.

_____
Monte Russell

Dated: _April 26, 2007_

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Monte Russell v. Wells Fargo and Company; Case No. 07-cv-3993-CW

I am employed in the County of San Francisco, State of California; my business address is 221 Main Street, Suite 1460, San Francisco, California 94105. I am over the age of 18 and not a party to the within action. On this date I served the following documents:

**NOTICE OF FILING CONSENT TO BECOME A PARTY PLAINTIFF**

on the parties shown below:

Wells Fargo and Company
C/O Agent for Service of Process
CSC – Lawyers Incorporated Services
2730 Gateway Oaks Dr. Ste., 100
Sacramento, CA 95833

☐ (BY FAX) I am readily familiar with the firm's practice of facsimile transmission; on this date the above-referenced documents were transmitted, the transmission was reported as complete and without error and the report was properly issued.

☒ (BY MAIL) I am readily familiar with the firm's practice for the processing of mail; on this date, the above-referenced documents were placed for collection and delivery by the U.S. Postal Service following ordinary business practices.

☐ (BY OVERNIGHT DELIVERY) I am readily familiar with the firm's practice for the processing of documents for delivery services; on this date, the above-referenced documents were placed for collection and delivery following ordinary business practices.

☒ (BY ELECTRONIC FILING) On this date I provided the documents(s) listed above electronically through the Court's electronic filing service provider pursuant to the instructions on that website.

☒ Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

☒ State: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this 6TH day of AUGUST, 2007 at San Francisco, California.

_____