

1  William M. Audet (CA 117456)
   Adel A. Nadji (CA 232599)
2  AUDET & PARTNERS, LLP
   221 Main Street, Suite 1460
3  San Francisco CA 94105
   Telephone: 415.568.2555
4  Facsimile: 415.568.2556
   waudet@audetlaw.com
5  anadji@audetlaw.com

6  *Attorneys for Plaintiff*

7

8

9

10                    **UNITED STATES DISTRICT COURT**

11                  **NORTHERN DISTRICT OF CALIFORNIA**

12                         **OAKLAND DIVISION**

13  MONTE RUSSELL, on behalf of himself and)   Case No. C 07-3993 CW
    others similarly situated                )
14                                            )   **NOTICE OF FILING PROOF OF**
                                              )   **SERVICE OF SUMMONS AND**
15                      Plaintiffs,           )   **COMPLAINT**
                                              )
16  vs.                                       )
                                              )
17  WELLS FARGO AND COMPANY,                  )
                                              )
18                                            )
                        Defendant.            )
19                                            )
                                              )
20  ──────────────────────────────────────────)

21          TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

22  ATTACHED HERETO, as Exhibit A, is a notice of Filing Proof of service os Summons and

23  Complaint.

24

25  Dated: August 13, 2007                    AUDET & PARTNERS, LLP

26

27                                            _____

28                                            Adel A. Nadji

                                  1

1

2                         **PROOF OF SERVICE**

3                   **UNITED STATES DISTRICT COURT**

4                 **NORTHERN DISTRICT OF CALIFORNIA**

5                         **OAKLAND DIVISION**

6        I am employed in the County of San Francisco, State of California; my business address is
221 Main Street, Suite 1460, San Francisco CA 94105; I am over the age of 18 and not a party to the

7    within action. On this date I served the following document(s):

8           **NOTICE OF FILING PROOF OF SERVICE OF SUMMONS
            AND COMPLAINT**

9

10   on the interested parties in this action addressed as follows:

11

12       WELLS FARGO AND COMPANY
         C/O Agent for Service of Process
         CSC -- Lawyers Incorporated Services

13       2730 Gateway Oaks Dr., Ste. 100
         Sacramento, CA 95833

14

15   ☐   (BY FAX) I am readily familiar with the firm's practice of facsimile transmission; on this
         date the above-referenced documents were transmitted, the transmission was reported as

16       complete and without error and the report was properly issued.

17   ☒   (BY MAIL) I am readily familiar with the firm's practice for the processing of mail; on this
         date, the above-referenced documents were placed for collection and delivery by the U.S.

18       Postal Service following ordinary business practices.

19   I declare under penalty of perjury under the laws of the State of California that the above is true and
     correct.

20

21       Executed on this 13 day of August, 2007, at San Francisco, California.

22

23

24

25

26

27

28

                                            2

**Exhibit A**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Adel A Nadji, 232599<br>Audet & Partners, LLP<br>221 MAIN ST STE 1460<br>SAN FRANCISCO, CA 94105-1938 | | (415) 982-1776 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>8670 | | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Monte Russell

DEFENDANT:

Wells Fargo and Company

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 3993 CW |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet; Summons in a Civil Case for Wells Fargo and Company; Return of Service; Complaint for Damages for Violation of the Fair Labor Standards Act of 1938, Order Setting Initial Case Management Conference, Notice, Standing Order, EFC Registration, ADR information, Notice of Availability, Notice of Lawsuit, Waiver

2. Party Served:                    Wells Fargo and Company

# BY FAX

3. Person Served:                    CSC Corp - Rhonda McCarty - Person authorized to accept service of process

4. Date & Time of Delivery:          August 6, 2007          1:47 pm

5. Address, City and State:          2730 GATEWAY OAKS DR STE 100
                                     SACRAMENTO, CA 95833

6. Manner of Service:                Personal Service - By personally delivering copies.

---

Fee for Service: $ 14.95

Registered California process server.
County: SACRAMENTO
Registration No.:2006-06
Expiration: February 13, 2008

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on August 6, 2007 at Sacramento, California.

Signature: _____

Tyler Dimaria

FF# 6645682