1  William M. Audet (California State Bar No. 117456)
   Adel A. Nadji (California State Bar No. 232599)
2  AUDET & PARTNERS, LLP
   221 Main Street, Suite 1460
3  San Francisco, CA 94105
   anadji@audetlaw.com
4  Telephone: (415) 568-2555
   Facsimile: (415) 568-2556
5
   Attorneys for Plaintiff
6  MONTE RUSSELL

7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11
   MONTE RUSSELL, on behalf of          CASE NO. C 07-03993 CW
12 himself and others similarly situated,
                                         HONORABLE CLAUDIA WILKEN
13              Plaintiff,
                                         COURTROOM 2, 4th Floor
14       v.

15 WELLS FARGO & COMPANY,                **STIPULATION FOR EXTENSION
                                         OF TIME  TO FILE ANSWER OF
16              Defendant.               DEFENDANT WELLS FARGO &
                                         COMPANY**

17

18

19

20

21

22

23

24

25

26

27

28

1    THIS STIPULATION AND AGREEMENT is made and entered into by and
2    between Plaintiff and Defendant, Wells Fargo & Company, and applies to the lawsuit
3    captioned *Russell v. Wells Fargo & Company,* No. C 07 3993 CW (N.D. Cal.).

4        1.    Plaintiff filed this action on August 2, 2007, asserting claims pursuant to
5    29 U.S.C. § 216(b) of the Fair Labor Standards Act ("FLSA").

6        2.    According to proofs of service of summons, Plaintiff claims to have
7    served Defendant Wells Fargo & Company by personal service on August 6, 2007.

8        3.    Absent an extension and assuming proper service, Defendant would have
9    until August 27, 2007 to respond.

10        4.    The parties have conferred, and Defendant seeks a twenty-one (21) day
11    extension of time to answer Plaintiff's complaint.

12        5.    Plaintiff does not oppose the extension of time to answer the complaint,
13    so long as the extension does not prejudice the rights of Plaintiff, and others similarly
14    situated.

15        6.    There have been no previous extensions of time approved by or requested
16    by this Court.

17        7.    By entering into this stipulation, neither Plaintiff nor Defendant waive
18    any procedural or substantive rights they would otherwise have.

19        8.    This extension shall not extend or affect any existing deadlines set forth
20    in this Court's Order Setting Initial Case Management Conference and ADR Deadlines,
21    nor any other deadlines under the Federal Rules of Civil Procedure or the Local Rules
22    for the Northern District of California.

23        9.    Plaintiff, by and through his attorneys of record, and Defendant Wells
24    Fargo & Company, by and through its attorneys, hereby stipulate to extend Defendant's
25    time to answer an additional twenty-one (21) days.    Defendant's answer date is,
26    therefore, September 17th, 2007.

27

28

DATED: August 15, 2007          AUDET & PARTNERS, LLP

By: _____
                    ADEL A. NADJI

          William M. Audet
          Adel A. Nadji
          AUDET & PARTNERS, LLP
          221 Main Street, Suite 1460
          San Francisco, California  94105
          anadji@audetlaw.com
          Telephone:   (415) 568-2555
          Facsimile:   (415) 568-2556

          *Attorneys for Plaintiff*



DATED: August ___, 2007          WELLS FARGO & COMPANY
                                 LEGAL DEPARTMENT



By: _____
                    TIMOTHY N. GRUBB

          Timothy N. Grubb, Employment Counsel
          Wells Fargo Law Department
          333 South Grand Avenue, Suite 1040
          Los Angeles, California 90071
          MAC E2064-106
          Telephone:   (213) 253-7121
          Facsimile:   (213) 617-8340

          *Attorney for Defendant*

STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER

1     DATED: August ___, 2007      AUDET & PARTNERS, LLP

2

3

4                               By: _____

                                          ADEL A. NADJI

5                                William M. Audet

6                                Adel A. Nadji

                               AUDET & PARTNERS, LLP

7                                221 Main Street, Suite 1460

                               San Francisco, California  94105

8                                anadji@audetlaw.com

                               Telephone:   (415) 568-2555

9                                Facsimile:   (415) 568-2556

10                                *Attorneys for Plaintiff*

11

12

13

14     DATED: August 15, 2007       WELLS FARGO & COMPANY

                                    LEGAL DEPARTMENT

15

16

17                                By: _____

                                     TIMOTHY N. GRUBB

18

19                                Timothy N. Grubb, Employment Counsel

                               Wells Fargo Law Department

20                                333 South Grand Avenue, Suite 1040

                               Los Angeles, California 90071

21                                MAC E2064-106

22                                Telephone:   (213) 253-7121

                               Facsimile:   (213) 617-8340

23

24                                *Attorney for Defendant*

25

26

27

28

24236_1                            - 3 -

STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER

**PROOF OF SERVICE**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

I am employed in the County of San Francisco, State of California; my business address is 221 Main Street, Suite 1460, San Francisco, California 94105. I am over the age of 18 and not a party to the within action. On this date I served the following documents:

**STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER OF DEFENDANT WELLS FARGO & COMPANY**

on the parties shown below:

Timothy N. Grubb, Employment Counsel
Wells Fargo Law Department
333 South Grand Avenue, Suite 1040
Los Angeles, California 90071
Telephone:    (213) 253-7121
Facsimile:    (213) 617-8340
Timothy.N.Grubb@wellsfargo.com

[X] (BY FAX) I am readily familiar with the firm's practice of facsimile transmission; on this date the above-referenced documents were transmitted, the transmission was reported as complete and without error and the report was properly issued.

[X] (BY ELECTRONIC FILING) On this date I provided the documents(s) listed above electronically through the Court's electronic filing service provider pursuant to the instructions on that website.

[ ] (BY E-MAIL) On this date, the above-referenced documents were converted to electronic files and e-mailed to the addresses shown.

[ ] (BY PERSONAL SERVICE) I caused the above documents to be delivered by hand pursuant to CCP § 1011.

[X] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

[X] State: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this 15th day of August, 2007 at San Francisco, California.