Shawn M. Raiter (Minnesota State Bar No.: 240424)
e-mail: sraiter@larsonking.com
LARSON • KING, LLP
30 7th Street East, Suite 2800
Saint Paul, MN 55101
Telephone:    (651) 312-6518
Facsimile:    (651) 312-6618

Attorneys for Plaintiffs,
MONTE RUSSELL

FILED

AUG 1 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Fee
pd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE RUSSELL, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO AND COMPANY,<br><br>Defendant. | Case No.: C-07-3993-CW<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil Local Rule 11-3, Shawn M. Raiter hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the Plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the state bar of Minnesota and of the United States District Courts for the District of Minnesota as well as a member in good standing of the state bars of Wisconsin, Iowa and North Dakota;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-

counsel in the above-entitled action. The name, address and telephone number of those attorneys are: William M. Audet and Adel Nadji, AUDET & PARTNERS, LLP, 221 Main Street, Suite 1460, San Francisco, California 94105, (415) 568-2555.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/13/07

Shawn M. Raiter

1208711