T. Joseph Snodgrass (Minnesota State Bar No.: 231071)
e-mail: jsnodgrass@larsonking.com
LARSON • KING, LLP
30 7th Street East, Suite 2800
Saint Paul, MN 55101
Telephone:  (651) 312-6510
Facsimile:  (651) 312-6618

Attorneys for Plaintiffs,
MONTE RUSSELL

**FILED**

AUG 1 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Fee Pd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE RUSSELL, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO AND COMPANY,<br><br>Defendant. | Case No.: C-07-3993-CW<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil Local Rule 11-3, T. Joseph Snodgrass hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the state bar of Minnesota and of the United States District Courts for the District of Minnesota, Eastern District of Wisconsin, and the District of Arizona;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who

---

maintains an office within the State of California has been designated as co-counsel in the above- entitled action. The name, address and telephone number of those attorneys are: William M. Audet and Adel Nadji, AUDET & PARTNERS, LLP, 221 Main Street, Suite 1460, San Francisco, California 94105, (415) 568-2555.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/14/07

T. Joseph Snodgrass

1208707