Kelly A. Swanson (Minnesota State Bar No.: 330838)
e-mail: kswanson@larsonking.com
LARSON • KING, LLP
30 7th Street East, Suite 2800
Saint Paul, MN 55101
Telephone:   (651) 312-6565
Facsimile:   (651) 312-6618

Attorneys for Plaintiffs,
MONTE RUSSELL

**FILED**

AUG 1 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Fee Pd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE RUSSELL, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO AND COMPANY,<br><br>Defendant. | Case No.: C-07-3993-CW<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil Local Rule 11-3, Kelly A. Swanson hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the state bar of Minnesota and of the United States District Courts for the District of Minnesota;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of

1  those attorneys are: William M. Audet and Adel Nadji, AUDET & PARTNERS,
2  LLP, 221 Main Street, Suite 1460, San Francisco, California 94105, (415) 568-
3  2555.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Aug. 13, 2007

Kelly A. Swanson

1208708