1 | T. Joseph Snodgrass (Minnesota State Bar No.: 231071)
    e-mail: jsnodgrass@larsonking.com
2 | LARSON • KING, LLP
    30 7th Street East, Suite 2800
3 | Saint Paul, MN 55101
    Telephone: (651) 312-6510
4 | Facsimile: (651) 312-6618

**RECEIVED**
AUG 1 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

5 | Attorneys for Plaintiffs,
    MONTE RUSSELL

**FILED**
AUG 1 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONTE RUSSELL, on behalf of himself and others similarly situated,

    Plaintiff,

v.

WELLS FARGO AND COMPANY,

    Defendant.

Case No.: C-07-3993-CW

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

T. Joseph Snodgrass, an active member in good standing of the bar of the State of Minnesota, whose business address and telephone number is Larson • King, LLP, 2800 Wells Fargo Place, 30 East Seventh Street, St. Paul, MN 55101, (651) 312-6500, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff(s).

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

///

Dated _____AUG 1 7 2007_____.

BY THE COURT:

_____
Unites States ~~Magistrate~~ Judge
District

1208710

(Proposed) Order Granting Application for Admission *Pro Hac Vice*
Case No. C-07-3993-CW

Page 1