Kelly A. Swanson (Minnesota State Bar No.: 330838)
e-mail: kswanson@larsonking.com
LARSON • KING, LLP
30 7th Street East, Suite 2800
Saint Paul, MN 55101
Telephone:   (651) 312-6500
Facsimile:   (651) 312-6618

Attorneys for Plaintiffs,
MONTE RUSSELL

RECEIVED
AUG 16 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
AUG 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
OAKLAND, CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE RUSSELL, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO AND COMPANY,<br><br>Defendant. | Case No.: C-07-3993-CW<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Kelly A. Swanson, an active member in good standing of the bar of the State of Minnesota, whose business address and telephone number is Larson • King, LLP, 2800 Wells Fargo Place, 30 East Seventh Street, St. Paul, MN 55101, (651) 312-6500, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff(s).

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

///
Dated  AUG 17 2007                BY THE COURT:

1208709                           _____
                                  Unites States ~~Magistrate~~ District Judge