UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MONTE RUSSELL, on behalf of himself and
others similarly situated,

       Plaintiff,

v.

WELLS FARGO AND COMPANY,

       Defendant.

Case No.: C 07 3993 CW

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

*(1)* Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

*(2)* Discussed the available dispute resolution options provided by the Court and private entities; and

*(3)* Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Oct 15, 2007

_____
[Party]

Dated: Oct. 15, 2007

_____
[Counsel]

**PROOF OF SERVICE**

UNITED STATES DISTRICT COUR    )
                                ) ss:
COUNTY OF ORANGE                )

I am employed in the County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is Hodel Briggs Winter LLP, 8105 Irvine Center Drive, Suite 1400, Irvine, CA 92618.

On **October 16, 2007**, I served the foregoing document(s) described as: **ADR CERTIFICATION BY PARTIES AND COUNSEL** on the interested parties by placing a true copy thereof in a sealed envelope(s) addressed as follows:

| William M. Audet (State Bar No. 117456) <br> Adel A. Nadji (State Bar No. 232599) <br> AUDET & PARTNERS, LLP <br> 221 Main Street, Suite 1460 <br> San Francisco, California 94105 <br> ANadji@audetlaw.com <br> Telephone: (415) 568-2555 <br> Facsimile: (415) 568-2556 | T. Joseph Snodgrass (Pro Hac Vice pending) <br> Kelly A. Swanson (Pro Hac Vice pending) <br> LARSON KING, LLP <br> 2800 Wells Fargo Place <br> 30 East 7th Street <br> St. Paul, Minnesota 55101 <br> Telephone: (651) 312-6500 <br> Facsimile: (651) 312-6619 |
|---|---|

☒ **VIA U.S. MAIL:**

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on October 16, 2007 with postage thereon fully prepaid, at Irvine, California.

☐ **VIA OVERNIGHT MAIL:**

VIA UPS: By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

☒ **VIA ELECTRONIC MAIL:**

Pursuant to C.R.C. 2060, I served the foregoing document described by emailing to it each of the aforementioned electronic mail addresses and the transmission was reported as complete and without error. My email address is mpace@hbwllp.com.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 16, 2007, at Irvine, California.

_/s/ Michele A. Pace_