William M. Audet (California State Bar No. 117456)
Adel A. Nadji (California State Bar No. 232599)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
anadji@audetlaw.com
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

T. Joseph Snodgrass (*Pro Hac Vice*)
jsnodgrass@larsonking.com
Kelly A. Swanson (*Pro Hac Vice*)
kswanson@larsonking.com
LARSON KING, LLP
2800 Wells Fargo Place
30 East 7th Street
St. Paul, Minnesota 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6619

Attorneys for Plaintiff
MONTE RUSSELL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE RUSSELL, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY,<br><br>Defendant. | CASE NO. C 07-03993 CW<br><br>HONORABLE CLAUDIA WILKEN<br><br>COURTROOM 2, 4th Floor<br><br>**STIPULATION FOR CONTINUATION OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

24236_1

- 1 -

THIS STIPULATION AND AGREEMENT is made and entered into by and between Plaintiff Monte Russell ("Plaintiff") and Defendant Wells Fargo & Company ("Defendant") and applies to the lawsuit captioned *Russell v. Wells Fargo & Company*, No. C-07-3993 CW (N.D. Cal.).

1. Plaintiff filed this action on August 2, 2007, asserting claims pursuant to 29 U.S.C. § 216(b) of the Fair Labor Standards Act.

2. On September 27, October 15, and October 26, 2007, Plaintiff and Defendant conferred pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Local Rule 16-9 and the Court's Order Setting Initial Case Management Conference and ADR Deadlines.

3. The parties have an agreement to mediate this action and have agreed to a course of action to prepare for mediation. The parties have conferred regarding an appropriate date for mediation of this action such that the parties have sufficient time to prepare for mediation and have agreed that the mediation will take place during the first quarter of 2008. Because the calendars of many individuals are involved, including counsel for both parties, the parties themselves and a private mediator, agreement to a precise date has not yet been reached.

4. The parties have discussed and agreed to an informal exchange of documents and information prior to mediation. The parties agree that this informal exchange of information is more productive and efficient for purposes of mediation than formal discovery.

5. In addition, the parties have agreed to toll the statute of limitations for claims raised in the Complaint for the putative collective action members to ensure that no putative collective action members will be prejudiced by this agreement of the parties to mediate.

6. Your Honor issued an Order on October 25, 2007, *inter alia*, referring this case to private ADR to be held by the deadline of ninety (90) days from the date of the Order.

STIPULATION FOR CONTINUATION OF CMC AND [PROPOSED] ORDER

7. The parties further agree that it would be most effective to continue the scheduled Case Management Conference in this matter to a date within 30 days following the mediation at which point the parties will either (a) inform the Court that the matter has been resolved and propose a timeline for approval of the settlement and dismissal of the action; or (b) inform the Court that the case has not resolved and propose an appropriate scheduling order.

8. Based on the forgoing, Plaintiff, by and through his attorneys of record, and Defendant Wells Fargo & Company, by and through its attorneys, hereby stipulate to continue the Case Management Conference.

DATED: November 1, 2007        AUDET & PARTNERS, LLP

By: _____
         ADEL A. NADJI

William M. Audet
Adel A. Nadji
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, California 94105
anadji@audetlaw.com
Telephone:  (415) 568-2555
Facsimile:   (415) 568-2556

*Attorneys for Plaintiff*

DATED: November 1, 2007        HODEL BRIGGS WINTER LLP

By: _____
         GLENN L. BRIGGS

Glenn L. Briggs
Theresa A. Kading
HODEL BRIGGS WINTER LLP
8105 Irvine Center Drive, Suite 1400
Irvine, California 92618
Telephone:  (949) 450-8040
Facsimile:   (949) 450-8033

*Attorneys for Defendant*

STIPULATION FOR CONTINUATION OF CMC AND [PROPOSED] ORDER

1  [Proposed] ORDER

2  PURSUANT TO THE STIPULATION, IT IS SO ORDERED; the Case
3  Management Conference, which was previously scheduled to be held at 2:00 p.m., on
4  November 6, 2007 in Courtroom 2, Oakland, California has been continued and will be
5  held at 2:00 p.m. on   4/8/08 @ 2:00 p.m.   , 2008 in the above entitled Court.

7  Date: November 5, 2007        _____
8                                  The Honorable Claudia Wilken

## PROOF OF SERVICE

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of San Francisco, State of California; my business address is 221 Main Street, Suite 1460, San Francisco, California 94105. I am over the age of 18 and not a party to the within action. On this date I served the following documents:

**STIPULATION FOR CONTINUATION OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

on the parties shown below:

Glenn L. Briggs
Theresa A. Kading
HODEL BRIGGS WINTER LLP
8105 Irvine Center Drive, Suite 1400
Irvine, California 92618
Telephone:   (949) 450-8040
Facsimile:   (949) 450-8033
*Attorneys for Defendant*

[X] (BY FAX) I am readily familiar with the firm's practice of facsimile transmission; on this date the above-referenced documents were transmitted, the transmission was reported as complete and without error and the report was properly issued.

[X] (BY ELECTRONIC FILING) On this date I provided the documents(s) listed above electronically through the Court's electronic filing service provider pursuant to the instructions on that website.

[ ] (BY E-MAIL) On this date, the above-referenced documents were converted to electronic files and e-mailed to the addresses shown.

[ ] (BY PERSONAL SERVICE) I caused the above documents to be delivered by hand pursuant to CCP § 1011.

[X] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

[X] State: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this 1st day of November, 2007 at San Francisco, California.

Hannah Weinberg