1  William M. Audet (California State Bar No. 117456)
   Adel A. Nadji (California State Bar No. 232599)
2  AUDET & PARTNERS, LLP
   221 Main Street, Suite 1460
3  San Francisco, CA 94105
   anadji@audetlaw.com
4  Telephone: (415) 568-2555
   Facsimile:  (415) 568-2556
5
   T. Joseph Snodgrass (*Pro Hac Vice*)
6  jsnodgrass@larsonking.com
   Kelly A. Swanson (*Pro Hac Vice*)
7  kswanson@larsonking.com
   LARSON KING, LLP
8  2800 Wells Fargo Place
   30 East 7th Street
9  St. Paul, Minnesota 55101
   Telephone:  (651) 312-6500
10 Facsimile:   (651) 312-6619

11 Attorneys for Plaintiff
   MONTE RUSSELL

12

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| 16  MONTE RUSSELL, on behalf of himself and others similarly situated, | |
| 17 | |
| 18              Plaintiff, | CASE NO. C 07-03993 CW |
| 19       v. | **STIPULATION AS TO FORM AND DISSEMINATION OF COLLECTIVE ACTION NOTICE AND CONTINUATION OF CASE MANAGEMENT CONFERENCE, AND ORDER** |
| 20  WELLS FARGO & COMPANY, | |
| 21              Defendant. | |

22

23

24         THIS STIPULATION AND AGREEMENT is made and entered into by and
25 between Plaintiff Monte Russell ("Plaintiff") and Defendant Wells Fargo Bank, N.A.
26 (erroneously sued herein as "Wells Fargo & Company") ("Defendant") and applies to the
27 lawsuit captioned *Russell v. Wells Fargo & Company,* No. C-07-3993 CW (N.D. Cal.).
28

                                              1

1. Plaintiff filed this action on August 2, 2007, asserting claims pursuant to 29 U.S.C. § 216(b) of the Fair Labor Standards Act ("FLSA").

2. The parties have an agreement to mediate this action and have agreed to a course of action to prepare for mediation.

3. The parties have discussed, agreed to, and commenced an informal exchange of documents and information prior to mediation. The parties agree that this informal exchange of information is more productive and efficient for purposes of mediation than formal discovery.

4. In addition, the parties have agreed to toll the statute of limitations for claims raised in the Complaint for the putative collective action members until the completion of the opt-in notice period to ensure that no putative collective action members will be prejudiced by this agreement of the parties to mediate. Furthermore, the parties have also agreed to toll the statute of limitations for claims raised in the Complaint on behalf of individuals falling within the following definition until 30 days after the mediation process is completed:

> All present or former Technology Information Group employees of Wells Fargo Bank, N.A., who held the position of PC/LAN Engineer 3, PC/LAN Engineer 4, or PC/LAN Engineer 5, who were paid a salary and were treated as exempt from the laws requiring payment of overtime at any time from November 1, 2004, to the present, who have received a payment of back pay from Wells Fargo Bank, N.A.

5. On November 1, 2007, the parties filed a Stipulation for Continuation of Case Management Conference (ECF No. 19), wherein the parties agreed that within 30 days of the parties' mediation they would either: (a) inform the Court that the matter had been resolved and propose a timeline for approval of the settlement and dismissal of the action; or (b) inform the Court that the case had not resolved and propose an appropriate scheduling order.

6. Pursuant to the parties' Stipulation, Your Honor issued an Order on

November 5, 2007 (ECF No. 20), continuing the Case Management Conference in this action, which was previously scheduled to be held at 2:00 p.m., on November 6, 2007 in Courtroom 2, Oakland, California, to April 8, 2008 at 2:00 p.m. in the above-entitled Court.

7. Subsequent to Your Honor's November 5, 2007 Order, the parties conferred regarding an appropriate date for mediation of this action such that the parties have sufficient time to prepare for mediation and have agreed that the mediation will take place June 18, 2008 with mediator Gig Kyriacou.

8. The parties agree that notice of this putative collective action should issue to individuals who meet the following definition:

> Current and former Technology Information Group employees of Wells Fargo & Company and Wells Fargo Bank, N.A., who held the position of PC/LAN Engineer 3 or PC/LAN Engineer 4, who were paid a salary and treated as exempt from the laws requiring overtime for some period of time after November 1, 2004, and who have not received any payment of back pay from Wells Fargo Bank, N.A.

9. The parties agree as to the content and form of the Notice of Collective Action Claims under the Fair Labor Standards Act, attached hereto as Exhibit A.

10. The parties agree that Rust Consulting, Inc. ("Rust") shall be responsible for the dissemination of the agreed-upon Notice, subject to the Court's approval.

11. The parties agree that within five (5) days after entry of the Court's order approving the content, form and dissemination of notice, Defendant shall search its records and provide directly to Rust a complete list containing the names and current or last known addresses of all persons believed to be putative collective action members (the "Class List").

12. The parties further agree that Notice should be mailed to all current and former employees meeting the definition referenced above in Paragraph 8 by first class mail within five (5) days after receipt by Rust of certification from Defendant that

3

Defendant has provided Rust with an entire and complete Class List, unless otherwise ordered by the Court. Notice shall be mailed to putative collective action members using the most current mailing address information from Defendant's records as of the time of mailing.

13. The parties agree that Rust shall use reasonable means to locate addresses for putative collective action members in the event any of the mailed notices are returned to sender. The parties further agree that Defendant shall cooperate with Rust in all aspects of locating putative collective action members, including providing social security numbers for those putative collective action members whose mailed notices are returned to sender.

14. The parties agree that putative collective action members shall have a period of 45 days from the date on which Notice is disseminated, within which they may opt-in to the collective action.

15. The parties agree that Rust shall immediately provide copies of any opt-in consent forms to counsel for both parties.

16. In light of the foregoing, the parties further agree that it would be most effective to continue the scheduled Case Management Conference in this matter to a date subsequent to July 15, 2008.

17. Based on the foregoing, Plaintiff, by and through his attorneys of record, and Defendant Wells Fargo Bank, N.A., by and through its attorneys, hereby stipulate to:

    A. Dissemination of the Notice of Collective Action Claims under the Fair Labor Standards Act, attached hereto as Exhibit A or as otherwise approved by the Court, to individuals falling within the definition set forth in Paragraph 8 above and in the manner agreed to by the parties elsewhere herein; and

    B. Continue the Case Management Conference.

1

2   DATED: March 27, 2008    AUDET & PARTNERS, LLP

3                                          By: _____
4                                                   ADEL A. NADJI

5                                          William M. Audet
    Adel A. Nadji
6                                          AUDET & PARTNERS, LLP
    221 Main Street, Suite 1460
7                                          San Francisco, California  94105
    anadji@audetlaw.com
8                                          Telephone:   (415) 568-2555
    Facsimile:    (415) 568-2556
9

10                                         *Attorneys for Plaintiff*

11

12  DATED: March 26, 2008       HODEL BRIGGS WINTER LLP

13

14                                         By: _____
15                                                   GLENN L. BRIGGS

16                                         Glenn L. Briggs
    Theresa A. Kading
17                                         HODEL BRIGGS WINTER LLP
18                                         8105 Irvine Center Drive, Suite 1400
    Irvine, California 92618
19                                         Telephone:   (949) 450-8040
    Facsimile:    (949) 450-8033
20

21                                         *Attorneys for Defendant*

22

23

24  lk: 1226029

25

26

27

28

5

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

1. The Notice attached as Exhibit A shall be mailed to all current and former employees of Defendant meeting the following definition:

   > Current and former Technology Group employees of Wells Fargo & Company and Wells Fargo Bank, N.A., who held the position of PC/LAN Engineer 3 or PC/LAN Engineer 4, who were paid a salary and treated as exempt from the laws requiring overtime for some period of time after November 1, 2004, and who have not received any payment of back pay from Wells Fargo Bank, N.A.

2. Rust Consulting, Inc. ("Rust") shall be responsible for the dissemination of notice to putative collective action members.

3. Within five (5) days after entry of this Order, Defendant shall search its records and provide directly to Rust a complete list containing the names and current or last known addresses of all persons believed to be putative collective action members (the "Class List").

4. The Notice shall be mailed by Rust to all current and former employees meeting the definition in Paragraph 1 by first class mail within five (5) days after receipt by Rust of certification from Defendant that Defendant has provided Rust with an entire and complete Class List. Notice shall be mailed to putative collective action members using the most current mailing address information from Defendant's records as of the time of mailing.

5. Rust will use reasonable means to locate addresses for putative collective action members in the event any of the mailed notices are returned to sender. Defendant shall cooperate with Rust in all aspects of locating putative collective action members, including providing social security

numbers for those putative collective action members whose mailed notices are returned to sender.

6. All putative collection action members must opt in by mailing their consent forms to Rust no later than forty-five (45) days from the date that Notice is first mailed, or thirty (30) days from the date that Notice is re-mailed a second time due to a prior bad address, to putative collective action members.

7. The Case Management Conference, which was previously scheduled to be held at 2:00 p.m., on April 8, 2008 in Courtroom 2, Oakland, California has been continued and will be held at 2:00 p.m. on July 22, 2008 in the above entitled Court.

Date: April 7, 2008

_____
The Honorable Claudia Wilken