Kelly M. Dermody (Cal. Bar No. 171716)
Jahan C. Sagafi (Cal. Bar No. 224887)
LIEFF, CABRASER, HEIMANN &
 BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

Richard C. Haber (Ohio Bar No. 0046788)
Laura L. Volpini (Ohio Bar No. 0075505)
HABER POLK LLP
Eaton Center, Suite 620
1111 Superior Avenue
Cleveland, Ohio 44114
Telephone:  (216) 241-0700
Facsimile:   (216) 241-0739
E-Mail: rhaber@haberpolk.com
E-Mail: lvolpini@haberpolk.com

*Attorneys for Movants Martin Lewis and Aaron Cooper*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| MONTE RUSSELL, on behalf of himself and others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO & CO.,<br><br>　　　　　Defendant. | Case No. 07-3993 CW<br><br>**DECLARATION OF JAHAN C. SAGAFI IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED <u>PURSUANT TO LOCAL RULE 3-12</u>**<br><br>The Honorable Claudia Wilken |
| MARTIN LEWIS and AARON COOPER, on behalf of themselves and a class of those similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO & CO.,<br><br>　　　　　Defendant. | Case No. 08-2670 JCS |

765203.1 　　　　　- 1 -　　　　　DEC. OF JAHAN C. SAGAFI ISO ADMIN. MOT. TO
CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 07-3993 CW

1    I, Jahan C. Sagafi, declare as follows:

2    1.    I am a partner with the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP in San Francisco, California and am admitted to practice before this Court.  I am counsel for Movants Martin Lewis and Aaron Cooper ("Movants"), who are plaintiffs in *Lewis v. Wells Fargo & Co.*, Case No. 08-2670 JCS (N.D. Cal.) ("*Lewis*").  I submit this Declaration in support of Movant's Administrative Motion to Consider Whether Cases Should be Related.

3    2.    On August 6, 2007, Plaintiff Monte Russell filed a complaint in the Northern District of California alleging that Wells Fargo has misclassified several hundred technical support workers, including those with the title of PC/LAN Engineers, as exempt from the overtime pay requirements of the Fair Labor Standards Act ("FLSA").  This case is styled *Russell v. Wells Fargo & Co.*, Case No. 07-3993 CW (N.D. Cal.) ("*Russell*").

4    3.    On May 28, 2008, Movants filed the *Lewis* complaint in the Northern District of California alleging that Wells Fargo has misclassified several hundred technical support workers, excluding those with the title of PC/LAN Engineers, as exempt from the overtime pay requirements of the FLSA.  Movants are in the process of serving Wells Fargo with the complaint, summons, and accompanying documents.

5    4.    *Russell* is the lowest numbered complaint in the Northern District of California making allegations of this nature of which Movants are aware.

6    5.    Civil Local Rule 3-12 requires that an Administrative Motion to Consider Whether Cases Should be Related be promptly filed.  Accordingly, and as Wells Fargo is in the process of being served with the *Lewis* complaint, a stipulation could not be obtained prior to filing Movants' Administrative Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 29th day of May, 2008 at New York, New York.

*/s/ Jahan C. Sagafi*
Jahan C. Sagafi