1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| MONTE RUSSELL, on behalf of himself and others similarly situated,<br><br>           Plaintiff,<br><br>     v.<br><br>WELLS FARGO & CO.,<br><br>           Defendant. | Case No. 07-3993 CW<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| MARTIN LEWIS and AARON COOPER, on behalf of themselves and a class of those similarly situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>WELLS FARGO & CO.,<br><br>           Defendant. | Case No. 08-2670 JCS |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   Movants Martin Lewis and Aaron Cooper ("Movants"), who are plaintiffs in *Lewis v. Wells Fargo & Co.*, Case No. 08-2670 JCS, have filed an Administrative Motion To Consider Whether Cases Should Be Related (hereinafter "Administrative Motion"), pursuant to Civil Local Rule 3-12.  Movants request that the *Lewis* case be deemed related to the instant case ("*Russell*") and reassigned to the undersigned.

The time for filing an opposition or statement of support has passed.  Having considered the papers and pleadings on file, and good cause appearing, the Court hereby GRANTS the Administrative Motion.

IT IS ORDERED that the following cases are related:

(1) *Russell v. Wells Fargo & Co.*, Case No. 07-3993 CW, and

(2) *Lewis v. Wells Fargo & Co.*, Case No. 08-2670 JCS

IT IS ORDERED that the *Lewis* case is reassigned to the undersigned.

**It is so ORDERED.**

_____
Honorable Claudia Wilken
United States District Court

765179.1

[PROPOSED] ORDER GRANTING ADMIN. MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 07-3993 CW