1  GLENN L. BRIGGS (SB# 174497)
   THERESA A. KADING (SB# 211469)
2  HODEL BRIGGS WINTER LLP
   8105 Irvine Center Drive, Suite 1400
3  Irvine, California 92618
   Telephone: (949) 450-8040
4  Facsimile:  (949) 450-8033

5  Attorneys for Defendant
   WELLS FARGO BANK, N.A. (erroneously sued herein as
6  WELLS FARGO & COMPANY)

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | MONTE RUSSELL, on behalf of himself and others similarly situated, | CASE NO. C 07-03993 CW |
|---|---|---|
| 12 | Plaintiff, | JUDGE CLAUDIA WILKEN COURTROOM 2 |
| 13 | vs. | **[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| 14 | WELLS FARGO & COMPANY, | |
| 15 | | |
| 16 | Defendants. | Complaint filed:  August 2, 2007 |
| 17 | | Trial Date:  None set |
| 18 | | |
| 19 | MARTIN LEWIS and AARON COOPER, on behalf of themselves and a class of those similarly situated, | CASE NO. 08-2670 JCS |
| 20 | | JUDGE JOSEPH C. SPERO COURTROOM A |
| 21 | Plaintiffs, | |
| 22 | vs. | **[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| 23 | WELLS FARGO & CO., | |
| 24 | Defendants. | Complaint filed:  May 28, 2008 |
| 25 | | Trial Date:  None set |

26

27

28

30994

Plaintiffs Martin Lewis and Aaron Cooper in the above-captioned Lewis case (hereinafter, "the Lewis plaintiffs") have filed an Administrative Motion to Consider Whether Cases Should Be Related seeking that the above-captioned actions be deemed related and assigned to the same department (hereinafter, "the Administrative Motion").

After consideration of the Administrative Motion, all pleadings filed in support and opposition thereof, and the record in this matter, good cause appearing, the Court hereby DENIES the Lewis plaintiffs' Administrative Motion.

DATED: June ___, 2008

                                                  JUDGE, UNITED STATES DISTRICT COURT