1    Kelly M. Dermody (Cal. Bar No. 171716)
     Jahan C. Sagafi (Cal. Bar No. 224887)
2    LIEFF, CABRASER, HEIMANN &
       BERNSTEIN, LLP
3    275 Battery Street, 30th Floor
     San Francisco, CA 94111-3339
4    Telephone:  (415) 956-1000
     Facsimile:   (415) 956-1008
5    E-Mail: kdermody@lchb.com
     E-Mail: jsagafi@lchb.com
6
     Richard C. Haber (Ohio Bar No. 0046788)
7    Laura L. Volpini (Ohio Bar No. 0075505)
     HABER POLK LLP
8    Eaton Center, Suite 620
     1111 Superior Avenue
9    Cleveland, Ohio 44114
     Telephone:  (216) 241-0700
10   Facsimile:  (216) 241-0739
     E-Mail: rhaber@haberpolk.com
11   E-Mail: lvolpini@haberpolk.com

12   *Attorneys for Movants Martin Lewis and Aaron Cooper*

13              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
14            SAN FRANCISCO / OAKLAND DIVISION

15   MONTE RUSSELL, on behalf of himself          Case No. 07-3993 CW
     and others similarly situated,
16
                    Plaintiff,                    **SUPPLEMENTAL DECLARATION OF
17                                                JAHAN C. SAGAFI IN SUPPORT OF
            v.                                    ADMINISTRATIVE MOTION TO
18                                                CONSIDER WHETHER CASES SHOULD
     WELLS FARGO & CO.,                           BE RELATED PURSUANT TO LOCAL
19                                                RULE 3-12**
                    Defendant.
20                                                The Honorable Claudia Wilken

21

     MARTIN LEWIS and AARON COOPER,               Case No. 08-2670 JCS
22   on behalf of themselves and a class of
     those similarly situated,
23
                    Plaintiffs,
24
            v.
25
     WELLS FARGO & CO.,
26
                    Defendant.
27

28

1    I, Jahan C. Sagafi, declare as follows:

2        1.    I am a partner with the law firm of Lieff, Cabraser, Heimann & Bernstein,

3    LLP in San Francisco, California and am admitted to practice before this Court.  I am counsel for

4    Movants Martin Lewis and Aaron Cooper ("Movants"), who are plaintiffs in *Lewis v. Wells*

5    *Fargo & Co.*, Case No. 08-2670 JCS (N.D. Cal.) ("*Lewis*").  I submit this Supplemental

6    Declaration in support of Movants' Administrative Motion to Consider Whether Cases Should be

7    Related.

8        2.    Attached hereto as Exhibit A is a true and correct copy of the Proof of

9    Service, dated May 30, 2008, at 1:00 p.m., showing that the pending Administrative Motion,

10   Declaration, and Proposed Order were personally served on Wells Fargo's agent for service of

11   process.

12       3.    I have spoken with counsel for the *Russell* Plaintiffs, who informed me that

13   they have no objection to the pending Administrative Motion.

14       I declare under penalty of perjury under the laws of the United States that the

15   foregoing is true and correct. Executed this 6th day of June, 2008 at New York, New York.

16                                */s/ Jahan C. Sagafi*
17                                Jahan C. Sagafi

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) | | | | FOR COURT USE ONLY |
|---|---|---|---|---|

KELLY M. DERMODY (CAL BAR NO. 171716)    (415) 956-1000
JAHAN C. SAGAFI (CAL BAR NO. 224887)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CA 94111-3339
**Attorney(s) for:** MOVANTS LEWIS and AARON COOPER
Ref: 3021608

UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

MONTE RUSSELL, on behalf of himself and others similarly situated
vs. WELLS FARGO & CO.,

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT | CASE NUMBER: 07-3993 CW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULE 3-12; DECLARATION OF JAHAN C. SAGAFI IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PUSUANT TO LOCAL RULE 3-12; [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO LOCAL RULE 3-13; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATIVE JUDGE FOR TRIAL; (BLANK) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; (BLANK) DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL STANDING ORDERS FOR MAGISTRATIVE JUDGE JOSEPH C. SPERO; (BLANK) STANDING ORDER RE: CASE MANAGEMENT CONFERENCE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF RULE DISCONTINUING SERVICE BY MAIL; ECF REGISTRATION INFORMATION HANDOUT; IN ADDITION TO THE LOCALS, THE FOLLWING GUIDELINES HAVE BEEN PROVIDED TO ENSURE THAT THE FILING PROCESS IS ACCOMPLISHED WITH EAST AND ACCURACY

2. a. Party served:    WELLS FARGO & CO.

   b. Witness served:    BECKY DEGEORGE, ACCEPTED SERVICE OF PROCESS ON BEHALF OF WELLS FARGO & CO.

   c. Address:    2730 GATEWAY OAKS DRIVE, SUITE 100
   SACRAMENTO, CA 95833

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:

(1) on:    05-30-08    (2) at:    1:00PM

4. I received this documents for service on (date):

5. Person serving:
ALBERTO REYES
NATIONWIDE LEGAL, INC,
1255 POST STREET, SUITE #500
SAN FRANCISCO, CALIFORNIA 94109
(415) 351-0400

a. Fee for service $

d. Registered California process server
(1) Employee or independent contractor
(2) Registration No.: 631-01
(3) County : SAN FRANCISCO

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Date: June 4, 2008

Rule 982(a)(23) Judicial Council of California

PROOF OF SERVICE