**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONTE RUSSELL,

    Plaintiff,

  v.

WELLS FARGO AND COMPANY,

    Defendant.
                                          /

No. C 07-03993 CW

CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE

    Notice is hereby given that the Case Management Conference, previously set for July 22, 2008, is continued to **September 16, 2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612. An updated Case Management Statement will be due one week prior to the conference.

Dated: 6/25/08

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk