1  William M. Audet (CA 117456)
   Adel A. Nadji (CA 232599)
2  AUDET & PARTNERS, LLP
   221 Main Street, Suite 1460
3  San Francisco, CA 94105
   Telephone: 415.568.2555
4  Facsimile: 415.568.2556

5  T. Joseph Snodgrass, Pro Hac Vice
   Shawn M. Raiter, Pro Hac Vice
6  Kelly A. Swanson, Pro Hac Vice
   LARSON KING, LLP
7  30 E. 7th Street, Suite 2800
   Saint Paul, MN 55101
8  Telephone: 651-312-6500
   Facsimile: 651-312-6618
9

10
   *Attorneys for Plaintiffs and*
11 *The Class Members*

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

| MONTE RUSSELL, on behalf of himself and others similarly situated, | CASE NO: 07–CV–3993–CW |
|---|---|
| Plaintiffs, | **NOTICE OF FILING CONSENT TO BECOME A PARTY PLAINTIFF** |
| v. | |
| WELLS FARGO AND COMPANY, | |
| Defendant. | |

22 **TO:   DEFENDANT WELLS FARGO AND COMPANY**

23     PLEASE TAKE NOTICE that the following hereby consents to become a party plaintiff
24 in this action:

25         Avans, Gregory
           Casner, Kevin
26         Chow, Richard
           Diersing, Gregory
27         Dolecki, Henry
           Downer, Brian
28         Filip, Yvonne
           Friedman, Daniel

| | |
|---|---|
| 1 | Herold, Matt |
| | Keiser, Amanda |
| 2 | Kennedy, Peter |
| | Kunzman, Daniel |
| 3 | Lamb, Ed |
| | Martynkin, Dmitry |
| 4 | McCarthy, William |
| | Mochelle, Patrick |
| 5 | Nielson, Donald |
| | Romkema, Ross |
| 6 | Sabby, Darrin |
| | Scott, Randal |
| 7 | Stover, James |
| | Walsh, Susette |
| 8 | Weir, Greg |
| | Zimmerman, Richard |

Dated: July 24, 2008

Respectfully submitted,

LARSON KING, LLP

/s/ T. Joseph Snodgrass
T. Joseph Snodgrass, Pro Hac Vice
LARSON • KING, LLP
2800 Wells Fargo Place
30 East 7th Street
St. Paul, MN 55101
Telephone: 651.312.6500
Facsimile: 651.312.6619

William M. Audet (CA 117456)
Adel A. Nadji (CA 232599)
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556

*Attorneys for Plaintiffs*