C-07-3993-CW Monte Russell-v-Wells Fargo and Company

Part 2 stricken per order #52 filed on 8/25/08, and replaced by the document filed as Exhibit A to motion, see document #46, part 2.