UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MONTE RUSSELL, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>WELLS FARGO AND COMPANY,<br><br>  Defendant. | CASE NO: C 07 3993 CW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO AMEND COMPLAINT** |
|---|---|

On _____, Plaintiff's Motion for Leave to Amend Complaint came on for hearing in this Court. Having duly considered the matter, the Court hereby GRANTS Plaintiff's Motion. Plaintiffs have seven (7) days from the entry of this Order to file their First Amended Complaint.

**IT IS SO ORDERED.**

Dated: _____, 2008    _____
THE HONORABLE CLAUDIA J. WILKEN
UNITED STATES DISTRICT COURT JUDGE