UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE RUSSELL and DANIEL FRIEDMAN, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO AND COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendants. | CASE NO: C-07-3993-CW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION UNDER FLSA, 29 U.S.C. §216(b), AND AUTHORIZING NOTICE OF FLSA CLAIMS** |

Plaintiffs Monte Russell and Daniel Friedman moved for Conditional Collective Action Certification and Notice, pursuant to the Fair Labor Standards Act and other authorities interpreting the Act. Defendants opposed the motion. The matter was heard on _____, 2008. Having considered the parties' papers and oral argument on the motion, the Court GRANTS Plaintiffs' Motion for Conditional Collective Action Certification Under FLSA, 29 U.S.C. § 216(b), and for Court-Approved Notice of FLSA Claims, and orders and finds as follows:

1. Pursuant to the Fair Labor Standards Act ("FLSA") and authorities interpreting it, the Court finds that members of the "FLSA Class" (as defined below) are similarly situated and therefore conditionally certifies this action as a representative collective action, 29 U.S.C. § 216(b);

2. Pursuant to the FLSA and authorities interpreting it, the Court finds that notice should be sent to all members of the FLSA Class. The Court authorizes and will facilitate notice

of this action to prospective members of the FLSA Class, consisting of all current and former Technology Information Group employees of Wells Fargo & Company and Wells Fargo Bank, N.A., who held the position of PC/LAN Engineer 3, PC/LAN Engineer 4, and PC/LAN Engineer 5, who were paid a salary, and who were treated as exempt from the laws requiring overtime for some period of time after November 1, 2004 through the date of final disposition of this action (hereinafter "FLSA Class");

3. The Court orders Defendants to produce to Plaintiffs' counsel the names, addresses, alternate addresses, social security numbers, telephone numbers, and email addresses (if any) of all prospective members of the FLSA Class. Such information shall be provided in Microsoft Excel format to Plaintiffs' counsel within ten (10) days of this Order;

4. The Court approves the sending of the Notice and Consent to Join forms in substantially the same format as the forms attached to Plaintiffs' Motion for Conditional Certification and Notice. Such Notices and Consents to Join shall be mailed to putative FLSA Class members within ten (10) days of receipt by Plaintiffs' counsel of the names, addresses, alternate addresses, social security numbers (last four digits only), telephone numbers, and email addresses (if any) of all prospective members of the FLSA Class from Defendants;

5. All prospective members of the FLSA Class shall have 120 days from the sending of Notice to postmark their Consents to Join and mail such Consents to Plaintiffs' counsel.

**IT IS SO ORDERED.**

Dated: _____, 2008        _____
                                            THE HONORABLE CLAUDIA J. WILKEN
                                            UNITED STATES DISTRICT COURT JUDGE