GLENN L. BRIGGS (SB# 174497)
E-mail: gbriggs@hbwllp.com
THERESA A. KADING (SB# 211469)
E-mail: tkading@hbwllp.com
HODEL BRIGGS WINTER LLP
8105 Irvine Center Drive, Suite 1400
Irvine, CA 92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

Attorneys for Defendant
WELLS FARGO BANK, N.A. (erroneously sued herein as
WELLS FARGO & COMPANY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| MONTE RUSSELL, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY,<br><br>Defendants. | CASE NO. C 07-03993 CW<br><br>JUDGE CLAUDIA WILKEN<br>COURTROOM 2<br><br>**DECLARATION OF THOMAS FARRINGTON IN SUPPORT OF DEFENDANT WELLS FARGO BANK, N.A.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION UNDER FLSA, 29 U.S.C. § 216(b), AND FOR COURT-APPROVED NOTICE OF FLSA CLAIMS**<br><br>Hearing Date: September 4, 2008<br>Time: 2:00 p.m.<br>Location: Courtroom 2<br><br>Complaint filed: August 2, 2007 |

FARRINGTON DECLARATION IN OPP'N TO MOTION FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION

**DECLARATION OF THOMAS FARRINGTON**

I, Thomas Farrington, declare and state as follows:

1. I have personal knowledge of the facts stated in this Declaration, and, if called upon as a witness, I could and would testify competently as to those facts.

2. I am presently employed by Wells Fargo Bank, N.A. ("Wells Fargo"), as a Technology Manager in one of its offices in Chandler, Arizona. I have been employed by Wells Fargo as a Technology Manager for approximately seven years.

3. In my position as a Technology Manager, I supervise a team of approximately 150 employees. My team includes 29 PC/LAN Analyst 3's, 23 PC/LAN Analyst 4's, and 3 PC/LAN Analyst 5's. The PC/LAN Analysts were formerly known as PC/LAN Engineers. The PC/LAN Analysts on my team are located in the following states: Arizona, Colorado, New Mexico, Texas, Nevada, Utah, Montana, Oregon, and Washington.

4. The day to day duties of individuals performing the PC/LAN Analyst 5 position are different than the day to day duties of individuals performing the PC/LAN Analyst 3 and 4 positions. The duties of all individuals holding PC/LAN Analyst positions vary from person to person and location to location based on, among other things, the experience and knowledge of the individual and location of the individual. Individuals located in different locations support different customer bases that have different needs and use different applications.

5. PC/LAN Analyst 5's on a day to day basis are expected to and do engage in duties including the following: (1) server engineering, including designs and

specialized builds of servers and server environments; (2) recommending and designing hardware, software, and other tools in a server environment that will positively impact users; (3) interfacing with other departments and groups to roll out new tools and technologies, including pulling in resources and determining the order for the roll out within the team that will best ensure that the impact of any change to the environment is minimized; (4) acting as a team lead, including mentoring lower level individuals and providing feedback to managers regarding employee performance; (5) identifying risks that may exist within the environment and developing and recommending resolutions; (6) providing input regarding modifications to internal processes, including security specifications; (7) acting as team lead for complex projects, including tool design projects; (8) coordinating with "customers" and other teams to determine how an application will best work in an environment and how to integrate a new application in compatibility with the environment. These duties are performed by individuals currently holding the PC/LAN Analyst 5 position and are the duties that were performed by individuals holding the PC/LAN Engineer 5 position during my employment as a Technology Manager.

6. It would be very rare for a PC/LAN Analyst 5 to provide desktop support to an individual user. It would also be rare for a PC/LAN Analyst 5 to perform patching, update, or repair on a server. PC/LAN Analyst 5's are not primarily involved in troubleshooting. PC/LAN Analyst 5's are only involved in troubleshooting if there is a complex problem that several other people have tried to resolve and have been unable to do so. It is not the primary duty of a PC/LAN Analyst 5 to fix computer hardware or install software. Although there are protocols in place to ensure the security of the environment, PC/LAN Analyst 5's are not constrained by predetermined instructions, specifications and procedures in performing their jobs.

1  |  7. The current market reference point for a PC/LAN Analyst 5 in my
2  |  area is $95,300. The current market reference point in my area is $70,300 for a PC/LAN
3  |  Analyst 3 and $81,600 for a PC/LAN Analyst 4.
4
5  |  I declare under penalty of perjury under the laws of the State of California
6  |  and the United States of America that the foregoing is true and correct. Executed this
7  |  13th day of August 2008, at Chandler, Arizona.

*[signature]*
THOMAS FARRINGTON

---

DECLARATION OF THOMAS FARRINGTON