1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9       NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION
10

| | |
|---|---|
| MONTE RUSSELL, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY,<br><br>Defendants. | CASE NO. C 07-03993 CW<br><br>JUDGE CLAUDIA WILKEN<br>COURTROOM 2<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S MOTION FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION UNDER FLSA, 29 U.S.C. § 216(b), AND FOR COURT-APPROVED NOTICE OF FLSA CLAIMS**<br><br>Hearing Date: September 4, 2008<br>Time: 2:00 p.m.<br>Location: Courtroom 2<br><br>Complaint filed: August 2, 2007<br><br>Trial Date: None set |

32387

[PROPOSED] ORDER RE: PLAINTIFF'S MOTION FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION

Plaintiff Monte Russell (hereinafter, "Plaintiff") has moved this Court for Conditional Collective Action Certification and Notice, pursuant to the Fair Labor Standards Act (hereinafter, "the Motion").  Defendant Wells Fargo Bank, N.A. (hereinafter, "Defendant") opposed the Motion in part.   The Motion was heard on September 4, 2008, Judge Claudia Wilken presiding.

After consideration of the Motion, all pleadings filed in support and opposition thereof, and the record in this matter, good cause appearing, the Court hereby GRANTS Plaintiff's Motion in part and DENIES Plaintiff's Motion in part. The Court orders and finds as follows:

1. Notice in the form proposed by Defendant is approved and shall be sent to all current and former employees of Wells Fargo Bank, N.A., who held the position of PC/LAN Engineer 3 or PC/LAN Engineer 4, who have not previously received notice in this action, who were paid a salary and treated as exempt from the laws requiring overtime for some period of time after a date to be determined based on the timing of the notice and the tolling agreements that have been entered into between the parties;

2. Notice shall be distributed by Rust Consulting, a third-party administrator, by first-class mail only.  Defendant will provide necessary contact information to Rust Consulting in order to facilitate notice.  The notice will provide for a 60-day opt-in period – putative collective action members will have 60 days from the date notice is sent to postmark their Consent to Join forms and return them to Rust Consulting.

32387                                              - 2 -

[PROPOSED] ORDER RE: PLAINTIFF'S MOTION FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION

3. Notice shall not be sent to individuals who hold or have only held the position of PC/LAN Engineer 5 because those individuals are not similarly situated to Plaintiff.

4. Notice shall not be sent to individuals who held the position of PC/LAN Engineer 3 or PC/LAN Engineer 4 who have already received notice in this action because they have already received notice and an opportunity to opt in to this action, and Plaintiff has not established that a second notice is warranted.

5. Plaintiff's request for production of contact information of putative collective action members is denied.

DATED: August ___, 2008

_____
JUDGE, UNITED STATES DISTRICT COURT

32387