William M. Audet (waudet@audetlaw.com)
Adel A. Nadji (anadji@audetlaw.com)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.982.1776
Facsimile: 415.568.2556

T. Joseph Snodgrass (*Pro Hac Vice*)
jsnodgrass@larsonking.com
Kelly A. Swanson (*Pro Hac Vice*)
kswanson@larsonking.com
LARSON · KING, LLP
2800 Wells Fargo Place
30 East 7th Street
St. Paul, MN 55101
Telephone: 651.312.6500
Facsimile: 651.312.6618

*Attorneys for Plaintiff Monte Russell*

**UNITED STATES DISTRICT COURT FOR**

**THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONTE RUSSELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO AND COMPANY,<br><br>Defendant. | Case No. C–07-3993-CW<br>**Hon. Claudia Wilken** |

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF**

**NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT, Plaintiff Monte Russell hereby moves, pursuant to Local Rule 7.11, the Court for an order allowing Plaintiff's docket number 30, part 2 filed on July 24, 2008 be stricken from the court record and replaced with copies of redacted versions of the same documents. Defendant does not oppose Plaintiff's Motion for Administrative Relief.[1]

Plaintiff submits that docket number 30, part 2, which was filed with the Court on July 24, 2008, contains information of a sensitive nature (*i.e.*, social security numbers of certain opt-in plaintiffs), which in an abundance of caution, Plaintiff's counsel believes should not be part of the court record. Accordingly, and pursuant to Local Rule 7.11, Plaintiff requests that docket number 30, part 2 be struck and replaced with the same documents containing the appropriate redactions, attached to this Motion as Ex. A.

This Motion is unopposed by Defendant and is based upon Plaintiff's Notice of Motion pursuant to Local Rule 7.11, all pleadings, papers and records on file herein, any matter of which the Court may take judicial notice.

Dated: August 20, 2008

Respectfully submitted,
LARSON KING

By: */s/ T. Joseph Snodgrass*
T. Joseph Snodgrass

1237618

[1] On August 19, 2008, Plaintiff's counsel's legal assistant, Patrick Nally, contacted the Court's judicial clerk, Sheilah Cahill, concerning the instant motion and was advised by Ms. Cahill that Plaintiff need not submit the stipulation otherwise required by Local Rule 7.11(b).