# UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE RUSSELL, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>WELLS FARGO AND COMPANY,<br><br>      Defendant. | Case No. C–07-3993-CW<br>**Hon. Claudia Wilken** |

## PLAINTIFF'S NOTICE OF MOTION AND
## MOTION FOR ADMINISTRATIVE RELIEF

# EXHIBIT A



## FLSA CONSENT FORM

U.S. District Court for the Northern District of California, Oakland Division
Russell v. Wells Fargo and Company, Case No.: C 07 3993 CW

RUSSvWELLS 01000001

### IF YOU WISH TO JOIN THE FLSA COLLECTIVE ACTION, THIS FORM MUST BE
### COMPLETED, SIGNED AND RETURNED WITH A POSTMARK ON OR BEFORE JUNE 7, 2008

Please type or print in ink the following:

Darrin  K.  Sabby
Name

417 Wagon Wheel Circle
Street and Apartment Number, if any

Buffalo                          MN                    55313
City                             State                 Zip Code

_____        763-682-8738        763-843-2591
Home Telephone   Work Telephone      Cell Telephone

dsabby @ buffalo.K12, mn.us
E-Mail

Joy Sabby        763-300-6234
Name and Phone Number of Alternative Contact Person

REDACTED
Social Security Number

1.  I understand that this lawsuit includes a claim under the federal Fair Labor Standards Act. I have read and
    I understand the Notice of Collective Action that accompanied my copy of this Consent. I hereby consent to
    become a member of this collective action and consent to be bound by any adjudication by the Court
    regarding the Fair Labor Standards Act in this lawsuit.

2.  By my signature below, I represent to the Court that I have been employed by Wells Fargo Bank, N.A., as a
    PC/LAN Engineer 3 and/or a PC/LAN Engineer 4 at some time after November 1, 2004. I further represent that I
    have a good faith belief that I worked over 40 hours in any one week, or that I am unsure whether I worked
    over 40 hours in any one week, while I was employed by Wells Fargo as PC/LAN Engineer 3 and/or a PC/LAN
    Engineer 4. My signature below further indicates that I want to become a member of this collective action:

Darrin K Sabby                    4/24/08
Signature                          Date

COMPLETE AND RETURN THIS FORM IN THE BUSINESS REPLY ENVELOPE INCLUDED WITH THIS PACKET TO:

Notice Administrator for U.S. District Court
PO Box 151
Minneapolis, MN 55440-0151

1



## FLSA CONSENT FORM

U.S. District Court for the Northern District of California, Oakland Division
Russell v. Wells Fargo and Company, Case No.: C 07 3993 CW

RUSSvWELLS_01000002

### IF YOU WISH TO JOIN THE FLSA COLLECTIVE ACTION, THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED WITH A POSTMARK ON OR BEFORE JUNE 7, 2008

Please type or print in ink the following:

_Ross Romkema_
Name

_406 Del Rio Drive_
Street and Apartment Number, if any

_Chanhassen_          _MN_          _55317_
City                  State         Zip Code

_(952) 949-2286_     _(952) 945-4941_
Home Telephone        Work Telephone          Cell Telephone

_ross. romkema @ mchsi. com_
E-Mail

_Cheri Romkema   (952) 949-2286_
Name and Phone Number of Alternative Contact Person

REDACTED
Social Security Number

1. I understand that this lawsuit includes a claim under the federal Fair Labor Standards Act. I have read and I understand the Notice of Collective Action that accompanied my copy of this Consent. I hereby consent to become a member of this collective action and consent to be bound by any adjudication by the Court regarding the Fair Labor Standards Act in this lawsuit.

2. By my signature below, I represent to the Court that I have been employed by Wells Fargo Bank, N.A., as a PC/LAN Engineer 3 and/or a PC/LAN Engineer 4 at some time after November 1, 2004. I further represent that I have a good faith belief that I worked over 40 hours in any one week, or that I am unsure whether I worked over 40 hours in any one week, while I was employed by Wells Fargo as PC/LAN Engineer 3 and/or a PC/LAN Engineer 4. My signature below further indicates that I want to become a member of this collective action:

_Ron J Romkema_                _2/24/08_
Signature                       Date

COMPLETE AND RETURN THIS FORM IN THE BUSINESS REPLY ENVELOPE INCLUDED WITH THIS PACKET TO:

Notice Administrator for U.S. District Court
PO Box 151
Minneapolis, MN 55440-0151

1

## FLSA CONSENT FORM

U.S. District Court for the Northern District of California, Oakland Division
Russell v. Wells Fargo and Company, Case No.: C 07 3993 CW



RUSSvWELLS 01000002

### IF YOU WISH TO JOIN THE FLSA COLLECTIVE ACTION, THIS FORM MUST BE
### COMPLETED, SIGNED AND RETURNED WITH A POSTMARK ON OR BEFORE JUNE 7, 2008

Please type or print in ink the following:

_Ross Romkema_
Name

_406 Del Rio Drive_
Street and Apartment Number, if any

_Chanhassen_                    _MN_                    _55317_
City                           State                   Zip Code

_(952) 949-2286_    _(952) 945-4941_
Home Telephone      Work Telephone              Cell Telephone

_ross.romkema @ mchsi.com_
E-Mail

_Cheri Romkema   (952) 949-2286_
Name and Phone Number of Alternative Contact Person

REDACTED

Social Security Number

1.  I understand that this lawsuit includes a claim under the federal Fair Labor Standards Act. I have read and I understand the Notice of Collective Action that accompanied my copy of this Consent. I hereby consent to become a member of this collective action and consent to be bound by any adjudication by the Court regarding the Fair Labor Standards Act in this lawsuit.

2.  By my signature below, I represent to the Court that I have been employed by Wells Fargo Bank, N.A., as a PC/LAN Engineer 3 and/or a PC/LAN Engineer 4 at some time after November 1, 2004. I further represent that I have a good faith belief that I worked over 40 hours in any one week, or that I am unsure whether I worked over 40 hours in any one week, while I was employed by Wells Fargo as PC/LAN Engineer 3 and/or a PC/LAN Engineer 4. My signature below further indicates that I want to become a member of this collective action:

_Ron S Romkema_                    _2/24/08_
Signature                          Date

COMPLETE AND RETURN THIS FORM IN THE BUSINESS REPLY ENVELOPE INCLUDED WITH THIS PACKET TO:

Notice Administrator for U.S. District Court
PO Box 151
Minneapolis, MN 55440-0151

1

# FLSA CONSENT FORM



U.S. District Court for the Northern District of California, Oakland Division
Russell v. Wells Fargo and Company, Case No.: C 07 3993 CW

RUSSVWFL'S 01000003

## IF YOU WISH TO JOIN THE FLSA COLLECTIVE ACTION, THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED WITH A POSTMARK ON OR BEFORE JUNE 7, 2008

Please type or print in ink the following:

Peter R. Kennedy
**Name**

2446 Ackerman Ave.
**Street and Apartment Number, if any**

| City Charlack | State Missouri | Zip Code 63114 |
|---|---|---|

| Home Telephone 314-429-6676 | Work Telephone | Cell Telephone 314-435-0320 |
|---|---|---|

**E-Mail**

**Name and Phone Number of Alternative Contact Person**

REDACTED
**Social Security Number**

1.  I understand that this lawsuit includes a claim under the federal Fair Labor Standards Act. I have read and I understand the Notice of Collective Action that accompanied my copy of this Consent. I hereby consent to become a member of this collective action and consent to be bound by any adjudication by the Court regarding the Fair Labor Standards Act in this lawsuit.

2.  By my signature below, I represent to the Court that I have been employed by Wells Fargo Bank, N.A., as a PC/LAN Engineer 3 and/or a PC/LAN Engineer 4 at some time after November 1, 2004. I further represent that I have a good faith belief that I worked over 40 hours in any one week, or that I am unsure whether I worked over 40 hours in any one week, while I was employed by Wells Fargo as PC/LAN Engineer 3 and/or a PC/LAN Engineer 4. My signature below further indicates that I want to become a member of this collective action.

Peter Kennedy                        4-28-2008
**Signature**                        **Date**

COMPLETE AND RETURN THIS FORM IN THE BUSINESS REPLY ENVELOPE INCLUDED WITH THIS PACKET TO:

Notice Administrator for U.S. District Court
PO Box 151
Minneapolis, MN 55440-0151

1

**FLSA CONSENT FORM**

U.S. District Court for the Northern District of California, Oakland Division
Russell v. Wells Fargo and Company, Case No.: C 07 3993 CW



RUSSvWELLS_01000004

### IF YOU WISH TO JOIN THE FLSA COLLECTIVE ACTION, THIS FORM MUST BE
### COMPLETED, SIGNED AND RETURNED WITH A POSTMARK ON OR BEFORE JUNE 7, 2008

Please type or print in ink the following:

_Matt Herold_
Name

_1320 California St. #2_
Street and Apartment Number, if any

_San Francisco_          _CA_          _94109_
City                     State          Zip Code

_415-931-4218_      _415-576-2046_
Home Telephone      Work Telephone      Cell Telephone

_Matt_herold@yahoo.com_
E-Mail

_Laura Miller_          _415-706-4973_
Name and Phone Number of Alternative Contact Person

REDACTED
Social Security Number

1.  I understand that this lawsuit includes a claim under the federal Fair Labor Standards Act. I have read and I understand the Notice of Collective Action that accompanied my copy of this Consent. I hereby consent to become a member of this collective action and consent to be bound by any adjudication by the Court regarding the Fair Labor Standards Act in this lawsuit.

2.  By my signature below, I represent to the Court that I have been employed by Wells Fargo Bank, N.A., as a PC/LAN Engineer 3 and/or a PC/LAN Engineer 4 at some time after November 1, 2004. I further represent that I have a good faith belief that I worked over 40 hours in any one week, or that I am unsure whether I worked over 40 hours in any one week, while I was employed by Wells Fargo as PC/LAN Engineer 3 and/or a PC/LAN Engineer 4. My signature below further indicates that I want to become a member of this collective action.

_Matt Herold_                    _4-27-08_
Signature                        Date

COMPLETE AND RETURN THIS FORM IN THE BUSINESS REPLY ENVELOPE INCLUDED WITH THIS PACKET TO:

Notice Administrator for U.S. District Court
PO Box 151
Minneapolis, MN 55440-0151

1



**FLSA CONSENT FORM**

U.S. District Court for the Northern District of California, Oakland Division
Russell v. Wells Fargo and Company, Case No.: C 07 3993 CW

RUSSWFLLS 01000005

### IF YOU WISH TO JOIN THE FLSA COLLECTIVE ACTION, THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED WITH A POSTMARK ON OR BEFORE JUNE 7, 2008

Please type or print in ink the following:

DANIEL FRIEDMAN
Name

222 TURF VIEW DRIVE
Street and Apartment Number, if any

SOLANA BEACH                CA.              92075
City                        State           Zip Code

760.505.7204      619.822.2367      SAME AS HOME
Home Telephone    Work Telephone    Cell Telephone

DANIEL.J.FRIEDMAN @ GMAIL.COM   OR   DAN @ SDTECHCONSULTING.COM
E-Mail

ERIK MOORE  - 619.993.0351
Name and Phone Number of Alternative Contact Person

REDACTED
Social Security Number

1.  I understand that this lawsuit includes a claim under the federal Fair Labor Standards Act. I have read and I understand the Notice of Collective Action that accompanied my copy of this Consent. I hereby consent to become a member of this collective action and consent to be bound by any adjudication by the Court regarding the Fair Labor Standards Act in this lawsuit.

2.  By my signature below, I represent to the Court that I have been employed by Wells Fargo Bank, N.A., as a PC/LAN Engineer 3 and/or a PC/LAN Engineer 4 at some time after November 1, 2004. I further represent that I have a good faith belief that I worked over 40 hours in any one week, or that I am unsure whether I worked over 40 hours in any one week, while I was employed by Wells Fargo as PC/LAN Engineer 3 and/or a PC/LAN Engineer 4. My signature below further indicates that I want to become a member of this collective action:

Signature                              4/29/08
                                       Date

COMPLETE AND RETURN THIS FORM IN THE BUSINESS REPLY ENVELOPE INCLUDED WITH THIS PACKET TO:

Notice Administrator for U.S. District Court
PO Box 151
Minneapolis, MN 55440-0151



## FLSA CONSENT FORM

U.S. District Court for the Northern District of California, Oakland Division
Russell v. Wells Fargo and Company, Case No.: C 07 3993 CW

RUSSvWELLS  01000006

**IF YOU WISH TO JOIN THE FLSA COLLECTIVE ACTION, THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED WITH A POSTMARK ON OR BEFORE JUNE 7, 2008**

Please type or print in ink the following:

Gregory S. Avans
Name

9455 Compass Pt. Dr. S.
Street and Apartment Number, if any

San Diego                    CA.                    92126
City                         State                  Zip Code

858. 880.1014                               858. 610.1050
Home Telephone        Work Telephone        Cell Telephone

avangr @ yahoo.com
E-Mail

Rosie Lewis        858.880.1014
Name and Telephone Number of Alternative Contact Person

REDACTED

Social Security Number

1.  I understand that this lawsuit includes a claim under the federal Fair Labor Standards Act. I have read and I understand the Notice of Collective Action that accompanied my copy of this Consent. I hereby consent to become a member of this collective action and consent to be bound by any adjudication by the Court regarding the Fair Labor Standards Act in this lawsuit.

2.  By my signature below, I represent to the Court that I have been employed by Wells Fargo Bank, N.A., as a PC/LAN Engineer 3 and/or a PC/LAN Engineer 4 at some time after November 1, 2004. I further represent that I have a good faith belief that I worked over 40 hours in any one week, or that I am unsure whether I worked over 40 hours in any one week, while I was employed by Wells Fargo as PC/LAN Engineer 3 and/or a PC/LAN Engineer 4. My signature below further indicates that I want to become a member of this collective action:

Signature                                    4/25/2008
                                             Date

COMPLETE AND RETURN THIS FORM IN THE BUSINESS REPLY ENVELOPE INCLUDED WITH THIS PACKET TO:

Notice Administrator for U.S. District Court
PO Box 151
Minneapolis, MN 55440-0151

1

U.S. District Court for the Northern District of California, Oakland Division
Russell v. Wells Fargo and Company, Case No.: C 07 3993 CW



RUSSvWELLS 01000007

### IF YOU WISH TO JOIN THE FLSA COLLECTIVE ACTION, THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED WITH A POSTMARK ON OR BEFORE JUNE 7, 2008

Please type or print in ink the following:

Greg Weir
_____
Name

12334 Blackberry Rd.
_____
Street and Apartment Number, if any

Belton                          TX.              76513
_____
City                            State            Zip Code

(254)947-8201                                    (254)421-1993
_____
Home Telephone        Work Telephone            Cell Telephone

gwjaws@msn.com
_____
E-Mail

JEANNE ANNE WEIR          (254)947-8201
_____
Name and Phone Number of Alternative Contact Person

REDACTED
_____
Social Security Number

1.  I understand that this lawsuit includes a claim under the federal Fair Labor Standards Act. I have read and I understand the Notice of Collective Action that accompanied my copy of this Consent. I hereby consent to become a member of this collective action and consent to be bound by any adjudication by the Court regarding the Fair Labor Standards Act in this lawsuit.

2.  By my signature below, I represent to the Court that I have been employed by Wells Fargo Bank, N.A., as a PC/LAN Engineer 3 and/or a PC/LAN Engineer 4 at some time after November 1, 2004. I further represent that I have a good faith belief that I worked over 40 hours in any one week, or that I am unsure whether I worked over 40 hours in any one week, while I was employed by Wells Fargo as PC/LAN Engineer 3 and/or a PC/LAN Engineer 4. My signature below further indicates that I want to become a member of this collective action:

_____           4/30/08
Signature                                  Date

COMPLETE AND RETURN THIS FORM IN THE BUSINESS REPLY ENVELOPE INCLUDED WITH THIS PACKET TO:

Notice Administrator for U.S. District Court
PO Box 151
Minneapolis, MN 55440-0151

1

## FLSA CONSENT FORM



RUSSvWELLS 01000008

U.S. District Court for the Northern District of California, Oakland Division
Russell v. Wells Fargo and Company, Case No.: C 07 3993 CW

### IF YOU WISH TO JOIN THE FLSA COLLECTIVE ACTION, THIS FORM MUST BE
### COMPLETED, SIGNED AND RETURNED WITH A POSTMARK ON OR BEFORE JUNE 7, 2008

Please type or print in ink the following:

__Ed   Lam__
Name

__1349  Murchison Dr__
Street and Apartment Number, if any

__Millbrae__                              __CA__              __94030__
City                                     State             Zip Code

_____        _____        _____
Home Telephone                 Work Telephone                 Cell Telephone

__Orangedude @ gmail.com__
E-Mail

_____
Name and Phone Number of Alternative Contact Person

_____
Social Security Number

1.  I understand that this lawsuit includes a claim under the federal Fair Labor Standards Act. I have read and
    I understand the Notice of Collective Action that accompanied my copy of this Consent. I hereby consent to
    become a member of this collective action and consent to be bound by any adjudication by the Court
    regarding the Fair Labor Standards Act in this lawsuit.

2.  By my signature below, I represent to the Court that I have been employed by Wells Fargo Bank, N.A., as a
    PC/LAN Engineer 3 and/or a PC/LAN Engineer 4 at some time after November 1, 2004. I further represent that I
    have a good faith belief that I worked over 40 hours in any one week, or that I am unsure whether I worked
    over 40 hours in any one week, while I was employed by Wells Fargo as PC/LAN Engineer 3 and/or a PC/LAN
    Engineer 4. My signature below further indicates that I want to become a member of this collective action:

_____                      __4-30-08__
Signature                                        Date

COMPLETE AND RETURN THIS FORM IN THE BUSINESS REPLY ENVELOPE INCLUDED WITH THIS PACKET TO:

Notice Administrator for U.S. District Court
PO Box 151
Minneapolis, MN 55440-0151

1

**FLSA CONSENT FORM**

U.S. District Court for the Northern District of California, Oakland Division
Russell v. Wells Fargo and Company, Case No.: C 07 3993 CW


RUSSvWELLS 01000009

### IF YOU WISH TO JOIN THE FLSA COLLECTIVE ACTION, THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED WITH A POSTMARK ON OR BEFORE JUNE 7, 2008

Please type or print in ink the following:

DONALD E. NIELSON
Name

575 N 600 W
Street and Apartment Number, if any

GRANTSVILLE                    UTAH                    84029
City                           State                   Zip Code

803-259-40 39
Home Telephone          Work Telephone          Cell Telephone

NIELSOND @ BELLSOUTH. NET
E-Mail

Name and Phone Number of Alternative Contact Person

REDACTED
Social Security Number

1.    I understand that this lawsuit includes a claim under the federal Fair Labor Standards Act. I have read and I understand the Notice of Collective Action that accompanied my copy of this Consent. I hereby consent to become a member of this collective action and consent to be bound by any adjudication by the Court regarding the Fair Labor Standards Act in this lawsuit.

2.    By my signature below, I represent to the Court that I have been employed by Wells Fargo Bank, N.A., as a PC/LAN Engineer 3 and/or a PC/LAN Engineer 4 at some time after November 1, 2004. I further represent that I have a good faith belief that I worked over 40 hours in any one week, or that I am unsure whether I worked over 40 hours in any one week, while I was employed by Wells Fargo as PC/LAN Engineer 3 and/or a PC/LAN Engineer 4. My signature below further indicates that I want to become a member of this collective action:

Donald E Nielson                    5-1-2008
Signature                           Date

COMPLETE AND RETURN THIS FORM IN THE BUSINESS REPLY ENVELOPE INCLUDED WITH THIS PACKET TO:

Notice Administrator for U.S. District Court
PO Box 151
Minneapolis, MN 55440-0151

1

**FLSA CONSENT FORM**

U.S. District Court for the Northern District of California, Oakland Division
Russell v. Wells Fargo and Company, Case No.: C 07 3993 CW



RUSS/WELLS  01000010

**IF YOU WISH TO JOIN THE FLSA COLLECTIVE ACTION, THIS FORM MUST BE
COMPLETED, SIGNED AND RETURNED WITH A POSTMARK ON OR BEFORE JUNE 7, 2008**

Please type or print in ink the following:

RICHARD   CHOW
Name

2351  32ND  AVE
Street and Apartment Number, if any

SAN  FRANCISCO                    CA              94116
City                             State           Zip Code

(415) 753-2783                                   415  806-0864
Home Telephone        Work Telephone        Cell Telephone

rchow93@yahoo.com
E-Mail

TRACY CHAN   415-250-1645
Name and Phone Number of Alternative Contact Person

REDACTED
Social Security Number

1.    I understand that this lawsuit includes a claim under the federal Fair Labor Standards Act. I have read and
      I understand the Notice of Collective Action that accompanied my copy of this Consent. I hereby consent to
      become a member of this collective action and consent to be bound by any adjudication by the Court
      regarding the Fair Labor Standards Act in this lawsuit.

2.    By my signature below, I represent to the Court that I have been employed by Wells Fargo Bank, N.A., as a
      PC/LAN Engineer 3 and/or a PC/LAN Engineer 4 at some time after November 1, 2004. I further represent that I
      have a good faith belief that I worked over 40 hours in any one week, or that I am unsure whether I worked
      over 40 hours in any one week, while I was employed by Wells Fargo as PC/LAN Engineer 3 and/or a PC/LAN
      Engineer 4. My signature below further indicates that I want to become a member of this collective action:

Richard Chow                                     5/4/2008
Signature                                        Date

COMPLETE AND RETURN THIS FORM IN THE BUSINESS REPLY ENVELOPE INCLUDED WITH THIS PACKET TO:

Notice Administrator for U.S. District Court
PO Box 151
Minneapolis, MN 55440-0151

1

**FLSA CONSENT FORM**

U.S. District Court for the Northern District of California, Oakland Division
Russell v. Wells Fargo and Company, Case No.: C 07 3993 CW


RUSSvWELLS_01000011

## IF YOU WISH TO JOIN THE FLSA COLLECTIVE ACTION, THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED WITH A POSTMARK ON OR BEFORE JUNE 7, 2008

Please type or print in ink the following:

_Dmitry MARTYNKin_
Name

_4041 Woodhill dr_
Street and Apartment Number, if any

_Oakley_                    _CA_                    _94561_
City                    State                    Zip Code

_570-331-0332_                                   _570-331-0332_
Home Telephone          Work Telephone          Cell Telephone

_£219@yahoo.com_
E-Mail

Name and Phone Number of Alternative Contact Person

REDACTED
Social Security Number

1.  I understand that this lawsuit includes a claim under the federal Fair Labor Standards Act. I have read and I understand the Notice of Collective Action that accompanied my copy of this Consent. I hereby consent to become a member of this collective action and consent to be bound by any adjudication by the Court regarding the Fair Labor Standards Act in this lawsuit.

2.  By my signature below, I represent to the Court that I have been employed by Wells Fargo Bank, N.A., as a PC/LAN Engineer 3 and/or a PC/LAN Engineer 4 at some time after November 1, 2004. I further represent that I have a good faith belief that I worked over 40 hours in any one week, or that I am unsure whether I worked over 40 hours in any one week, while I was employed by Wells Fargo as PC/LAN Engineer 3 and/or a PC/LAN Engineer 4. My signature below further indicates that I want to become a member of this collective action:

_[signature]_                              _5/8/08_
Signature                                   Date

COMPLETE AND RETURN THIS FORM IN THE BUSINESS REPLY ENVELOPE INCLUDED WITH THIS PACKET TO:

Notice Administrator for U.S. District Court
PO Box 151
Minneapolis, MN 55440-0151

1

**FLSA CONSENT FORM**

U.S. District Court for the Northern District of California, Oakland Division
Russell v. Wells Fargo and Company, Case No.: C 07 3993 CW

RUSSvWELLS  01000012

### IF YOU WISH TO JOIN THE FLSA COLLECTIVE ACTION, THIS FORM MUST BE
### COMPLETED, SIGNED AND RETURNED WITH A POSTMARK ON OR BEFORE JUNE 7, 2008

Please type or print in ink the following:

Yvonne B. Filip
Name

435 Riley Mountain Rd
Street and Apartment Number, if any

Coventry                    CT                06238
City                        State             Zip Code

860-742-3005        860-273-9468
Home Telephone      Work Telephone          Cell Telephone

yfilip@charter.net
E-Mail

Name and Phone Number of Alternative Contact Person

REDACTED

Social Security Number

1.  I understand that this lawsuit includes a claim under the federal Fair Labor Standards Act. I have read and
    I understand the Notice of Collective Action that accompanied my copy of this Consent. I hereby consent to
    become a member of this collective action and consent to be bound by any adjudication by the Court
    regarding the Fair Labor Standards Act in this lawsuit.

2.  By my signature below, I represent to the Court that I have been employed by Wells Fargo Bank, N.A., as a
    PC/LAN Engineer 3 and/or a PC/LAN Engineer 4 at some time after November 1, 2004. I further represent that I
    have a good faith belief that I worked over 40 hours in any one week, or that I am unsure whether I worked
    over 40 hours in any one week, while I was employed by Wells Fargo as PC/LAN Engineer 3 and/or a PC/LAN
    Engineer 4. My signature below further indicates that I want to become a member of this collective action:

Yvonne B. Filip                    5-9-08
Signature                          Date

COMPLETE AND RETURN THIS FORM IN THE BUSINESS REPLY ENVELOPE INCLUDED WITH THIS PACKET TO:

Notice Administrator for U.S. District Court
PO Box 151
Minneapolis, MN 55440-0151

1

**FLSA CONSENT FORM**

U.S. District Court for the Northern District of California, Oakland Division
Russell v. Wells Fargo and Company, Case No.: C 07 3993 CW



RUSSvWELLS 01000013

### IF YOU WISH TO JOIN THE FLSA COLLECTIVE ACTION, THIS FORM MUST BE
### COMPLETED, SIGNED AND RETURNED WITH A POSTMARK ON OR BEFORE JUNE 7, 2008

Please type or print in ink the following:

HENRY J. Dolecki
Name

425 ENA Rd Apt 205B,
Street and Apartment Number, if any

HonoLuLu                                   HI                    96815
City                               State              Zip Code

808-955-6464                 ~                415-971-3269
Home Telephone          Work Telephone          Cell Telephone

Henry. Dolecki @ HoTMail. Com
E-Mail

Name and Phone Number of Alternative Contact Person

REDACTED

Social Security Number

1.     I understand that this lawsuit includes a claim under the federal Fair Labor Standards Act. I have read and I understand the Notice of Collective Action that accompanied my copy of this Consent. I hereby consent to become a member of this collective action and consent to be bound by any adjudication by the Court regarding the Fair Labor Standards Act in this lawsuit.

2.     By my signature below, I represent to the Court that I have been employed by Wells Fargo Bank, N.A., as a PC/LAN Engineer 3 and/or a PC/LAN Engineer 4 at some time after November 1, 2004. I further represent that I have a good faith belief that I worked over 40 hours in any one week, or that I am unsure whether I worked over 40 hours in any one week, while I was employed by Wells Fargo as PC/LAN Engineer 3 and/or a PC/LAN Engineer 4. My signature below further indicates that I want to become a member of this collective action:

_____                              May 9 2008
Signature                                             Date

COMPLETE AND RETURN THIS FORM IN THE BUSINESS REPLY ENVELOPE INCLUDED WITH THIS PACKET TO:

Notice Administrator for U.S. District Court
PO Box 151
Minneapolis, MN 55440-0151

1

**FLSA CONSENT FORM**

U.S. District Court for the Northern District of California, Oakland Division
Russell v. Wells Fargo and Company, Case No.: C 07 3993 CW



RUSSvWELLS 01000014

**IF YOU WISH TO JOIN THE FLSA COLLECTIVE ACTION, THIS FORM MUST BE
COMPLETED, SIGNED AND RETURNED WITH A POSTMARK ON OR BEFORE JUNE 7, 2008**

Please type or print in ink the following:

James William Stover
Name

106 Sheridan Cir
Street and Apartment Number, if any

Charleston                    WV              25314
City                          State           Zip Code

304-343-7050    304-348-5386
Home Telephone    Work Telephone              Cell Telephone

Stover@WVMIC.Com
E-Mail

Jennifer Stover    304-347-3712
Name and Phone Number of Alternative Contact Person

REDACTED

Social Security Number

1.    I understand that this lawsuit includes a claim under the federal Fair Labor Standards Act. I have read and I understand the Notice of Collective Action that accompanied my copy of this Consent. I hereby consent to become a member of this collective action and consent to be bound by any adjudication by the Court regarding the Fair Labor Standards Act in this lawsuit.

2.    By my signature below, I represent to the Court that I have been employed by Wells Fargo Bank, N.A., as a PC/LAN Engineer 3 and/or a PC/LAN Engineer 4 at some time after November 1, 2004. I further represent that I have a good faith belief that I worked over 40 hours in any one week, or that I am unsure whether I worked over 40 hours in any one week, while I was employed by Wells Fargo as PC/LAN Engineer 3 and/or a PC/LAN Engineer 4. My signature below further indicates that I want to become a member of this collective action.

_____        5-19-08
Signature                               Date

COMPLETE AND RETURN THIS FORM IN THE BUSINESS REPLY ENVELOPE INCLUDED WITH THIS PACKET TO:

Notice Administrator for U.S. District Court
PO Box 151
Minneapolis, MN 55440-0151

1



## FLSA CONSENT FORM

U.S. District Court for the Northern District of California, Oakland Division
Russell v. Wells Fargo and Company, Case No.: C 07 3993 CW

RUSSvWELLS 01000015

**IF YOU WISH TO JOIN THE FLSA COLLECTIVE ACTION, THIS FORM MUST BE
COMPLETED, SIGNED AND RETURNED WITH A POSTMARK ON OR BEFORE JUNE 7, 2008**

Please type or print in ink the following:

Kevin Casner
Name

235 N 22nd PL #553
Street and Apartment Number, if any

Mesa                          AZ              85213
City                          State           Zip Code

                                              480-262-5133
Home Telephone        Work Telephone          Cell Telephone

kcasner@gmail.com
E-Mail

Name and Phone Number of Alternative Contact Person

REDACTED
Social Security Number

1.  I understand that this lawsuit includes a claim under the federal Fair Labor Standards Act. I have read and
    I understand the Notice of Collective Action that accompanied my copy of this Consent. I hereby consent to
    become a member of this collective action and consent to be bound by any adjudication by the Court
    regarding the Fair Labor Standards Act in this lawsuit.

2.  By my signature below, I represent to the Court that I have been employed by Wells Fargo Bank, N.A., as a
    PC/LAN Engineer 3 and/or a PC/LAN Engineer 4 at some time after November 1, 2004. I further represent that I
    have a good faith belief that I worked over 40 hours in any one week, or that I am unsure whether I worked
    over 40 hours in any one week, while I was employed by Wells Fargo as PC/LAN Engineer 3 and/or a PC/LAN
    Engineer 4. My signature below further indicates that I want to become a member of this collective action:

Kevin Casner                              5-19-08
Signature                                 Date

COMPLETE AND RETURN THIS FORM IN THE BUSINESS REPLY ENVELOPE INCLUDED WITH THIS PACKET TO:

Notice Administrator for U.S. District Court
PO Box 151
Minneapolis, MN 55440-0151

1

**FLSA CONSENT FORM**



U.S. District Court for the Northern District of California, Oakland Division
Russell v. Wells Fargo and Company, Case No.: C 07 3993 CW

RUSSvWELLS 01000016

**IF YOU WISH TO JOIN THE FLSA COLLECTIVE ACTION, THIS FORM MUST BE
COMPLETED, SIGNED AND RETURNED WITH A POSTMARK ON OR BEFORE JUNE 7, 2008**

Please type or print in ink the following:

GREGORY J DIERSING
_____
Name

9976 WATERSIDE DR
_____
Street and Apartment Number, if any

NOBLESVILLE                     IN              46060
_____
City                            State           Zip Code

317-776-8776      317-841-5077      317-682-7757
_____
Home Telephone    Work Telephone     Cell Telephone

gdiersing @ gmail. com
_____
E-Mail

STEPHANIE DIERSING          317-776-8776
_____
Name and Phone Number of Alternative Contact Person

REDACTED
Social Security Number

1.    I understand that this lawsuit includes a claim under the federal Fair Labor Standards Act. I have read and
      I understand the Notice of Collective Action that accompanied my copy of this Consent. I hereby consent to
      become a member of this collective action and consent to be bound by any adjudication by the Court
      regarding the Fair Labor Standards Act in this lawsuit.

2.    By my signature below, I represent to the Court that I have been employed by Wells Fargo Bank, N.A., as a
      PC/LAN Engineer 3 and/or a PC/LAN Engineer 4 at some time after November 1, 2004. I further represent that I
      have a good faith belief that I worked over 40 hours in any one week, or that I am unsure whether I worked
      over 40 hours in any one week, while I was employed by Wells Fargo as PC/LAN Engineer 3 and/or a PC/LAN
      Engineer 4. My signature below further indicates that I want to become a member of this collective action:

_____          May 19, 2008
Signature                                 Date

COMPLETE AND RETURN THIS FORM IN THE BUSINESS REPLY ENVELOPE INCLUDED WITH THIS PACKET TO:

Notice Administrator for U.S. District Court
PO Box 151
Minneapolis, MN 55440-0151

**FLSA CONSENT FORM**

U.S. District Court for the Northern District of California, Oakland Division
Russell v. Wells Fargo and Company, Case No.: C 07 3993 CW

**IF YOU WISH TO JOIN THE FLSA COLLECTIVE ACTION, THIS FORM MUST BE
COMPLETED, SIGNED AND RETURNED WITH A POSTMARK ON OR BEFORE JUNE 7, 2008**

Please type or print in ink the following:

RUSSvWELLS 01000017

PATRICK JOHN MOCHELLE
Name

11580 RUE CONCORD
Street and Apartment Number, if any

BATON ROUGE,          LOUISIANA          70810
City                  State              Zip Code

225-769-1726                              225-773-2650
Home Telephone        Work Telephone      Cell Telephone

PMOCHELLE@COX.NET
E-Mail

CAROL L. MOCHELLE          225-769-1726
Name of the [REDACTED] Alternative Contact Person

[REDACTED]

Social Security Number

1.    I understand that this lawsuit includes a claim under the federal Fair Labor Standards Act. I have read and
      I understand the Notice of Collective Action that accompanied my copy of this Consent. I hereby consent to
      become a member of this collective action and consent to be bound by any adjudication by the Court
      regarding the Fair Labor Standards Act in this lawsuit.

2.    By my signature below, I represent to the Court that I have been employed by Wells Fargo Bank, N.A., as a
      PC/LAN Engineer 3 and/or a PC/LAN Engineer 4 at some time after November 1, 2004. I further represent that I
      have a good faith belief that I worked over 40 hours in any one week, or that I am unsure whether I worked
      over 40 hours in any one week, while I was employed by Wells Fargo as PC/LAN Engineer 3 and/or a PC/LAN
      Engineer 4. My signature below further indicates that I want to become a member of this collective action:

Signature                                    5/31/2008
                                             Date

COMPLETE AND RETURN THIS FORM IN THE BUSINESS REPLY ENVELOPE INCLUDED WITH THIS PACKET TO:

Notice Administrator for U.S. District Court
PO Box 151
Minneapolis, MN 55440-0151

1

## FLSA CONSENT FORM

U.S. District Court for the Northern District of California, Oakland Division
Russell v. Wells Fargo and Company, Case No.: C 07 3993 CW


RUSSvWELLS 01000018

**IF YOU WISH TO JOIN THE FLSA COLLECTIVE ACTION, THIS FORM MUST BE
COMPLETED, SIGNED AND RETURNED WITH A POSTMARK ON OR BEFORE JUNE 7, 2008**

Please type or print in ink the following:

Randal J. Scott
_____
Name

23441 N. 41st Avenue
_____
Street and Apartment Number, if any

Glendale              AZ              85310
_____
City                  State          Zip Code

623 587 1943      6023781488      602 725 2237
_____
Home Telephone    Work Telephone   Cell Telephone

SCOTTRA@WellsFargo.com
_____
E-Mail

Barbara M. Scott      602-618-8246
_____
Name and Phone Number of Alternative Contact Person

REDACTED
_____
Social Security Number

1. I understand that this lawsuit includes a claim under the federal Fair Labor Standards Act. I have read and I understand the Notice of Collective Action that accompanied my copy of this Consent. I hereby consent to become a member of this collective action and consent to be bound by any adjudication by the Court regarding the Fair Labor Standards Act in this lawsuit.

2. By my signature below, I represent to the Court that I have been employed by Wells Fargo Bank, N.A., as a PC/LAN Engineer 3 and/or a PC/LAN Engineer 4 at some time after November 1, 2004. I further represent that I have a good faith belief that I worked over 40 hours in any one week, or that I am unsure whether I worked over 40 hours in any one week, while I was employed by Wells Fargo as PC/LAN Engineer 3 and/or a PC/LAN Engineer 4. My signature below further indicates that I want to become a member of this collective action:

Randal J. Scott                    6-1-08
_____
Signature                          Date

COMPLETE AND RETURN THIS FORM IN THE BUSINESS REPLY ENVELOPE INCLUDED WITH THIS PACKET TO:

Notice Administrator for U.S. District Court
PO Box 151
Minneapolis, MN 55440-0151

1

**FLSA CONSENT FORM**

U.S. District Court for the Northern District of California, Oakland Division
Russell v. Wells Fargo and Company, Case No.: C 07 3993 CW



RUSSvWELLS 01000019

### IF YOU WISH TO JOIN THE FLSA COLLECTIVE ACTION, THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED WITH A POSTMARK ON OR BEFORE JUNE 7, 2008

Please type or print in ink the following:

BRIAN DOWNER
Name

11308 E. DOWNING ST.
Street and Apartment Number, if any

MESA                          AZ                    85207
City                          State                 Zip Code

480-358-0647        480-456-8555x68248      480-353-0203
Home Telephone      Work Telephone           Cell Telephone

BnDowner@GMAIL.com
E-Mail

SAMANTHA Downer    480-358-0647
Name and Phone Number of Alternative Contact Person

REDACTED
Social Security Number

1.    I understand that this lawsuit includes a claim under the federal Fair Labor Standards Act. I have read and I understand the Notice of Collective Action that accompanied my copy of this Consent. I hereby consent to become a member of this collective action and consent to be bound by any adjudication by the Court regarding the Fair Labor Standards Act in this lawsuit.

2.    By my signature below, I represent to the Court that I have been employed by Wells Fargo Bank, N.A., as a PC/LAN Engineer 3 and/or a PC/LAN Engineer 4 at some time after November 1, 2004. I further represent that I have a good faith belief that I worked over 40 hours in any one week, or that I am unsure whether I worked over 40 hours in any one week, while I was employed by Wells Fargo as PC/LAN Engineer 3 and/or a PC/LAN Engineer 4. My signature below further indicates that I want to become a member of this collective action:

_____        5/20/08
Signature                                Date

COMPLETE AND RETURN THIS FORM IN THE BUSINESS REPLY ENVELOPE INCLUDED WITH THIS PACKET TO:

Notice Administrator for U.S. District Court
PO Box 151
Minneapolis, MN 55440-0151

1



**FLSA CONSENT FORM**

U.S. District Court for the Northern District of California, Oakland Division
Russell v. Wells Fargo and Company, Case No.: C 07 3993 CW

RUSSvWELLS  C1000020

**IF YOU WISH TO JOIN THE FLSA COLLECTIVE ACTION, THIS FORM MUST BE
COMPLETED, SIGNED AND RETURNED WITH A POSTMARK ON OR BEFORE JUNE 7, 2008**

Please type or print in ink the following:

RICHARD    EARL    ZIMMERMAN
Name

105 NE 94TH AVE
Street and Apartment Number, if any

VANCOUVER                        WA                98664
City                           State            Zip Code

(360) 256-8581        N/A              N/A
Home Telephone    Work Telephone    Cell Telephone

RICK.ZIMMERMAN @ COMCAST.NET
E-Mail

ANNETTE  M  ZIMMERMAN
Name and Phone Number of Alternative Contact Person

REDACTED
Social Security Number

1.  I understand that this lawsuit includes a claim under the federal Fair Labor Standards Act. I have read and
    I understand the Notice of Collective Action that accompanied my copy of this Consent. I hereby consent to
    become a member of this collective action and consent to be bound by any adjudication by the Court
    regarding the Fair Labor Standards Act in this lawsuit.

2.  By my signature below, I represent to the Court that I have been employed by Wells Fargo Bank, N.A., as a
    PC/LAN Engineer 3 and/or a PC/LAN Engineer 4 at some time after November 1, 2004. I further represent that I
    have a good faith belief that I worked over 40 hours in any one week, or that I am unsure whether I worked
    over 40 hours in any one week, while I was employed by Wells Fargo as PC/LAN Engineer 3 and/or a PC/LAN
    Engineer 4. My signature below further indicates that I want to become a member of this collective action.

_____                    05 June 2008
Signature                                    Date

COMPLETE AND RETURN THIS FORM IN THE BUSINESS REPLY ENVELOPE INCLUDED WITH THIS PACKET TO:

Notice Administrator for U.S. District Court
PO Box 151
Minneapolis, MN 55440-0151

1



## FLSA CONSENT FORM

U.S. District Court for the Northern District of California, Oakland Division
Russell v. Wells Fargo and Company, Case No.: C 07 3993 CW

RUSSvWELLS_01000021

### IF YOU WISH TO JOIN THE FLSA COLLECTIVE ACTION, THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED WITH A POSTMARK ON OR BEFORE JUNE 7, 2008

Please type or print in ink the following:

**Susette Walsh**
Name

**3060 182nd Ave NE**
Street and Apartment Number, if any

**East Bethel**          **MN**          **55092**
City                State        Zip Code

Home Telephone          Work Telephone          **763-639-8435**
                                                Cell Telephone

**MKC54@comcast.net**
E-Mail

Name and Phone Number of Alternative Contact Person

Social Security Number

1.  I understand that this lawsuit includes a claim under the federal Fair Labor Standards Act. I have read and I understand the Notice of Collective Action that accompanied my copy of this Consent. I hereby consent to become a member of this collective action and consent to be bound by any adjudication by the Court regarding the Fair Labor Standards Act in this lawsuit.

2.  By my signature below, I represent to the Court that I have been employed by Wells Fargo Bank, N.A., as a PC/LAN Engineer 3 and/or a PC/LAN Engineer 4 at some time after November 1, 2004. I further represent that I have a good faith belief that I worked over 40 hours in any one week, or that I am unsure whether I worked over 40 hours in any one week, while I was employed by Wells Fargo as PC/LAN Engineer 3 and/or a PC/LAN Engineer 4. My signature below further indicates that I want to become a member of this collective action:

Signature          **6/10/08**
                   Date

COMPLETE AND RETURN THIS FORM IN THE BUSINESS REPLY ENVELOPE INCLUDED WITH THIS PACKET TO:

Notice Administrator for U.S. District Court
PO Box 151
Minneapolis, MN 55440-0151

1

**FLSA CONSENT FORM**

U.S. District Court for the Northern District of California, Oakland Division
Russell v. Wells Fargo and Company, Case No.: C 07 3993 CW



RUSSvWELLS  01000022

**IF YOU WISH TO JOIN THE FLSA COLLECTIVE ACTION, THIS FORM MUST BE
COMPLETED, SIGNED AND RETURNED WITH A POSTMARK ON OR BEFORE JUNE 7, 2008**

Please type or print in ink the following:

DANIEL KUNZMAN
Name

115 TERRACE RD
Street and Apartment Number, if any

WALNUT CREEK            CA            94597
City                                     State            Zip Code

925-934-2626      925-295-2574      925-788-5008
Home Telephone     Work Telephone     Cell Telephone

DANIELKUNZMAN @ YAHOO.COM
E-Mail

KELLY KUNZMAN     925-787-4342
Name and Phone Number of Alternative Contact Person

REDACTED
Social Security Number

1.  I understand that this lawsuit includes a claim under the federal Fair Labor Standards Act. I have read and
    I understand the Notice of Collective Action that accompanied my copy of this Consent. I hereby consent to
    become a member of this collective action and consent to be bound by any adjudication by the Court
    regarding the Fair Labor Standards Act in this lawsuit.

2.  By my signature below, I represent to the Court that I have been employed by Wells Fargo Bank, N.A., as a
    PC/LAN Engineer 3 and/or a PC/LAN Engineer 4 at some time after November 1, 2004. I further represent that I
    have a good faith belief that I worked over 40 hours in any one week, or that I am unsure whether I worked
    over 40 hours in any one week, while I was employed by Wells Fargo as PC/LAN Engineer 3 and/or a PC/LAN
    Engineer 4. My signature below further indicates that I want to become a member of this collective action:

_____          6/4/08
Signature                                Date

COMPLETE AND RETURN THIS FORM IN THE BUSINESS REPLY ENVELOPE INCLUDED WITH THIS PACKET TO:

Notice Administrator for U.S. District Court
PO Box 151
Minneapolis, MN 55440-0151

1

**FLSA CONSENT FORM**

U.S. District Court for the Northern District of California, Oakland Division
Russell v. Wells Fargo and Company, Case No.: C 07 3993 CW



RUSSvWELLS 01000023

**IF YOU WISH TO JOIN THE FLSA COLLECTIVE ACTION, THIS FORM MUST BE
COMPLETED, SIGNED AND RETURNED WITH A POSTMARK ON OR BEFORE JUNE 7, 2008**

Please type or print in ink the following:

Amanda R. Keiser
Name

773 7th Ave.
Street and Apartment Number, if any

San Francisco, CA          94118-3808
City                  State          Zip Code

415-386-1569    415-243-5711    415-730-4387
Home Telephone      Work Telephone      Cell Telephone

keiserar @ gmail.com
E-Mail

Christine Keiser      415-243-5859
Name and Phone Number of Alternative Contact Person

REDACTED
Social Security Number

1.  I understand that this lawsuit includes a claim under the federal Fair Labor Standards Act. I have read and I understand the Notice of Collective Action that accompanied my copy of this Consent. I hereby consent to become a member of this collective action and consent to be bound by any adjudication by the Court regarding the Fair Labor Standards Act in this lawsuit.

2.  By my signature below, I represent to the Court that I have been employed by Wells Fargo Bank, N.A., as a PC/LAN Engineer 3 and/or a PC/LAN Engineer 4 at some time after November 1, 2004. I further represent that I have a good faith belief that I worked over 40 hours in any one week, or that I am unsure whether I worked over 40 hours in any one week, while I was employed by Wells Fargo as PC/LAN Engineer 3 and/or a PC/LAN Engineer 4. My signature below further indicates that I want to become a member of this collective action:

_____          05 June 08
Signature                  Date

COMPLETE AND RETURN THIS FORM IN THE BUSINESS REPLY ENVELOPE INCLUDED WITH THIS PACKET TO:

Notice Administrator for U.S. District Court
PO Box 151
Minneapolis, MN 55440-0151

1

**FLSA CONSENT FORM**



U.S. District Court for the Northern District of California, Oakland Division
Russell v. Wells Fargo and Company, Case No.: C 07 3993 CW

RUSSvWELLS 01000024

**IF YOU WISH TO JOIN THE FLSA COLLECTIVE ACTION, THIS FORM MUST BE
COMPLETED, SIGNED AND RETURNED WITH A POSTMARK ON OR BEFORE JUNE 7, 2008**

Please type or print in ink the following:

William Todd McCarthy
Name

10658 Hawthorn Trail
Street and Apartment Number, if any

Woodbury                          MN                    55129
City                              State                 Zip Code

651 578 6540                                           612 919 4006
Home Telephone        Work Telephone                   Cell Telephone

BMcCarthy02 @ Comcast.Net
E-Mail

Name and Phone Number of Alternative Contact Person

Social Security Number

1.   I understand that this lawsuit includes a claim under the federal Fair Labor Standards Act. I have read and
     I understand the Notice of Collective Action that accompanied my copy of this Consent. I hereby consent to
     become a member of this collective action and consent to be bound by any adjudication by the Court
     regarding the Fair Labor Standards Act in this lawsuit.

2.   By my signature below, I represent to the Court that I have been employed by Wells Fargo Bank, N.A., as a
     PC/LAN Engineer 3 and/or a PC/LAN Engineer 4 at some time after November 1, 2004. I further represent that I
     have a good faith belief that I worked over 40 hours in any one week, or that I am unsure whether I worked
     over 40 hours in any one week, while I was employed by Wells Fargo as PC/LAN Engineer 3 and/or a PC/LAN
     Engineer 4. My signature below further indicates that I want to become a member of this collective action:

Signature                                              6-3-08
                                                       Date

COMPLETE AND RETURN THIS FORM IN THE BUSINESS REPLY ENVELOPE INCLUDED WITH THIS PACKET TO:

Notice Administrator for U.S. District Court
PO Box 151
Minneapolis, MN 55440-0151

1