William M. Audet (waudet@audetlaw.com)
Adel A. Nadji (anadji@audetlaw.com)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.982.1776
Facsimile: 415.568.2556

T. Joseph Snodgrass (*Pro Hac Vice*)
jsnodgrass@larsonking.com
Kelly A. Swanson (*Pro Hac Vice*)
kswanson@larsonking.com
LARSON · KING, LLP
2800 Wells Fargo Place
30 East 7th Street
St. Paul, MN 55101
Telephone: 651.312.6500
Facsimile: 651.312.6618

*Attorneys for Plaintiff Monte Russell*

# UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE RUSSELL, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO AND COMPANY,<br><br>    Defendant. | Case No. C–07-3993-CW<br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF** |

Having duly considered Plaintiff's unopposed Motion for Administrative Relief, the Court hereby GRANTS Plaintiff's Motion. Document number 30, part 2, filed July 24, 2008, is hereby stricken from the Court's record and is hereby replaced by the document filed as Ex. A to Plaintiff's Motion for Administrative Relief.

IT IS SO ORDERED.

Dated: _____, 2008

THE HONORABLE CLAUDIA J. WILKEN
UNITED STATES DISTRICT COURT JUDGE