# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of San Francisco, State of California; my business address is 221 Main Street, Suite 1460, San Francisco, California 94105. I am over the age of 18 and not a party to the within action. On this date I served the following documents:

DECLARATION OF T. JOSEPH SNODGRASS IN SUPPORT OF PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION UNDER FLSA, 29 U.S.C. §216(b), AND FOR COURT-APPROVED NOTICE OF FLSA CLAIMS

PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION UNDER FLSA, 29 U.S.C. §216(b), AND FOR COURT-APPROVED NOTICE OF FLSA CLAIMS

PLAINTIFF'S RESPONSE TO DEFENDANT WELLS FARGO BANK, N.A.'S OBJECTIONS TO EVIDENCE RELIED UPON BY PLAINTIFF IN MOTION FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION UNDER FLSA, 29U.S.C. §216(b), AND FOR COURT-APPROVED NOTICE OF FLSA CLAIMS

on the parties shown below:

Glenn L. Briggs
Theresa A. Kading
HODEL BRIGGS WINTER LLP
8105 Irvine Center Drive, Suite 1400
Irvine, California 92618
Telephone:     (949) 450-8040
Facsimile:      (949) 450-8033
*Attorneys for Defendant*

[X] (BY ELECTRONIC FILING) On this date I provided the documents(s) listed above electronically through the Court's electronic filing service provider pursuant to the instructions on that website.

[X] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on this 21st day of August, 2008, at San Francisco, California.

*/s/ Adel A. Nadji*
Adel A. Nadji