**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONTE RUSSELL,

      Plaintiff,

   v.

WELLS FARGO AND COMPANY,

      Defendant.

_____/

No. C 07-03993 CW

CLERK'S NOTICE
TAKING MOTIONS UNDER
SUBMISSION

    Notice is hereby given that the Court, on its own motion, shall take Plaintiff's motion for leave to amend complaint and Plaintiff's motion for conditional collective action certification under FLSA 29 USC 21b(6), and for court-approved notice of FLSA claims under submission on the papers.  The hearing previously scheduled for September 4, 2008, is vacated.

Dated: 9/3/08

_____

SHEILAH CAHILL
Deputy Clerk