William M. Audet (CA 117456)
Adel A. Nadji (CA 232599)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556

T. Joseph Snodgrass, Pro Hac Vice
Shawn M. Raiter, Pro Hac Vice
Kelly A. Swanson, Pro Hac Vice
LARSON KING, LLP
30 E. 7th Street, Suite 2800
Saint Paul, MN  55101
Telephone: 651-312-6500
Facsimile: 651-312-6618

*Attorneys for Plaintiffs and
The Class Members*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MONTE RUSSELL, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO AND COMPANY,<br><br>Defendant. | Case No. C–07-3993-CW<br><br>**DECLARATION OF T. JOSEPH SNODGRASS IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN SUPPORT TO STRIKE AND INVALIDATE DEFENDANT'S RULE 68 OFFERS** |

Audet & Partners, LLP
www.audetlaw.com

1
DECLARATION OF T. JOSEPH SNODGRASS IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN SUPPORT TO STRIKE
AND INVALIDATE DEFNDANT'S RULE 68 OFFERS

1    I, T. Joseph Snodgrass, declare:

2    1.    I am a partner with the firm Larson · King, LLP, counsel for the Plaintiff, Monte

3    Russell, and others similarly situated.  I am an attorney licensed to practice in the State of

4    Minnesota and my admission to practice in the Northern District of California on a pro hac vice

5    basis was granted on August 17, 2007.  I have personal knowledge of the matters stated herein

6    and if called as a witness, I could and would competently testify to the following:

7    2.    On September 3, 2008, but prior to Plaintiffs' counsel's receipt of Wells Fargo's

8    September 2, 2008 Rule 68 offers to Randal Scott, Patrick Moschelle, and Kevin Casner, the

9    parties met and conferred concerning Wells Fargo's written responses to Plaintiffs' first set of

10   discovery requests.  During the parties' meet-and-confer, I requested that Wells Fargo produce

11   the internal hours-survey forms that it contends certain members of the collective action class

12   completed and returned to Wells Fargo during their employment with the company.  Wells

13   Fargo's attorneys agreed to produce the surveys at issue but did not give me a date certain by

14   which Plaintiffs' counsel would receive the documents.

15   3.    In this case, the parties have not exchanged Rule 26(a) disclosures and, to date,

16   Wells Fargo has not produced a single document in response to formal document requests served

17   upon Wells Fargo last year.

18   4.    In addition, Wells Fargo's statements concerning the non-existence of time record

19   documents are in direct conflict with the statements of the attorneys in the Rule 68 offer of

20   judgment to Susette Walsh.

21   5.    In addition, after discussions with my clients, I have a good faith belief that other

22   documents and electronic data currently in Wells Fargo's possession will bear directly on the

23   evaluation of each of the offers of judgment currently outstanding.

24   6.    I have represented thousands of employees in FLSA and class action wage and

25   hour cases throughout the United States. At this stage of the litigation, without the production of

26   documents and information, I cannot adequately advise the Court or my clients as to the

27   sufficiency of any individual lump sum FLSA offer.  I believe that the use of Rule 68 offers at

28   this stage of the litigation, at the same time Wells Fargo is refusing and delaying production of

2

DECLARATION OF T. JOSEPH SNODGRASS IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN SUPPORT TO STRIKE
AND INVALIDATE DEFNDANT'S RULE 68 OFFERS

1   documents, is grossly unfair to my clients.

2       7.     Attached hereto as Exhibit A is a true and correct copy of the Certificate of

3   Service for Plaintiff's First Set of Requests for the Production of Documents;

4       8.     Attached hereto as Exhibit B is a true and correct copy of the letter from Glenn L.

5   Briggs to Kelly A. Swanson, dated July 21, 2008;

6       9.     Attached hereto as Exhibit C is a true and correct copy of the letter from Joseph

7   Snodgrass to Glenn Briggs, dated October 18, 2007;

8       10.    Attached hereto as Exhibit D is a true and correct copy of the letter from Joseph

9   Snodgrass to Theresa Kading, dated January 3, 2008;

10      11.    Attached hereto as Exhibit E is a true and correct copy of the e-mail from Theresa

11  Kading to Kelly Swanson, dated June 11, 2008;

12      12.    Attached hereto as Exhibit F is a true and correct copy of the e-mail from Theresa

13  Kading to Kelly Swanson, dated June 17, 2008;

14      13.    Attached hereto as Exhibit G is a true and correct copy of the letter from Joseph

15  Snodgrass to Glenn Briggs, dated June 27, 2008;

16      14.    Attached hereto as Exhibit H is a true and correct copy of the letter from Glenn

17  Briggs to Joseph Snodgrass, dated August 22, 2008;

18      15.    Attached hereto as Exhibit I is a true and correct copy of the letter from Theresa

19  Kading to Joseph Snodgrass, dated August 26, 2008;

20      16.    Attached hereto as Exhibit J is a true and correct copy of Defendant's second Rule

21  68 offer of judgment to Ms. Walsh, dated August 29, 2008;

22      17.    Attached hereto as Exhibit K is a true and correct copy of Defendant's Rule 68

23  offer of judgment to Mr. Scott, dated September 2, 2008;

24      18.    Attached hereto as Exhibit L is a true and correct copy of Defendant's Rule 68

25  offer of judgment to Mr. Casner, dated September 2, 2008;

26      19.    Attached hereto as Exhibit M is a true and correct copy of Defendant's Rule 68

27  offer of judgment to Mr. Mochelle, dated September 2, 2008;

28

**DECLARATION OF T. JOSEPH SNODGRASS IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN SUPPORT TO STRIKE AND INVALIDATE DEFNDANT'S RULE 68 OFFERS**

Audet & Partners, LLP
www.audetlaw.com

1    20.    Attached hereto as Exhibit N is a true and correct copy of the letter from Glenn

2    Briggs to Joseph Snodgrass, dated September 5, 2008;

3    21.    Attached hereto as Exhibit O is a true and correct copy of the following

4    unpublished cases:

5        *Lee v. The Timberland Co.*, No. 07-2367, 2008 WL 2492295 (N.D. Cal. June 19,

6        2008);

7        *Yue Zhou v. Wang's Restaurant,* No. 05-0279, 2007 WL 2298046 (N.D. Cal. Aug.

8        8, 2007);

9        *Luna v. Del Monte Fresh Produce (Southeast), Inc.*, 1:06-cv-2000, 2008 WL

10       754452 (N.D. Ga.  Mar. 19, 2008);

11       *Wang v. Chinese Dailey News, Inc.*, No. 04-1498, 2006 WL 1635423 (C.D.

12       Cal. May 6, 2006);

13       *Christian v. R. Wood Motors, Inc.*, No. No. 91-CV-1348, 1995 WL 238981

14       (N.D.N.Y. Apr. 21, 1995);

15       *Sjoblom v. Charter Communications, LLC*, 3:07-cv-0451, 2007 WL 5314916

16       (W.D. Wis. Dec. 26, 2007);

17       *Geer v. Challenge Fin. Investors Corp.*, No. 05-1109, 2006 WL 704933 (D. Kan.

18       Mar. 14, 2006);

19       *Guerra v. Big Johnson Concrete Pumping Inc.*, No. 05-14237, 2006 WL 2290517

20       (S.D. Fla. June 28, 2008);

21       *Reyes v. Carnival Corp.*, No. 04-21861, 2005 WL 4891058 (S.D. Fla. May 25,

22       2005);

23       *Mares v. Caesars Entertainment, Inc.*, No. 4:06-cv-0060, 2007 WL 118877 (S.D.

24       Ind. Jan. 10, 2007);

25       *Bretana v. International Collection Corp.*, No. 07-5934, 2008 WL 2264555 (N.D.

26       Cal. June 2, 2008);

27       *Strausser v. ACB Receivables Mgmt.*, No. A 06 5109, 2007 WL 512789 (E.D. Pa.

28       Feb. 12, 2007);

3

1    *Ladegaard v. Hard Rock Concrete Cutters, Inc.*, No. 00-5755, 2001 WL 1403007
2    (N.D. Ill. Nov. 9, 2001);
3    *Reed v. TJX Companies, Inc.*, No. 04 C 1247, 2004 WL 2415055 (N.D. Ill. Oct.
4    27, 2007);
5    *Taylor v. CompUSA, Inc.*, No. 04-718, 2004 WL 1660939 (N.D. Ga. June 29,
6    2004);
7    *Gibson v. Aman Collection Serv.*, No. 00-1798, 2001 WL 849525 (S.D. Ind. July
8    23, 2001);
9    *Mushroom Assocs. v. Monterey Mushrooms, Inc.,* No. 91-1092, 1992 WL 442898
10    (N.D. Cal. Aug. 21, 1992).
11    I declare under penalty of perjury of the laws of the United States of America and the
12    State of California that the foregoing is true and correct to the best of my knowledge.
13    Executed this 11th day of September 2008, at Saint Paul, Minnesota.
14    Dated: September 11, 2008          /s/ *T. Joseph Snodgrass*
15                                                    T. Joseph Snodgrass
16
17
18
19    1238918
20
21
22
23
24
25
26
27
28

**DECLARATION OF  T. JOSEPH SNODGRASS IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN SUPPORT TO STRIKE AND INVALIDATE DEFNDANT'S RULE 68 OFFERS**

Audet & Partners,
LLP
www.audetlaw.com