# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MONTE RUSSELL, on behalf of himself and others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>WELLS FARGO AND COMPANY,<br><br>   Defendant. | Case No. C–07-3993-CW<br><br><br>**DECLARATION OF T. JOSEPH SNODGRASS IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN SUPPORT TO STRIKE AND INVALIDATE DEFENDANT'S RULE 68 OFFERS** |

# EXHIBIT A

## CERTIFICATE OF SERVICE

Monte Russell, on behalf of himself and others similarly situated,
   v.
Wells Fargo and Company
Case No. 07-3993

    I am over the age of 18 years and not a party to the within entitled action. I am employed at Audet & Partners, LLP, 221 Main Street, Suite 1460, San Francisco, California 94105.

    On September 27, 2007, I served the foregoing:
**PLAINTIFF'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS**
on the following persons:

    Glenn L. Briggs, Esq.
    Theresa A. Kading, Esq.
    HODEL BRIGGS WINTER LLP
    8105 Irvine Center Drive, Suite 1400
    Irvine, CA 92618

    *Attorney for defendant WELLS FARGO BANK N.A.*
    *(erroneously sued herein as WELLS FARGO & COMPANY)*

[X]  BY U.S MAIL: I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, such sealed envelope(s) would be deposited with the U.S. Postal Service on September 27, 2007, with postage thereon prepaid, at San Francisco, California.

[ ]  BY ELECTRONIC MAIL (Email): On this date, the above-referenced documents were converted to electronic files and e-mailed to the addresses shown.

[ ]  BY PERSONAL SERVICE: I caused true and correct copies of the above documents to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

[ ]  BY FACSIMILE: I caused a copy (or copies) of such document(s) to be sent via facsimile transmission to the office(s) of the address(s).

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on September 27, 2007, at San Francisco, California.

_____
Hannah Weinberg