UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONTE RUSSELL, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO AND COMPANY,<br><br>Defendant. | Case No. C–07-3993-CW<br><br>**DECLARATION OF T. JOSEPH SNODGRASS IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN SUPPORT TO STRIKE AND INVALIDATE DEFENDANT'S RULE 68 OFFERS** |

# EXHIBIT B



HODEL BRIGGS WINTER LLP

gbriggs@hbwllp.com
Direct Dial: (949) 450-4422

8105 Irvine Center Drive
Suite 1400
Irvine, CA 92618
Phone (949) 450-8040
Fax (949) 450-8033
www.hbwllp.com

July 21, 2008

**VIA FACSIMILE AND U.S. MAIL**

T. Joseph Snodgrass, Esq.
Kelly A. Swanson, Esq.
Larson King, LLP
30 East 7th Street, Suite 2800
St. Paul, Minnesota 55101

Adel A. Nadji, Esq.
Audet & Partners LLP
221 Main Street, Suite 1460
San Francisco, California 94105

Re: <u>Monte Russell, et al. v. Wells Fargo Bank, N.A.</u>
   U.S. District Court, Northern District of California, Case C 07-03993 CW

Dear Counsel:

In response to your July 17, 2008, letter, both Ms. Kading and I were out of the office Thursday afternoon and Friday and, as a result, only received your letter today. As confirmed by our letter to you dated October 15, 2007, you agreed to withdraw the discovery requests referenced in your letter. Since the discovery requests were drafted in advance of significant developments in this matter, including pre-certification notice, we would have assumed you would want to revise the discovery requests. If you do not want to revise them, we will deem them served by mail on the date of your letter – July 17, 2008 – and respond accordingly pursuant to the Federal Rules of Civil Procedure.

Sincerely,

Glenn L. Briggs
of Hodel Briggs Winter LLP

31915