UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONTE RUSSELL, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO AND COMPANY,<br><br>Defendant. | Case No. C-07-3993-CW<br><br>**DECLARATION OF T. JOSEPH SNODGRASS IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN SUPPORT TO STRIKE AND INVALIDATE DEFENDANT'S RULE 68 OFFERS** |

# EXHIBIT F

**Message**

**Swanson, Kelly**

**From:** Theresa Kading [tkading@hbwllp.com]
**Sent:** Tuesday, June 17, 2008 2:27 PM
**To:** Swanson, Kelly
**Cc:** Glenn Briggs
**Subject:** RE: Russell

Kelly,

We have not been able to locate any 2004 STAMP records for Russell. If we locate them before the mediation, I will certainly get them to you. Because the longest possible statute of limitations only extends back to November 1, 2004, there are only a couple of months of 2004 that are relevant in this matter.

As for the individuals for whom we do not have STAMP records, the explanation is that different PC/LAN Engineers support different areas of business within Wells Fargo. The PC/LAN Engineers who support some areas of the business (such as those listed below) do not keep STAMP records.

Thanks,
Terrie

Theresa A. Kading, Attorney | Hodel Briggs Winter LLP | 8105 Irvine Center Drive, Suite 1400, Irvine, California 92618 | Direct Dial (949) 450-4434 | Facsimile (949) 450-8033 | tkading@hbwllp.com | www.hbwllp.com

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please do not review or disclose the contents to any other person. Please also notify the sender by reply e-mail and delete the message and any attachments. Thank you.

For additional information, please visit our website at www.hbwllp.com

**From:** Swanson, Kelly [mailto:kswanson@larsonking.com]
**Sent:** Monday, June 16, 2008 7:45 AM
**To:** Swanson, Kelly; Theresa Kading
**Cc:** Snodgrass, Joe
**Subject:** RE: Russell

Terrie,
   Please update me on where we're at in terms of obtaining Monte Russell's 2004 STAMP records and what, if any, explanation your client has for the missing STAMP records referenced below.

Thanks,
Kelly

>-----Original Message-----
>**From:** Swanson, Kelly
>**Sent:** Thursday, June 12, 2008 3:15 PM
>**To:** 'Theresa Kading'
>**Cc:** Snodgrass, Joe
>**Subject:** RE: Russell
>
>Terrie,
>   In addition to Monte Russell's 2004 records, we are still missing STAMP records for the following 10 opt-ins:

| NAME |
|------|

| |
|---|
| Avans, Gregory |
| Diersing, Gregory |
| Dolecki, Henry |
| Filip, Yvonne |
| Herold, Matt |
| Kunzman, Daniel |
| Lamb, Ed |
| McCarthy, William |
| Stover, James |
| Walsh, Susette |

I understand from a prior e-mail that you are following up with your client to determine why records exist for some but not all of the opt-ins. Please advise.

Thanks,
Kelly

> -----Original Message-----
> **From:** Theresa Kading [mailto:tkading@hbwllp.com]
> **Sent:** Thursday, June 12, 2008 1:46 PM
> **To:** Swanson, Kelly
> **Subject:** Russell
>
> Kelly,
>
> Attached is an updated spreadsheet containing information regarding all of the individuals who have opted in thus far. One tab of the spreadsheet contains the existing STAMP records for the relevant time period for the individuals who have opted in. The other tab contains information regarding each employee who has opted in, including period of employment during the relevant time period, total weeks worked in the relevant time period, and average salary during the relevant time period.
>
> Please let me know if you have any questions.
>
> Thanks,
> Terrie
>
>
> Theresa A. Kading, Attorney | Hodel Briggs Winter LLP | 8105 Irvine Center Drive, Suite 1400, Irvine, California 92618 | Direct Dial (949) 450-4434 | Facsimile (949) 450-8033 | tkading@hbwllp.com | www.hbwllp.com
>
> This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please do not review or disclose the contents to any other person. Please also notify the sender by reply e-mail and delete the message and any attachments. Thank you.
>
> For additional information, please visit our website at www.hbwllp.com

8/28/2008