UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONTE RUSSELL, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO AND COMPANY,<br><br>Defendant. | Case No. C–07-3993-CW<br><br>**DECLARATION OF T. JOSEPH SNODGRASS IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN SUPPORT TO STRIKE AND INVALIDATE DEFENDANT'S RULE 68 OFFERS** |

# EXHIBIT G



T. JOSEPH SNODGRASS
Attorney at Law
Direct Dial: (651) 312-6510
E-Mail: jsnodgrass@larsonking.com

June 27, 2008

***VIA FACSIMILE AND U.S. MAIL***
Glenn L. Briggs, Esq.
Hodel Briggs Winter LLP
8105 Irvine Center Drive, Suite 1400
Irvine, CA 92618

    Re:   *Monte Russell v. Wells Fargo & Company*
           Court File No. C 07-0993 CW
           Our File No. 1-542-0001

Dear Mr. Briggs:

    During the parties' mediation session with Gig Kyriacou on June 18, 2008, you indicated that Wells Fargo may attempt to issue Rule 68 offers of judgment to Plaintiff Monte Russell and others to avoid involvement/notice going out to all of the PC/LAN Engineers. As you are aware, certain federal district courts have held that this tactic is improper as illustrated by *Luna v. Del Monte Fresh Produce (Southeast), Inc.*, 2008 WL 754452 (N.D. Ga. Mar. 19, 2008) and *Wang v. Chinese Dailey News, Inc.*, 2006 WL 1635423 (C.D. Cal. May 6, 2006).

    As you are also aware, Plaintiff has not yet filed his motions for certification and notice to the remaining putative opt-in members, and the opt-in period for this group of employees has not yet expired let alone been set by the Court. In addition, merits discovery has not yet been conducted. Accordingly, any Rule 68 offers would be premature at this point in time and would necessarily hinder judicial economy.

    Should you decide to go forward with offers of judgment, please contact me as soon as possible so that the Plaintiffs have the opportunity to alert the Court and challenge the propriety of making such offers at this premature stage of the collective action litigation. Thank you.

                      Very truly yours,

                      LARSON • KING, LLP

                      T. Joseph Snodgrass

TJS/rm

2800 Wells Fargo Place | 30 East Seventh Street | Saint Paul, Minnesota 55101 | www.larsonking.com
Toll Free: 1 (877) 373-5501 | Phone: (651) 312-6500 | Facsimile: (651) 312-6618