UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONTE RUSSELL, on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO AND COMPANY,<br><br>　　　　Defendant. | Case No. C–07-3993-CW<br><br>DECLARATION OF T. JOSEPH SNODGRASS IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN SUPPORT TO STRIKE AND INVALIDATE DEFENDANT'S RULE 68 OFFERS |

# EXHIBIT I



HODEL BRIGGS WINTER<sup>LLP</sup>

tkading@hbwllp.com
Direct Dial: (949) 450-4434

8105 Irvine Center Drive
Suite 1400
Irvine, CA 92618
Phone (949) 450-8040
Fax (949) 450-8033
www.hbwllp.com

August 26, 2008

**VIA FACSIMILE AND U.S. MAIL**

Joseph T. Snodgrass, Esq.
Kelly Swanson, Esq.
LARSON KING, LLP
30 East 7th Street, Suite 2800
St. Paul, Minnesota 55101

William M. Audet, Esq.
Adel A. Nadji, Esq.
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, California 94105

**PRIVILEGED SETTLEMENT COMMUNICATION UNDER FEDERAL RULE OF EVIDENCE 408**

Re:  Monte Russell, et al. v. Wells Fargo Bank, N.A.
     U.S. District Court, Northern District of California, Case C 07-03993 CW

Dear Counsel:

Please take notice that defendant Wells Fargo Bank, N.A., hereby withdraws and revokes its Rule 68 offer made to opt-in plaintiff Susette Walsh, dated August 22, 2008, due to a material mistake regarding the number of weeks worked by Ms. Walsh during the relevant time period. A new Rule 68 offer will be served to opt-in plaintiff Susette Walsh under separate cover via U.S. Mail.

Sincerely,

Theresa A. Kading
of Hodel Briggs Winter LLP

32668_1


HODEL BRIGGS WINTER LLP

8105 Irvine Center Drive
Suite 1400
Irvine, CA 92618
Phone (949) 450-8040
Fax (949) 450-8033
info@hbwllp.com

| **From:** | **Telephone Number:** | **Facsimile Number:** | **Date:** |
|---|---|---|---|
| Theresa A. Kading, Esq. | (949) 450 4434 | (949) 450 8033 | August 26, 2008 |
| **Recipient:** | **Company:** | **Fax:** | **Phone:** |
| T. Joseph Snodgrass, Esq. | Larson King, LLP; | 651-312-6618 | 651-312-6500 |
| Adel A. Nadji, Esq. | Audet & Partners, LLP | 415-568-2556 | 415-568-2555 |

Total Number of Pages: ___ (including Fax Cover Sheet)

Re:   Monte Russell, et al. v. Wells Fargo Bank, N.A.

*This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postage Service. Thank you.*