William M. Audet (CA 117456)
Adel A. Nadji (CA 232599)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556

T. Joseph Snodgrass, Pro Hac Vice
Shawn M. Raiter, Pro Hac Vice
Kelly A. Swanson, Pro Hac Vice
LARSON KING, LLP
30 E. 7th Street, Suite 2800
Saint Paul, MN 55101
Telephone: 651-312-6500
Facsimile: 651-312-6618

*Attorneys for Plaintiffs and
The Class Members*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE RUSSELL, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO AND COMPANY,<br><br>Defendant. | CASE NO: 07-CV-3993-CW<br><br>**NOTICE OF FILING CONSENT TO BECOME A PARTY PLAINTIFF** |

**TO:   DEFENDANT WELLS FARGO AND COMPANY**

PLEASE TAKE NOTICE that the following hereby consents to become a party plaintiff in this action:

Suzanne Honeck

Dated: September 16, 2008

Respectfully submitted,

LARSON KING, LLP

/s/ T. Joseph Snodgrass
T. Joseph Snodgrass, Pro Hac Vice
LARSON • KING, LLP
2800 Wells Fargo Place
30 East 7th Street
St. Paul, MN 55101
Telephone: 651.312.6500
Facsimile: 651.312.6619

William M. Audet (CA 117456)
Adel A. Nadji (CA 232599)
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556

*Attorneys for Plaintiffs*