*Monte Russell et al. v. Wells Fargo and Company, et al.*
U.S. District Court for the Northern District of California
Court File No. C 07 3993 CW

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff in the foregoing action.

Suzanne Honeck (SUZANNE HONECK)
**Name**

5630 Highcrest Court
**Address**

Pleasanton,     CA     94588
**City**        **State**    **Zip**

719 352 9783
**Phone**

Suzanne Honeck
**Signature**