T. JOSEPH SNODGRASS (MN# 231071) *(pro hac vice)*
Email:  jsnodgrass@larsonking.com
KELLY A. SWANSON (MN# 330838) *(pro hac vice)*
Email:  kswanson@larsonking.com
LARSON KING, LLP
2800 Wells Fargo Place
30 East 7th Street
St. Paul, Minnesota 55101
Telephone:  (651) 312-6500
Facsimile:  (651) 312-6619

Attorneys for Plaintiff
MONTE RUSSELL


GLENN L. BRIGGS (SB# 174497)
Email: gbriggs@hbwllp.com
THERESA A. KADING (SB# 211469)
Email: tkading@hbwllp.com
HODEL BRIGGS WINTER LLP
8105 Irvine Center Drive, Suite 1400
Irvine, CA  92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

Attorneys for Defendant
WELLS FARGO BANK, N.A. (ERRONEOUSLY SUED
HEREIN AS WELLS FARGO & COMPANY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| MONTE RUSSELL, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY,<br><br>Defendants. | CASE NO. C 07-03993 CW<br><br>JUDGE CLAUDIA WILKEN<br>COURTROOM 2<br><br>**STIPULATION RE EXTENSION OF BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO STRIKE OR INVALIDATE RULE 68 OFFERS; [PROPOSED] ORDER APPROVING EXTENSION** |

Plaintiff Monte Russell ("Plaintiff") and Defendant Wells Fargo Bank, N.A. (erroneously sued herein as Wells Fargo & Company) ("Defendant"), through their respective counsel, pursuant to Local Rule 6-2, hereby stipulate as follows:

34353_1.doc

1  WHEREAS, on September 11, 2008, Plaintiff filed a Notice of Motion and
2  Motion to Strike or Otherwise Invalidate Defendant's Rule 68 Offers of Judgment
3  ("Motion");

5  WHEREAS, on September 30, 2008, Plaintiff filed an Amended Notice of
6  Motion and Motion to Strike or Otherwise Invalidate Defendant's Rule 68 Offers of
7  Judgment, setting the hearing date on the Motion for December 11, 2008;

9  WHEREAS, Defendant's response to the Motion is due on Thursday,
10 November 20, 2008;

12 WHEREAS, the parties have resumed and been engaging in extensive and
13 thorough settlement negotiations since September 2008 and have halted discovery
14 and other litigation pending settlement negotiations; and

16 WHEREAS, the parties wish to conserve their and the Court's resources in
17 the event that a settlement is reached.

19 NOW, THEREFORE, through their respective counsel, THE PARTIES
20 HEREBY STIPULATE AS FOLLOWS:

22 1.   The hearing on Plaintiff's Motion is continued from December 11,
23 2008, to January 8, 2009, at 2 p.m.   The parties request that the January 8, 2009
24 hearing also be used as a status conference in the event settlement is not reached.
25 ///
26 ///
27 ///
28 ///

1  2. The deadline for Defendant to file a response to Plaintiff's Motion
2  shall be measured from the continued hearing date.
3
4  DATED: November 20, 2008   LARSON KING, LLP
                              T. JOSEPH SNODGRASS
5                             KELLY A. SWANSON
6
7                             By: /s/ T. JOSEPH SNODGRASS
                                     T. JOSEPH SNODGRASS
8
9                             Attorneys for Plaintiff
                              MONTE RUSSELL
10
11
12 DATED:  November 20, 2008  HODEL BRIGGS WINTER LLP
                              GLENN L. BRIGGS
13                            THERESA A. KADING
14
15                            By: /s/ THERESA A. KADING
                                     THERESA A. KADING
16
17                            Attorneys for Defendant
                              WELLS FARGO BANK, N.A.
18
19
20
21
22
23
24
25
26
27
28

34353_1.doc                          -3-

STIPULATION RE EXTENSION OF BRIEFING SCHEDULE

1 **<u>ORDER</u>**

3 PURSUANT TO STIPULATION, IT IS SO ORDERED.

5 Dated: _____11/25_____, 2008

*[signature: Claudia Wilken]*

CLAUDIA WILKEN
DISTRICT COURT JUDGE

# PROOF OF SERVICE

UNITED STATES DISTRICT COURT    )
                                ) ss:
COUNTY OF ORANGE                )

     I am employed in the County of Orange, State of California.  I am over the age of 18, and not a party to the within action.  My business address is Hodel Briggs Winter LLP, 8105 Irvine Center Drive, Suite 1400, Irvine, CA 92618.  On this date I served the following documents:

**STIPULATION RE EXTENSION OF BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO STRIKE OR INVALIDATE RULE 68 OFFERS; [PROPOSED] ORDER APPROVING EXTENSION**

On the parties shown below:

| | |
|---|---|
| William M. Audet | T. Joseph Snodgrass |
| Adel A. Nadji | Kelly A. Swanson |
| AUDET & PARTNERS, LLP | LARSON KING, LLP |
| 221 Main Street, Suite 1460 | 2800 Wells Fargo Place |
| San Francisco, California 94105 | 30 East 7th Street |
| Telephone: (415) 568-2555 | St. Paul, Minnesota 55101 |
| Facsimile: (415) 568-2556 | Telephone: (651) 312-6500 |
| | Facsimile: (651) 312-6619 |

☒ **(BY ELECTRONIC FILING):  on this date I provided the document(s) listed above electronically through the Court's electronic filing service provider pursuant to the instructions on that website.**

☒ **Federal:  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made:**

Executed on November 20, 2008, at Irvine, California.

*/s/ Valerie A. Beechler*
**Valerie A. Beechler**