1  T. JOSEPH SNODGRASS (MN# 231071) (*pro hac vice*)
   Email:  jsnodgrass@larsonking.com
2  KELLY A. SWANSON (MN# 330838) (*pro hac vice*)
   Email:  kswanson@larsonking.com
3  LARSON KING, LLP
   2800 Wells Fargo Place
4  30 East 7th Street
   St. Paul, Minnesota 55101
5  Telephone:  (651) 312-6500
   Facsimile:  (651) 312-6619
6
   Attorneys for Plaintiffs
7  MONTE RUSSELL and DANIEL FRIEDMAN
8
   GLENN L. BRIGGS (SB# 174497)
9  Email: gbriggs@hbwllp.com
   THERESA A. KADING (SB# 211469)
10 Email: tkading@hbwllp.com
   HODEL BRIGGS WINTER LLP
11 8105 Irvine Center Drive, Suite 1400
   Irvine, CA  92618
12 Telephone: (949) 450-8040
   Facsimile: (949) 450-8033
13
   Attorneys for Defendants
14 WELLS FARGO BANK, N.A.; WELLS FARGO &
   COMPANY
15
                  UNITED STATES DISTRICT COURT
16
        NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION
17
18
   MONTE RUSSELL and DANIEL          CASE NO. C 07-03993 CW
19 FRIEDMAN, on behalf of themselves
   and others similarly situated,     JUDGE CLAUDIA WILKEN
20                                     COURTROOM 2
           Plaintiff,
21                                     **STIPULATION RE
   vs.                                 WITHDRAWAL OF CONSENT OF
22                                     SUSANNE MAGILL TO BECOME
                                       A PARTY PLAINTIFF;
23 WELLS FARGO AND COMPANY            [PROPOSED] ORDER
   and WELLS FARGO BANK, N.A.,        APPROVING WITHDRAWAL**
24
           Defendants.
25
26      Plaintiffs Monte Russell and Daniel Friedman ("Plaintiffs") and Defendants

27 Wells Fargo Bank, N.A., and Wells Fargo & Company ("Defendants"), through

28 their respective counsel, hereby stipulate as follows:

34691_1.doc

1    WHEREAS, Susanne Magill, a putative collective action member, received

2    notice of this action pursuant to this Court's order dated September 3, 2008, and

3    signed a document entitled Consent to Join the FLSA Collective Action ("Consent

4    Form") on October 5, 2008, thereby giving her consent to become a party plaintiff

5    in this action;

6

7    WHEREAS, on October 17, 2008, Plaintiff filed a Notice of Filing Consent

8    to Become a Party Plaintiff, which included Ms. Magill's Consent Form ("Notice")

9    (ECF No. 66);

10

11    WHEREAS, Susanne Magill wishes to withdraw her Consent Form; and

12

13    WHEREAS, Defendants agree to the withdrawal of Ms. Magill's Consent

14    Form;

15

16    NOW, THEREFORE, through their respective counsel, THE PARTIES

17    HEREBY STIPULATE AS FOLLOWS:

18

19    1.    Susanne Magill's Consent to Join the FLSA Collective Action is

20    hereby withdrawn;

21

22    2.    Ms. Magill is no longer a party plaintiff to this action;

23

24

25

26

27

28

STIPULATION RE WITHDRAWAL OF CONSENT FORM

1          3.    Ms. Magill's rights shall be determined as though she never signed the

2    Consent Form.

3

4    DATED: December __9th__, 2008    LARSON KING, LLP
                                       T. JOSEPH SNODGRASS
5                                      KELLY A. SWANSON

6

7                                      By: _____
                                           T. JOSEPH SNODGRASS
8
                                       Attorneys for Plaintiffs
9                                      MONTE RUSSELL AND DANIEL FRIEDMAN

10

11
     DATED: December __9__, 2008      HODEL BRIGGS WINTER LLP
12                                     GLENN L. BRIGGS
                                       THERESA A. KADING
13

14

15                                     By: _____
                                           THERESA A. KADING
16
                                       Attorneys for Defendants
17                                     WELLS FARGO BANK, N.A.; WELLS FARGO
                                       & COMPANY
18

19

20

21

22

23

24

25

26

27

28

     34691_1.doc                        -3-

1

## <u>ORDER</u>

2

3  PURSUANT TO STIPULATION, IT IS SO ORDERED that:

4

5        1.      Susanne Magill's Consent to Join the FLSA Collective Action is

6                hereby withdrawn;

7

8        2.      Ms. Magill is no longer a party plaintiff to this action;

9

10       3.      Ms. Magill's rights shall be determined as though she never signed the

11               Consent Form.

12                 12/12

13  Dated: _____, 2008__

14                                          _____

15                                          CLAUDIA WILKEN

16                                          DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

34691_1.doc                            -4-

1

## PROOF OF SERVICE

2  STATE OF CALIFORNIA                )
                                      ) ss:
3  COUNTY OF ORANGE                   )

4       I am employed in the County of Orange, State of California.  I am over the age of

18, and not a party to the within action.  My business address is Hodel Briggs Winter

5  LLP, 8105 Irvine Center Drive, Suite 1400, Irvine, CA 92618.  On this date I served the

following documents:

6

7       **STIPULATION RE WITHDRAWAL OF CONSENT OF SUSANNE**
**MAGILL TO BECOME A PARTY PLAINTIFF; [PROPOSED] ORDER**

8                              **APPROVING WITHDRAWAL**

9

on the parties shown below:

10

11  William M. Audet (State Bar No. 117456)    T. Joseph Snodgrass (Pro Hac Vice pending)
Adel A. Nadji (State Bar No. 232599)      Kelly A. Swanson (Pro Hac Vice pending)

12  AUDET & PARTNERS, LLP            LARSON KING, LLP
221 Main Street, Suite 1460           2800 Wells Fargo Place

13  San Francisco, California  94105       30 East 7th Street
ANadji@audetlaw.com              St. Paul, Minnesota 55101

14  Telephone:  (415) 568-2555          Telephone:  (651) 312-6500
Facsimile: (415) 568-2556           Facsimile:  (651) 312-6619

15

16  ☒    **BY ELECTRONIC MAIL WHERE INDICATED:**
        Pursuant to C.R.C. 2060, I served the foregoing document described by emailing to it

17          each of the aforementioned electronic mail addresses and the transmission was reported
        as complete and without error.

18

19  ☒    I declare under penalty of perjury under the laws of the State of California that the above
        is true and correct.

20      Executed on December 9, 2008, at Irvine, California.

21

22                              */s/Valerie Beechler*
                            Valerie Beechler

23

24

25

26

27

28