1  T. JOSEPH SNODGRASS (MN# 231071) (*pro hac vice*)
   Email:  jsnodgrass@larsonking.com
2  KELLY A. SWANSON (MN# 330838) (*pro hac vice*)
   Email:  kswanson@larsonking.com
3  LARSON KING, LLP
   2800 Wells Fargo Place
4  30 East 7th Street
   St. Paul, Minnesota 55101
5  Telephone:  (651) 312-6500
   Facsimile:  (651) 312-6619
6
   Attorneys for Plaintiffs
7  MONTE RUSSELL and DANIEL FRIEDMAN

8
   GLENN L. BRIGGS (SB# 174497)
9  Email: gbriggs@hbwllp.com
   THERESA A. KADING (SB# 211469)
10 Email: tkading@hbwllp.com
   HODEL BRIGGS WINTER LLP
11 8105 Irvine Center Drive, Suite 1400
   Irvine, CA  92618
12 Telephone: (949) 450-8040
   Facsimile: (949) 450-8033
13
   Attorneys for Defendants
14 WELLS FARGO BANK, N.A.; WELLS FARGO &
   COMPANY

15
                    UNITED STATES DISTRICT COURT
16
           NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION
17

18

19 MONTE RUSSELL and DANIEL          CASE NO. C 07-03993 CW
   FRIEDMAN, on behalf of themselves
20 and others similarly situated,    JUDGE CLAUDIA WILKEN
                                     COURTROOM 2
21              Plaintiff,
                                     **STIPULATION RE EXTENSION
22       vs.                         OF BRIEFING SCHEDULE ON
                                     PLAINTIFF'S MOTION TO
23 WELLS FARGO AND COMPANY           STRIKE OR INVALIDATE RULE
   and WELLS FARGO BANK, N.A.,       68 OFFERS; [PROPOSED] ORDER
24                                   APPROVING EXTENSION**
                Defendants.

25

26      Plaintiffs Monte Russell and Daniel Freidman ("Plaintiffs") and Defendants

27 Wells Fargo Bank, N.A. and Wells Fargo & Company ("Defendants"), through

28 their respective counsel, pursuant to Local Rule 6-2, hereby stipulate as follows:

34943

STIPULATION RE EXTENSION OF BRIEFING SCHEDULE

1   WHEREAS, on September 11, 2008, Plaintiff filed a Notice of Motion and
2   Motion to Strike or Otherwise Invalidate Defendant's Rule 68 Offers of Judgment
3   ("Motion");

5   WHEREAS, on September 30, 2008, Plaintiff filed an Amended Notice of
6   Motion and Motion to Strike or Otherwise Invalidate Defendant's Rule 68 Offers of
7   Judgment, setting the hearing date on the Motion for December 11, 2008;

9   WHEREAS, on November 20, 2008, this Court approved the parties'
10  stipulation seeking a continuation of the hearing date to January 8, 2009;

12  WHEREAS, Defendant's response to the Motion is due on Thursday,
13  December 18, 2008;

15  WHEREAS, the parties have resumed and been engaging in extensive and
16  thorough settlement negotiations since September 2008 and have halted discovery
17  and other litigation pending settlement negotiations; and

19  WHEREAS, the parties wish to conserve their and the Court's resources in
20  the event that a settlement is reached.

22  NOW, THEREFORE, through their respective counsel, THE PARTIES
23  HEREBY STIPULATE AS FOLLOWS:

25  1.   The hearing on Plaintiff's Motion is continued from January 8, 2009,
26  to February 19, 2009, at 2 p.m.   The parties request that the February 19, 2009,
27  hearing also be used as a status conference in the event settlement is not reached.

1  2. The deadline for Defendant to file a response to Plaintiff's Motion
2  shall be measured from the continued hearing date.

3

4  DATED: December 19, 2008    LARSON KING, LLP
                               T. JOSEPH SNODGRASS
5                              KELLY A. SWANSON

6

7                              By: /s/T. JOSEPH SNODGRASS
                                       T. JOSEPH SNODGRASS
8

9                              Attorneys for Plaintiffs
                               MONTE RUSSELL AND DANIEL FRIEDMAN
10

11

12 DATED:  December 19, 2008   HODEL BRIGGS WINTER LLP
                               GLENN L. BRIGGS
13                             THERESA A. KADING

14

15                             By: /s/GLENN L. BRIGGS
                                       GLENN L. BRIGGS
16
                               Attorneys for Defendants
17                             WELLS FARGO BANK, N.A. AND WELLS
                               FARGO & COMPANY
18

19

20

21

22

23

24

25

26

27

28

34943                          -3-

STIPULATION RE EXTENSION OF BRIEFING SCHEDULE

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __12/23_____, 2008

_____

CLAUDIA WILKEN
DISTRICT COURT JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss:
COUNTY OF ORANGE           )

I am employed in the County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is Hodel Briggs Winter LLP, 8105 Irvine Center Drive, Suite 1400, Irvine, CA 92618. On this date I served the following documents:

**STIPULATION RE EXTENSION OF BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO STRIKE OR INVALIDATE RULE 68 OFFERS; [PROPOSED] ORDER APPROVING EXTENSION**

on the parties shown below:

| | |
|---|---|
| William M. Audet (State Bar No. 117456) | T. Joseph Snodgrass (Pro Hac Vice pending) |
| Adel A. Nadji (State Bar No. 232599) | Kelly A. Swanson (Pro Hac Vice pending) |
| AUDET & PARTNERS, LLP | LARSON KING, LLP |
| 221 Main Street, Suite 1460 | 2800 Wells Fargo Place |
| San Francisco, California 94105 | 30 East 7th Street |
| ANadji@audetlaw.com | St. Paul, Minnesota 55101 |
| Telephone: (415) 568-2555 | Telephone: (651) 312-6500 |
| Facsimile: (415) 568-2556 | Facsimile: (651) 312-6619 |

☒ **BY ELECTRONIC MAIL WHERE INDICATED:**
Pursuant to C.R.C. 2060, I served the foregoing document described by emailing to it each of the aforementioned electronic mail addresses and the transmission was reported as complete and without error.

☒ I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 19, 2008, at Irvine, California.

*/s/Valerie Beechler*
Valerie Beechler