T. JOSEPH SNODGRASS (MN# 231071) (*pro hac vice*)
Email:  jsnodgrass@larsonking.com
KELLY A. SWANSON (MN# 330838) (*pro hac vice*)
Email:  kswanson@larsonking.com
LARSON KING, LLP
2800 Wells Fargo Place
30 East 7th Street
St. Paul, Minnesota 55101
Telephone:  (651) 312-6500
Facsimile:  (651) 312-6619

Attorneys for Plaintiff
MONTE RUSSELL


GLENN L. BRIGGS (SB# 174497)
Email: gbriggs@hbwllp.com
THERESA A. KADING (SB# 211469)
Email: tkading@hbwllp.com
HODEL BRIGGS WINTER LLP
8105 Irvine Center Drive, Suite 1400
Irvine, CA  92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

Attorneys for Defendants
WELLS FARGO BANK, N.A.; WELLS FARGO &
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| MONTE RUSSELL, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY,<br><br>Defendants. | CASE NO. C 07-03993 CW<br><br>JUDGE CLAUDIA WILKEN<br>COURTROOM 2<br><br>**STIPULATION RE EXTENSION OF BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO STRIKE OR INVALIDATE RULE 68 OFFERS; [PROPOSED] ORDER APPROVING EXTENSION** |

Plaintiff Monte Russell ("Plaintiff") and Defendants Wells Fargo Bank, N.A. and Wells Fargo & Company ("Defendants"), through their respective counsel, pursuant to Local Rule 6-2, hereby stipulate as follows:

35601_1.doc

1  WHEREAS, on September 11, 2008, Plaintiff filed a Notice of Motion and Motion to Strike or Otherwise Invalidate Defendant's Rule 68 Offers of Judgment ("Motion");

WHEREAS, on September 30, 2008, Plaintiff filed an Amended Notice of Motion and Motion to Strike or Otherwise Invalidate Defendant's Rule 68 Offers of Judgment, setting the hearing date on the Motion for December 11, 2008;

WHEREAS, on November 20, 2008 this Court approved the parties' stipulation seeking a continuation of the hearing date to January 8, 2009;

WHEREAS, on December 23, 2008, this Court approved the parties' stipulation seeking a continuation of the hearing date to February 19, 2009;

WHEREAS, Defendants' response to the Motion is due on Thursday, January 29, 2009;

WHEREAS, the parties are continuing to engage in extensive and thorough settlement negotiations and have halted discovery and other litigation pending settlement negotiations; and

WHEREAS, the parties wish to conserve their and the Court's resources in the event that a settlement is reached.

NOW, THEREFORE, through their respective counsel, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1.  The hearing on Plaintiff's Motion is continued from February 19, 2009, to March 5, 2009, at 2 p.m.

2.  The deadline for Defendants to file a response to Plaintiff's Motion shall be measured from the continued hearing date.

DATED: January 28, 2009         LARSON KING, LLP
                                T. JOSEPH SNODGRASS
                                KELLY A. SWANSON


                                By: /s/ T. JOSEPH SNODGRASS
                                        T. JOSEPH SNODGRASS

                                Attorneys for Plaintiff
                                MONTE RUSSELL


DATED: January 28, 2009         HODEL BRIGGS WINTER LLP
                                GLENN L. BRIGGS
                                THERESA A. KADING


                                By: /s/ THERESA A. KADING
                                        THERESA A. KADING

                                Attorneys for Defendants
                                WELLS FARGO BANK, N.A.; WELLS FARGO
                                & COMPANY

1 **ORDER**

3 PURSUANT TO STIPULATION, IT IS SO ORDERED.

5 Dated: _____1/30_____, 2009

*/s/ Claudia Wilken*

CLAUDIA WILKEN
DISTRICT COURT JUDGE