T. JOSEPH SNODGRASS (MN# 231071) (*pro hac vice*)
Email:  jsnodgrass@larsonking.com
KELLY A. SWANSON (MN# 330838) (*pro hac vice*)
Email:  kswanson@larsonking.com
LARSON KING, LLP
2800 Wells Fargo Place
30 East 7th Street
St. Paul, Minnesota 55101
Telephone:  (651) 312-6500
Facsimile:  (651) 312-6619

Attorneys for Plaintiff
MONTE RUSSELL


GLENN L. BRIGGS (SB# 174497)
Email: gbriggs@hbwllp.com
THERESA A. KADING (SB# 211469)
Email: tkading@hbwllp.com
HODEL BRIGGS WINTER LLP
8105 Irvine Center Drive, Suite 1400
Irvine, CA  92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

Attorneys for Defendants
WELLS FARGO BANK, N.A.; WELLS FARGO & COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| MONTE RUSSELL, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO & COMPANY, <br><br> Defendants. | CASE NO. C 07-03993 CW <br><br> JUDGE CLAUDIA WILKEN COURTROOM 2 <br><br> **STIPULATION RE EXTENSION OF BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO STRIKE OR INVALIDATE RULE 68 OFFERS;  ORDER APPROVING EXTENSION** |

Plaintiff Monte Russell ("Plaintiff") and Defendants Wells Fargo Bank, N.A. and Wells Fargo & Company ("Defendants"), through their respective counsel, pursuant to Local Rule 6-2, hereby stipulate as follows:

36085_1

1  WHEREAS, on September 11, 2008, Plaintiff filed a Notice of Motion and Motion to Strike or Otherwise Invalidate Defendant's Rule 68 Offers of Judgment ("Motion");

2  WHEREAS, on September 30, 2008, Plaintiff filed an Amended Notice of Motion and Motion to Strike or Otherwise Invalidate Defendant's Rule 68 Offers of Judgment, setting the hearing date on the Motion for December 11, 2008;

3  WHEREAS, on November 20, 2008 this Court approved the parties' stipulation seeking a continuation of the hearing date to January 8, 2009;

4  WHEREAS, on December 23, 2008, this Court approved the parties' stipulation seeking a continuation of the hearing date to February 19, 2009;

5  WHEREAS, on January 30, 2009, this Court approved the parties' stipulation seeking a continuation of the hearing date to March 5, 2009.

6  WHEREAS, the parties are continuing to engage in extensive and thorough settlement negotiations and have halted discovery and other litigation pending settlement negotiations; and

7  WHEREAS, the parties wish to conserve their and the Court's resources in the event that a settlement is reached.

//
//
//
//

1  NOW, THEREFORE, through their respective counsel, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. The hearing on Plaintiff's Motion is continued from March 5, 2009, to May 7, 2009, at 2 p.m.

2. The deadline for Defendants to file a response to Plaintiff's Motion shall be measured from the continued hearing date.

DATED: March 2, 2009        LARSON KING, LLP
                            T. JOSEPH SNODGRASS
                            KELLY A. SWANSON


                            By: /s/ T. JOSEPH SNODGRASS
                                    T. JOSEPH SNODGRASS

                            Attorneys for Plaintiff
                            MONTE RUSSELL


DATED: March 2, 2009        HODEL BRIGGS WINTER LLP
                            GLENN L. BRIGGS
                            THERESA A. KADING


                            By: /s/ THERESA A. KADING
                                    THERESA A. KADING

                            Attorneys for Defendants
                            WELLS FARGO BANK, N.A.; WELLS FARGO & COMPANY

36085_1                              -2-

STIPULATION RE EXTENSION OF BRIEFING SCHEDULE

1 **ORDER**

3 PURSUANT TO STIPULATION, IT IS SO ORDERED.

5 Dated: _____3/4_____, 2009

*[signature: Claudia Wilken]*

CLAUDIA WILKEN
DISTRICT COURT JUDGE