T. JOSEPH SNODGRASS (MN# 231071) (*pro hac vice*)
Email: jsnodgrass@larsonking.com
KELLY A. SWANSON (MN# 330838) (*pro hac vice*)
Email: kswanson@larsonking.com
LARSON KING, LLP
2800 Wells Fargo Place
30 East 7th Street
St. Paul, Minnesota 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6619

Attorneys for Plaintiff
MONTE RUSSELL and DANIEL FRIEDMAN


GLENN L. BRIGGS (SB# 174497)
Email: gbriggs@hbwllp.com
THERESA A. KADING (SB# 211469)
Email: tkading@hbwllp.com
HODEL BRIGGS WINTER LLP
8105 Irvine Center Drive, Suite 1400
Irvine, CA 92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

Attorneys for Defendants
WELLS FARGO BANK, N.A.; WELLS FARGO &
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| MONTE RUSSELL and DANIEL FRIEDMAN, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendants. | CASE NO. C 07-03993 CW<br><br>JUDGE CLAUDIA WILKEN<br>COURTROOM 2<br><br>**ORDER GRANTING AS MODIFIED STIPULATION RE CONTINUATION OF PRE-TRIAL DEADLINES AND REQUESTING STATUS CONFERENCE** |

Plaintiffs Monte Russell and Daniel Friedman ("Plaintiffs") and Defendants Wells Fargo Bank, N.A. and Wells Fargo & Company ("Defendants"), through their respective counsel, pursuant to Local Rule 6-2, hereby stipulate as follows:

1    WHEREAS, on September 11, 2008, Plaintiff Monte Russell filed a Notice
2    of Motion and Motion to Strike or Otherwise Invalidate Defendant's Rule 68 Offers
3    of Judgment ("Motion");

4

5    WHEREAS, on September 23, 2008, the Court issued a Minute Order and
6    Case Management Order, which sets forth the pre-trial deadlines governing this
7    collective and proposed class action, including the briefing deadlines associated
8    with Plaintiff's Motion to Strike or Otherwise Invalidate Defendant's Rule 68
9    Offers of Judgment;

10

11    WHEREAS, on September 30, 2008, Plaintiffs filed an Amended Notice of
12    Motion and Motion to Strike or Otherwise Invalidate Defendant's Rule 68 Offers of
13    Judgment, setting the hearing date on the Motion for December 11, 2008;

14

15    WHEREAS, on November 20, 2008, December 23, 2008, January 30, 2009,
16    and March 4, 2009, respectively, this Court approved the parties' stipulations
17    seeking continuation of the hearing date on Plaintiffs' Motion to Strike.  In those
18    stipulated filings, the parties notified the Court that they had ceased discovery to
19    focus on settlement efforts;

20

21    WHEREAS, Defendant's response to Plaintiffs' Motion to Strike is currently
22    due on April 16, 2009, and the Motion is to be argued and heard before this Court
23    on May 7, 2009, at 2:00 p.m.;

24

25    WHEREAS, Plaintiff Daniel Friedman's motion for class certification of
26    Plaintiff's state law claims pursuant to Rule 23 of the Federal Rules of Civil
27    Procedure is due on or before April 30, 2009, and the Motion is to be heard and
28    argued before this Court on June 25, 2009, at 2:00 p.m.;

1    WHEREAS, the parties are continuing to actively engage in extensive and
2    thorough settlement negotiations and, as of September 30, 2008, have halted
3    discovery and other litigation pending their settlement negotiations;

4

5    WHEREAS, the parties presently are actively engaged in settlement
6    discussions with the assistance of the Honorable Edward A. Infante (Ret.); and

7

8    WHEREAS, the parties wish to conserve their and the Court's resources in
9    the event that a settlement is reached.
10   //
11   //
12   NOW, THEREFORE, through their respective counsel, THE PARTIES
13   HEREBY STIPULATE AS FOLLOWS:

14

15   1.    The parties request that the Court continue all pre-trial deadlines,
16   including all briefing deadlines associated with Plaintiffs' Motion to Strike and
17   Plaintiffs' Motion for Class Certification.

18

19   2.    The parties further request that the Court schedule a status conference
20   in the second half of June 2009, at which point the parties will advise the Court as
21   to the status of the parties' settlement negotiations and, in the event the case has not
22   been resolved, propose an appropriate scheduling order.
23   //
24   //
25   //
26   //
27   //
28   //

1   DATED: April 15, 2009           LARSON KING, LLP
                                     T. JOSEPH SNODGRASS
2                                    KELLY A. SWANSON

3

4                                    By: /s/ T. JOSEPH SNODGRASS
                                          T. JOSEPH SNODGRASS
5
                                     Attorneys for Plaintiffs
6                                    MONTE RUSSELL and DANIEL FRIEDMAN

7

8
    DATED:  April 15, 2009           HODEL BRIGGS WINTER LLP
9                                    GLENN L. BRIGGS
                                     THERESA A. KADING
10

11

12                                   By: /s/ THERESA A. KADING
                                          THERESA A. KADING
13
                                     Attorneys for Defendants
14                                   WELLS FARGO BANK, N.A.; WELLS FARGO
                                     & COMPANY
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                     -4-

1

## <u>ORDER</u>

2

3 PURSUANT TO STIPULATION, IT IS SO ORDERED.  **THE HEARING**

4
**DATES FOR THE MOTION TO STRIKE AND THE MOTION FOR CLASS**
5

6 **CERTIFICATION ARE VACATED.  A FURTHER CASE MANAGEMENT**

7 **CONFERENCE WILL BE HELD ON JUNE 23, 2009 AT 2:00 P.M.  ALL**

8
**OTHER PRETRIAL AND TRIAL DATES REMAIN IN EFFECT.**
9

10

11                     4/23

12 Dated: _____, 2009

13

14                                          _____

15                                          CLAUDIA WILKEN
                                            DISTRICT COURT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28