T. JOSEPH SNODGRASS (MN# 231071) (*pro hac vice*)
Email: jsnodgrass@larsonking.com
KELLY A. SWANSON (MN# 330838) (*pro hac vice*)
Email: kswanson@larsonking.com
LARSON KING, LLP
2800 Wells Fargo Place
30 East 7th Street
St. Paul, Minnesota 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6619

Attorneys for Plaintiff
MONTE RUSSELL


GLENN L. BRIGGS (SB# 174497)
Email: gbriggs@hbwllp.com
THERESA A. KADING (SB# 211469)
Email: tkading@hbwllp.com
HODEL BRIGGS WINTER LLP
8105 Irvine Center Drive, Suite 1400
Irvine, CA 92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

Attorneys for Defendants
WELLS FARGO BANK, N.A.; WELLS FARGO & COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| MONTE RUSSELL and DANIEL FRIEDMAN, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY,<br><br>Defendants. | CASE NO. C 07-03993 CW<br><br>JUDGE CLAUDIA WILKEN<br>COURTROOM 2<br><br>**STIPULATION RE HEARING ON CROSS MOTIONS FOR PARTIAL SUMMARY JUDGMENT** |

40209_1.doc

1  Plaintiff Monte Russell ("Plaintiff") and Defendants Wells Fargo Bank,
2  N.A., and Wells Fargo & Company ("Defendants"), through their respective
3  counsel, hereby stipulate that the hearing and oral argument on the parties' cross
4  motions for partial summary judgment will be held on October 8, 2009, at 2:00 p.m.

DATED: September 21, 2009    LARSON KING, LLP
                             T. JOSEPH SNODGRASS
                             KELLY A. SWANSON


                             By: /s/ T. JOSEPH SNODGRASS
                                     T. JOSEPH SNODGRASS

                             Attorneys for Plaintiff
                             MONTE RUSSELL


DATED: September 21, 2009    HODEL BRIGGS WINTER LLP
                             GLENN L. BRIGGS
                             THERESA A. KADING


                             By: /s/ GLENN L. BRIGGS
                                     GLENN L. BRIGGS

                             Attorneys for Defendants
                             WELLS FARGO BANK, N.A.; WELLS FARGO
                             & COMPANY

40209_1.doc                        -2-

STIPULATION RE HEARING ON CROSS MOTIONS FOR PARTIAL SUMMARY JUDGMENT

1 **ORDER**

2

3 PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5 Dated: September 22, 2009

6 *[signature: Claudia Wilken]*

7

8 CLAUDIA WILKEN
DISTRICT COURT JUDGE