1  T. JOSEPH SNODGRASS (MN# 231071) (*pro hac vice*)
   Email:  jsnodgrass@larsonking.com
2  KELLY A. SWANSON (MN# 330838) *(pro hac vice)*
   Email:  kswanson@larsonking.com
3  LARSON KING, LLP
   2800 Wells Fargo Place
4  30 East 7th Street
   St. Paul, Minnesota 55101
5  Telephone:  (651) 312-6500
   Facsimile:  (651) 312-6619
6
   Attorneys for Plaintiffs
7  MONTE RUSSELL and DANIEL FRIEDMAN

8
   GLENN L. BRIGGS (SB# 174497)
9  Email: gbriggs@hbwllp.com
   THERESA A. KADING (SB# 211469)
10 Email: tkading@hbwllp.com
   HODEL BRIGGS WINTER LLP
11 8105 Irvine Center Drive, Suite 1400
   Irvine, CA  92618
12 Telephone: (949) 450-8040
   Facsimile: (949) 450-8033
13
   Attorneys for Defendants
14 WELLS FARGO BANK, N.A.; WELLS FARGO &
   COMPANY

15

UNITED STATES DISTRICT COURT

16

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

17

18

| | |
|---|---|
| MONTE RUSSELL and DANIEL FRIEDMAN, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY,<br><br>Defendants. | CASE NO. C 07-03993 CW<br><br>JUDGE CLAUDIA WILKEN<br>COURTROOM 2<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

25

26    Plaintiffs Monte Russell and Daniel Friedman ("Plaintiffs") and Defendants

27  Wells Fargo Bank, N.A., and Wells Fargo & Company ("Defendants"), through

28  their respective counsel, hereby stipulate as follows:

41001_1

1  WHEREAS, the parties have a Further Case Management Conference on
2  November 17, 2009;

3

4  WHEREAS, the parties are scheduled for mediation with Jeff Ross on
5  November 18, 2009; and

6

7  WHEREAS, the parties wish to continue the Further Case Management
8  Conference until after their mediation.

9

10  NOW, THEREFORE, through their respective counsel, THE PARTIES
11  STIPULATE TO THE FOLLOWING:

12

13  1. The parties propose that the Further Case Management Conference be
14  continued and rescheduled for Tuesday, December 8, 2009, at 2 p.m.

15

16  DATED: November 3, 2009      LARSON KING, LLP
                                  T. JOSEPH SNODGRASS
17                                KELLY A. SWANSON

18

19                               By: /s/ T. JOSEPH SNODGRASS
20                                      T. JOSEPH SNODGRASS

21                               Attorneys for Plaintiffs
                                 MONTE RUSSELL and DANIEL FRIEDMAN

1  DATED:  November 3, 2009         HODEL BRIGGS WINTER LLP
                                    GLENN L. BRIGGS
                                    THERESA A. KADING


                                    By: /s/ GLENN L. BRIGGS
                                            GLENN L. BRIGGS

                                    Attorneys for Defendants
                                    WELLS FARGO BANK, N.A.; WELLS FARGO
                                    & COMPANY

41001_1                            -3-
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1 **ORDER**

3 PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____11/4_____, 2009

*Claudia Wilken*

CLAUDIA WILKEN
DISTRICT COURT JUDGE