1  T. JOSEPH SNODGRASS (MN# 231071) (*pro hac vice*)
   Email:  jsnodgrass@larsonking.com
2  KELLY A. SWANSON (MN# 330838) (*pro hac vice*)
   Email:  kswanson@larsonking.com
3  LARSON KING, LLP
   2800 Wells Fargo Place
4  30 East 7th Street
   St. Paul, Minnesota 55101
5  Telephone:  (651) 312-6500
   Facsimile:  (651) 312-6619
6
7  Attorneys for Plaintiffs
   MONTE RUSSELL and DANIEL FRIEDMAN
8

9  GLENN L. BRIGGS (SB# 174497)
   Email: gbriggs@hbwllp.com
10 THERESA A. KADING (SB# 211469)
   Email: tkading@hbwllp.com
11 HODEL BRIGGS WINTER LLP
   8105 Irvine Center Drive, Suite 1400
12 Irvine, CA  92618
   Telephone: (949) 450-8040
13 Facsimile: (949) 450-8033

14 Attorneys for Defendants
   WELLS FARGO BANK, N.A.; WELLS FARGO &
15 COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| MONTE RUSSELL and DANIEL FRIEDMAN, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY,<br><br>Defendants. | CASE NO. C 07-03993 CW<br><br>JUDGE CLAUDIA WILKEN<br>COURTROOM 2<br><br>**ORDER GRANTING AS MODIFIED STIPULATION TO CONTINUE DECEMBER 8, 2009, CASE MANAGEMENT CONFERENCE** |

Plaintiffs Monte Russell and Daniel Friedman ("Plaintiffs") and Defendants Wells Fargo Bank, N.A., and Wells Fargo & Company ("Defendants"), through their respective counsel, hereby stipulate as follows:

WFB_Russell - stipulation to continue CMC

1  　　　WHEREAS, the parties have a Further Case Management Conference on
2  December 8, 2009;

4  　　　WHEREAS, the parties participated in an all-day mediation with Jeff Ross
5  on November 18, 2009, and thereafter continued their discussions and consideration
6  of a settlement proposal made by the mediator;

8  　　　WHEREAS, the attorneys reached understandings in principle on a certain
9  aggregate and potential settlement structure late in the day on Friday, December 4,
10 2009;

12 　　　WHEREAS, the Plaintiffs' attorneys require time to discuss the status of
13 negotiations with their many individual clients and the parties must reduce the
14 specific terms of the settlement to writing, all of which will take time as this action
15 is a complex putative class and collective action; and

17 　　　WHEREAS, presently the parties are in a position to advise the Court of only
18 the fact of an agreement in principle (including the monetary amount) by the
19 attorneys which must be presented to Plaintiffs' clients, and the Further Case
20 Management Conference will be more beneficial to the Court and the parties if it is
21 continued to a future date, or vacated, to allow the parties to further develop the
22 specific terms of the settlement and for Plaintiffs' counsel to confer with their
23 clients.

1   NOW, THEREFORE, through their respective counsel, THE PARTIES
STIPULATE TO THE FOLLOWING:

1. The parties propose that the Further Case Management Conference be continued and rescheduled for Tuesday, January 26, 2009, at 2 p.m.

DATED: December 7, 2009   LARSON KING, LLP
T. JOSEPH SNODGRASS
KELLY A. SWANSON


By: /s/ T. JOSEPH SNODGRASS
    T. JOSEPH SNODGRASS

Attorneys for Plaintiffs
MONTE RUSSELL and DANIEL FRIEDMAN

DATED:  December 7, 2009   HODEL BRIGGS WINTER LLP
GLENN L. BRIGGS
THERESA A. KADING


By: /s/ GLENN L. BRIGGS
    GLENN L. BRIGGS

Attorneys for Defendants
WELLS FARGO BANK, N.A.; WELLS FARGO & COMPANY

1 **ORDER**

3  PURSUANT TO STIPULATION, IT IS SO ORDERED, **except the CMC is continued to 4/6/10 at 2:00 p.m.  If the parties reach a settlement, they may file no later than January 26, 2010, an unopposed motion for preliminary approval, without noticing it for hearing, and it will be decided on the papers. If they are unable to settle, they should file no later than January 26, 2010, joint or separate case management statements, proposing dates for the continuation of the case.  The Court will then issue a case management order.**

Dated: _____12/8_____, 2009

*/s/ Claudia Wilken*

CLAUDIA WILKEN
DISTRICT COURT JUDGE

WFB_Russell - stipulation to continue CMC     -4-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE