T. JOSEPH SNODGRASS (MN# 231071) (*pro hac vice*)
Email: jsnodgrass@larsonking.com
KELLY A. SWANSON (MN# 330838) (*pro hac vice*)
Email: kswanson@larsonking.com
LARSON KING, LLP
2800 Wells Fargo Place
30 East 7th Street
St. Paul, Minnesota 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6619

Attorneys for Plaintiffs
MONTE RUSSELL and DANIEL FRIEDMAN


GLENN L. BRIGGS (SB# 174497)
Email: gbriggs@hbwllp.com
THERESA A. KADING (SB# 211469)
Email: tkading@hbwllp.com
HODEL BRIGGS WINTER LLP
8105 Irvine Center Drive, Suite 1400
Irvine, CA 92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

Attorneys for Defendants
WELLS FARGO BANK, N.A.; WELLS FARGO &
COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| MONTE RUSSELL and DANIEL FRIEDMAN, on behalf of themselves and others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY,<br><br>        Defendants. | CASE NO. C 07-03993 CW<br><br>JUDGE CLAUDIA WILKEN<br>COURTROOM 2<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR FILING UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

1     Plaintiffs Monte Russell and Daniel Friedman ("Plaintiffs") and Defendants

2    Wells Fargo Bank, N.A., and Wells Fargo & Company ("Defendants"), through

3    their respective counsel, hereby stipulate as follows:

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Extend Deadline for Filing Unopposed Motion for Preliminary Approval – 07-03993 CW

1    WHEREAS, the Court issued an Order continuing the Case Management

2    Conference to April 6, 2010, pursuant to a Stipulation by the parties, on December

3    8, 2009 (ECF No. 134);

4

5    WHEREAS, the Court's December 8, 2009 Order further provided that if the

6    parties should reach a settlement, they may file no later than January 26, 2010, an

7    unopposed motion for preliminary approval, without noticing it for hearing, and the

8    motion would be decided by the Court on the papers;

9

10   WHEREAS, since the Court's December 8, 2009 Order, counsel for the

11   parties have agreed in principle on an settlement amount, formulae and structures

12   for this conditionally certified collective action and putative Rule 23 state law class

13   action, the number and identity of settlement subclasses which shall make up the

14   Opt-in and putative Rule 23 state law classes, and formulae for calculating damages

15   awards for the Named Plaintiffs, Opt-in Plaintiffs, and members of the putative

16   Rule 23 state law class;

17

18   WHEREAS, while counsel for the parties have reached an agreement in

19   principle for approximately 98 persons who have opted-in or are putative class

20   members, they are still exchanging information regarding resolution of the claims

21   of PC/LAN 5 engineers (or employees who worked for some period of time as

22   PC/LAN 5s) who opted-into the litigation, and who number approximately 13

23   employees;

24

25   WHEREAS, counsel for the parties remain optimistic they can resolve of the

26   claims of the PC/LAN 5s and include them in the settlement group of 98;

27

28

1    WHEREAS, the Plaintiffs' attorneys have discussed the status of

2 negotiations with a percentage of their individual opt-in clients and, based on these

3 privileged discussions, believe that the proposed settlement of this action will be

4 well received by the Opt-in Plaintiffs and members of the putative Rule 23 state law

5 class;

6

7    WHEREAS, the parties have been working diligently to reduce the specific

8 terms of the proposed FLSA collective action and Rule 23 class action settlement to

9 writing, all of which takes time as this action is a complex putative class and

10 collective action; and

11

12    WHEREAS, presently the parties require and hereby request 30 days so as to

13 allow the parties to further develop the specific terms of the settlement and draft the

14 papers for preliminary FLSA and Rule 23 approval, including proposed class

15 notices and claims forms,  for submission to the Court.

16

17    NOW, THEREFORE, through their respective counsel, THE PARTIES

18 STIPULATE TO THE FOLLOWING:

19

20    1.    The parties propose that the deadline for submitting an unopposed

21 motion for preliminary approval of settlement be extended until February 26, 2010.

22

23

24

25

26

27

28

1

DATED: January 26, 2010           LARSON KING, LLP
                                  T. JOSEPH SNODGRASS
2                                 KELLY A. SWANSON

3

4                                 By:  /s/ T. JOSEPH SNODGRASS
                                          T. JOSEPH SNODGRASS
5

                                  Attorneys for Plaintiffs
6                                 MONTE RUSSELL and DANIEL FRIEDMAN

7

8    DATED:  January 26, 2010     HODEL BRIGGS WINTER LLP
                                  GLENN L. BRIGGS
9                                 THERESA A. KADING

10

11                                By:  /s/ GLENN L. BRIGGS
12                                         GLENN L. BRIGGS

13                                Attorneys for Defendants
                                  WELLS FARGO BANK, N.A.; WELLS FARGO
14                                & COMPANY

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Extend Deadline for Filing Unopposed Motion for Preliminary Approval – 07-03993 CW

1

## **ORDER**

2

3   PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5   Dated: _____, 2010
                2/1

6

7

8   CLAUDIA WILKEN
    DISTRICT COURT JUDGE

9   1272976

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Extend Deadline for Filing Unopposed Motion for Preliminary Approval – 07-03993 CW