T. JOSEPH SNODGRASS (MN# 231071) *(pro hac vice)*
Email: jsnodgrass@larsonking.com
KELLY A. SWANSON (MN# 330838) *(pro hac vice)*
Email: kswanson@larsonking.com
LARSON KING, LLP
2800 Wells Fargo Place
30 East 7th Street
St. Paul, Minnesota 55101
Telephone: (651) 312-6500
Facsimile:  (651) 312-6619

Attorneys for Plaintiffs
MONTE RUSSELL and DANIEL FRIEDMAN


GLENN L. BRIGGS (SB# 174497)
Email: gbriggs@hbwllp.com
THERESA A. KADING (SB# 211469)
Email: tkading@hbwllp.com
HODEL BRIGGS WINTER LLP
8105 Irvine Center Drive, Suite 1400
Irvine, CA 92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

Attorneys for Defendants
WELLS FARGO BANK, N.A.; WELLS FARGO & COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| MONTE RUSSELL and DANIEL FRIEDMAN, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>WELLS FARGO AND COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendants. | CASE NO: C 07 3993 CW<br><br>JUDGE CLAUDIA WILKEN<br>COURTROOM 2<br><br>**STIPULATION RE WITHDRAWAL OF CONSENT OF JEFF MILLER TO BECOME A PARTY PLAINTIFF; ORDER APPROVING WITHDRAWAL** |

Plaintiffs Monte Russell and Daniel Friedman ("Plaintiffs") and Defendants Wells Fargo Bank, N.A., and Wells Fargo & Company ("Defendants"), through their respective counsel, hereby stipulate as follows:

1    WHEREAS, Jeff Miller, a putative collective action member, received notice of this
2    action pursuant to this Court's order dated September 3, 2008, and signed a document
3    entitled Consent to Join the FLSA Collective Action ("Consent Form") on September
4    28, 2008, thereby giving his consent to become a party plaintiff in this action;

6    WHEREAS, on October 17, 2008, Plaintiff filed a Notice of Filing Consent to
7    Become a Party Plaintiff, which included Mr. Miller's Consent Form ("Notice")
8    (ECF No. 66);

10   WHEREAS, Jeff Miller wishes to withdraw his Consent Form; and

12   WHEREAS, Defendants agree to the withdrawal of Mr. Miller's Consent Form;

14   NOW, THEREFORE, through their respective counsel, THE PARTIES HEREBY
15   STIPULATE AS FOLLOWS:

17   1.   Jeff Miller's Consent to Join the FLSA Collective Action is hereby
18   withdrawn;

20   2.   Mr. Miller is no longer a party plaintiff to this action;

22   3.   Mr. Miller's rights shall be determined as though he never signed the
23   Consent Form.

|   |   |   |
|---|---|---|
| 1 |  | **LARSON KING, LLP** |
| 2 |  | **T. JOSEPH SNODGRASS** |
|   |  | **KELLY A. SWANSON** |
| 3 | DATED: February 26, 2010 | By:    /s/ T. Joseph Snodgrass |
| 4 |  |         T. JOSEPH SNODGRASS |
| 5 |  | Attorneys for Plaintiffs |
|   |  | MONTE RUSSELL AND DANIEL FRIEDMAN |

 

**HODEL BRIGGS WINTER LLP**
**GLENN L. BRIGGS**
**THERESA A. KADING**

DATED:  February 26, 2010          By:    /s/ Theresa A. Kading
                                                          THERESA A. KADING

Attorneys for Defendants
WELLS FARGO BANK, N.A.; WELLS FARGO & COMPANY

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

    1.    Jeff Miller's Consent to Join the FLSA Collective Action is hereby withdrawn;

    2.    Mr. Miller is no longer a party plaintiff to this action;

    3.    Mr. Miller's rights shall be determined as though he never signed the Consent Form.

3/2
Dated: _____, 2010

_____
CLAUDIA WILKEN
DISTRICT COURT JUDGE