IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONTE RUSSELL and DANIEL FREEDMAN, on behalf of themselves and others similarly situated,

    Plaintiffs,

  v.

WELLS FARGO AND COMPANY and WELLS FARGO BANK, N.A.,

    Defendants.
_____/

No. C 07-03993 CW

ORDER ON REVISIONS TO NOTICE TO CLASS MEMBERS

On February 26, 2010, Plaintiffs filed a motion for preliminary approval of the proposed class action settlement in this case. The Court has granted the motion. This Order addresses the Court's revisions to the parties' proposed notices to class members.

The Court directs the parties to make the following revisions:

1. Exhibit G, page two, line five: The parties shall replace "CA" with "CW," so that the case number reads "Civil Action No. 07-3993-CW (Northern District of California)."

2. Exhibit G, page three, line ten: The parties shall delete the last "0" from "172000," so that the line reads "Code Section 17200 ("UCL"), . . ."

1     3.     Exhibit G, page five, line fifteen: The parties shall
2          remove the space between the comma and the numeral "3,"
3          so that the figure reads "$851,304.50."
4     4.     Exhibit H, page three, line twenty: The parties shall
5          delete the last "0" from "172000," so that the line reads
6          "Code Section 17200 ("UCL"), . . ."

IT IS SO ORDERED.

Dated: March 26, 2010

CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California

2