1   T. JOSEPH SNODGRASS (MN# 231071) (*pro hac vice*)
Email:  jsnodgrass@larsonking.com

2   KELLY A. SWANSON (MN# 330838) (*pro hac vice*)
Email:  kswanson@larsonking.com

3   LARSON KING, LLP
30 East 7th Street

4   St. Paul, Minnesota 55101
Telephone:  (651) 312-6500

5   Facsimile:  (651) 312-6619

6   Attorneys for Plaintiffs
MONTE RUSSELL and DANIEL FRIEDMAN

7

8   GLENN L. BRIGGS (SB# 174497)
Email: gbriggs@hbwllp.com

9   THERESA A. KADING (SB# 211469)
Email: tkading@hbwllp.com

10   HODEL BRIGGS WINTER LLP
8105 Irvine Center Drive, Suite 1400

11   Irvine, CA  92618
Telephone: (949) 450-8040

12   Facsimile: (949) 450-8033

13   Attorneys for Defendants
WELLS FARGO BANK, N.A.; WELLS FARGO &

14   COMPANY

15               UNITED STATES DISTRICT COURT

16        NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

17

| | |
|---|---|
| 18  MONTE RUSSELL and DANIEL FRIEDMAN, on behalf of themselves<br>19  and others similarly situated,<br>20             Plaintiff,<br>21      vs.<br>22  WELLS FARGO & COMPANY,<br>23         Defendants. | CASE NO. C 07-03993 CW<br><br>JUDGE CLAUDIA WILKEN<br>COURTROOM 2<br><br>**STIPULATION TO AMEND SETTLEMENT AGREEMENT BETWEEN PLAINTIFFS AND DEFENDANTS** |

24

25

26       Plaintiffs Monte Russell and Daniel Friedman ("Plaintiffs") and Defendants

27  Wells Fargo Bank, N.A., and Wells Fargo & Company ("Defendants"), through

28  their respective counsel, hereby stipulate as follows:

43585_1

1    WHEREAS, the parties previously submitted a Settlement Agreement (ECF

2    142-1), which received preliminary approval from the Court on March 26, 2010

3    (*see* ECF 152);

4

5    WHEREAS, the parties have identified three additional FLSA Class

6    Members who were inadvertently omitted from the FLSA Class as described in the

7    original Settlement Agreement;

8

9    WHEREAS, an amendment to the Settlement Agreement is necessary to

10   include the three previously omitted FLSA Class Members, including Suzanne

11   Honeck, Dustin Knape, and Jeffrey Telford;

12

13   WHEREAS, each of the three previously omitted Class Members will be

14   treated the same as those Class Members included in the original Settlement

15   Agreement to whom they are similarly situated, and compensated accordingly;

16

17   WHEREAS, all provisions of the Settlement Agreement will apply to these

18   three previously omitted Class Members with full force, as if they had been

19   included in the original Settlement Agreement; and

20

21   WHEREAS, the proposed amendment should be approved by the Court for

22   the same reasons supporting the Court's approval of the original Settlement

23   Agreement (ECF 142-1) on March 26, 2010.

24

25

26

27

28

43585_1                          -2-

1    NOW, THEREFORE, through their respective counsel, THE PARTIES

2  STIPULATE THAT THE AMENDMENT, INDIVIDUALLY, AND THE

3  SETTLEMENT AS A WHOLE, MEET ALL REQUIREMENTS FOR THIS

4  COURT'S PRELIMINARY APPROVAL, AND REQUEST THE FOLLOWING

5  ORDER:

6

7    1.    The parties' previously submitted Settlement Agreement (ECF 142-

8  1), which received preliminary approval from the Court on March 26, 2010 (*see*

9  ECF 152), is amended as described in the Amendment to Settlement Agreement

10 between Plaintiffs and Defendants, filed concurrently herewith.  The unaffected

11 provisions of the Settlement Agreement remain approved and unchanged.

12

13    2.    The Amendment to the Settlement Agreement, and the proposed

14 settlement as a whole, meets all requirements for this Court's preliminary

15 approval, as set out in the Court's previously entered Order granting preliminary

16 approval of the proposed settlement (ECF 152).

17

18  DATED: April 13, 2010          LARSON KING, LLP
                                   T. JOSEPH SNODGRASS
19                                 KELLY A. SWANSON

20

21                                 By:  /s/ T. JOSEPH SNODGRASS
22                                       T. JOSEPH SNODGRASS

23                                 Attorneys for Plaintiffs
                                   MONTE RUSSELL and DANIEL FRIEDMAN
24

25

26

27

28

43585_1                          -3-

1   DATED:  April 13, 2010          HODEL BRIGGS WINTER LLP
2                                   GLENN L. BRIGGS
                                    THERESA A. KADING
3

4                                   By:  /s/ GLENN L. BRIGGS
5                                             GLENN L. BRIGGS

6                                   Attorneys for Defendants
                                    WELLS FARGO BANK, N.A.; WELLS FARGO
7                                   & COMPANY

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

43585_1                                -4-

1

## <u>ORDER</u>

2

3   PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5   Dated: _____, 2010

6

7                                        _____

8                                        CLAUDIA WILKEN
                                         DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28