T. JOSEPH SNODGRASS (MN# 231071) (*pro hac vice*)
Email: jsnodgrass@larsonking.com
KELLY A. SWANSON (MN# 330838) (*pro hac vice*)
Email: kswanson@larsonking.com
LARSON KING, LLP
30 East 7th Street
St. Paul, Minnesota 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6619

Attorneys for Plaintiffs
MONTE RUSSELL and DANIEL FRIEDMAN

GLENN L. BRIGGS (SB# 174497)
Email: gbriggs@hbwllp.com
THERESA A. KADING (SB# 211469)
Email: tkading@hbwllp.com
HODEL BRIGGS WINTER LLP
8105 Irvine Center Drive, Suite 1400
Irvine, CA 92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

Attorneys for Defendants
WELLS FARGO BANK, N.A.; WELLS FARGO &
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| MONTE RUSSELL and DANIEL FRIEDMAN, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY,<br><br>Defendants. | CASE NO. C 07-03993 CW<br><br>JUDGE CLAUDIA WILKEN<br>COURTROOM 2<br><br>**JOINT ADMINISTRATIVE MOTION TO FILE EXHIBIT TO THE AMENDMENT TO SETTLEMENT AGREEMENT UNDER SEAL AND [PROPOSED] ORDER APPROVING THE FILING OF EXHIBIT UNDER SEAL** |

Plaintiffs MONTE RUSSELL and DANIEL FRIEDMAN (hereinafter, "Plaintiffs"), individually and on behalf of the class, and defendants WELLS FARGO

43594

Case4:07-cv-03993-CW   Document158   Filed04/14/10   Page2 of 3

1  BANK, N.A. and WELLS FARGO & COMPANY (hereinafter "Defendants") have

2  entered into an Amendment to Settlement Agreement Between Plaintiffs and Defendants.

3  Pursuant to Local Rule 79-5, the parties jointly move to file Exhibit A to the parties'

4  Amendment to Settlement Agreement under seal.  The instant motion is a joint motion as

5  provided in the parties' stipulation attached hereto.

6        Under the terms of the parties' Settlement Agreement, each member of the Plaintiff

7  Class shall have full access to the parties' Settlement Agreement, including the aggregate

8  settlement amount for the Plaintiff Class, the amount of attorneys' fees, costs, expenses

9  and disbursements to be requested by Plaintiffs' Counsel, the amounts Plaintiffs' Counsel

10 intends to request as service payment to the proposed Class Representatives for their

11 service to the Plaintiff Class, and the Plaintiff Class Member's individual settlement

12 payment under the terms of the parties' Settlement Agreement.  Also, under the terms of

13 the parties' Settlement Agreement, each member of the Plaintiff Class shall not have

14 access to Exhibits to the parties' Settlement Agreement, which contain materials outlining

15 sensitive and personal data concerning individual Plaintiff Class Members' job positions,

16 salaries, and settlement awards.

17      As more fully explained in the Declaration of Theresa Kading, filed concurrently

18 herewith, the sensitive and personal nature of the material set forth in Exhibit A to the

19 Amendment to Settlement Agreement dictate that the parties file such material under seal

20 with the Court's approval pursuant to Local Rule 79-5.

21

22  DATED: April 14, 2010      LARSON KING, LLP
                                       T. JOSEPH SNODGRASS
23                                         KELLY A. SWANSON

24

25                           By: /s/ T. JOSEPH SNODGRASS
                                  T. JOSEPH SNODGRASS

26                           Attorneys for Plaintiffs
27                           MONTE RUSSELL and DANIEL FRIEDMAN

28

43594                  -2-

JOINT MTN TO FILE EXH TO AMENDMENT TO SETTLEMENT UNDER SEAL; [PROPOSED] ORDER

DATED:  April 14, 2010         HODEL BRIGGS WINTER LLP
                               GLENN L. BRIGGS
                               THERESA A. KADING


                               By: /s/ GLENN L. BRIGGS
                                           GLENN L. BRIGGS

                               Attorneys for Defendants
                               WELLS FARGO BANK, N.A.; WELLS FARGO
                               & COMPANY

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. Exhibit A to the parties' Amendment to Settlement Agreement contains material outlining sensitive and personal data concerning individual Plaintiff Class Members' settlement awards.
2. As such, Exhibit A to the parties' Amendment to Settlement Agreement shall be filed under seal with the Court pursuant to Local Rule 79-5.


Dated: _____, 2010


                                          _____
                                          CLAUDIA WILKEN
                                          DISTRICT COURT JUDGE