T. JOSEPH SNODGRASS (MN# 231071) (*pro hac vice*)
Email:  jsnodgrass@larsonking.com
KELLY A. SWANSON (MN# 330838) (*pro hac vice*)
Email:  kswanson@larsonking.com
LARSON KING, LLP
30 East 7th Street
St. Paul, Minnesota 55101
Telephone:  (651) 312-6500
Facsimile:  (651) 312-6619

Attorneys for Plaintiffs
MONTE RUSSELL and DANIEL FRIEDMAN

GLENN L. BRIGGS (SB# 174497)
Email: gbriggs@hbwllp.com
THERESA A. KADING (SB# 211469)
Email: tkading@hbwllp.com
HODEL BRIGGS WINTER LLP
8105 Irvine Center Drive, Suite 1400
Irvine, CA  92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

Attorneys for Defendants
WELLS FARGO BANK, N.A.; WELLS FARGO & COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| MONTE RUSSELL and DANIEL FRIEDMAN, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY,<br><br>Defendants. | CASE NO. C 07-03993 CW<br><br>JUDGE CLAUDIA WILKEN<br>COURTROOM 2<br><br>**STIPULATION TO AMEND SETTLEMENT AGREEMENT BETWEEN PLAINTIFFS AND DEFENDANTS** |

Plaintiffs Monte Russell and Daniel Friedman ("Plaintiffs") and Defendants Wells Fargo Bank, N.A., and Wells Fargo & Company ("Defendants"), through their respective counsel, hereby stipulate as follows:

43585_1

1    WHEREAS, the parties previously submitted a Settlement Agreement (ECF
2 142-1), which received preliminary approval from the Court on March 26, 2010
3 (*see* ECF 152);

5    WHEREAS, the parties have identified three additional FLSA Class
6 Members who were inadvertently omitted from the FLSA Class as described in the
7 original Settlement Agreement;

9    WHEREAS, an amendment to the Settlement Agreement is necessary to
10 include the three previously omitted FLSA Class Members, including Suzanne
11 Honeck, Dustin Knape, and Jeffrey Telford;

13    WHEREAS, each of the three previously omitted Class Members will be
14 treated the same as those Class Members included in the original Settlement
15 Agreement to whom they are similarly situated, and compensated accordingly;

17    WHEREAS, all provisions of the Settlement Agreement will apply to these
18 three previously omitted Class Members with full force, as if they had been
19 included in the original Settlement Agreement; and

21    WHEREAS, the proposed amendment should be approved by the Court for
22 the same reasons supporting the Court's approval of the original Settlement
23 Agreement (ECF 142-1) on March 26, 2010.

NOW, THEREFORE, through their respective counsel, THE PARTIES STIPULATE THAT THE AMENDMENT, INDIVIDUALLY, AND THE SETTLEMENT AS A WHOLE, MEET ALL REQUIREMENTS FOR THIS COURT'S PRELIMINARY APPROVAL, AND REQUEST THE FOLLOWING ORDER:

1. The parties' previously submitted Settlement Agreement (ECF 142-1), which received preliminary approval from the Court on March 26, 2010 (*see* ECF 152), is amended as described in the Amendment to Settlement Agreement between Plaintiffs and Defendants, filed concurrently herewith. The unaffected provisions of the Settlement Agreement remain approved and unchanged.

2. The Amendment to the Settlement Agreement, and the proposed settlement as a whole, meets all requirements for this Court's preliminary approval, as set out in the Court's previously entered Order granting preliminary approval of the proposed settlement (ECF 152).

DATED: April 13, 2010    LARSON KING, LLP
T. JOSEPH SNODGRASS
KELLY A. SWANSON

By: /s/ T. JOSEPH SNODGRASS
      T. JOSEPH SNODGRASS

Attorneys for Plaintiffs
MONTE RUSSELL and DANIEL FRIEDMAN

| | | |
|---|---|---|
| 1 | DATED:  April 13, 2010 | HODEL BRIGGS WINTER LLP |
| 2 | | GLENN L. BRIGGS |
| | | THERESA A. KADING |

By: /s/ GLENN L. BRIGGS
              GLENN L. BRIGGS

Attorneys for Defendants
WELLS FARGO BANK, N.A.; WELLS FARGO & COMPANY

43585_1                                                      -4-

STIPULATION TO AMEND SETTLEMENT AGREEMENT

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 16, 2010

*[signature: Claudia Wilken]*

CLAUDIA WILKEN
DISTRICT COURT JUDGE