1  T. JOSEPH SNODGRASS (MN# 231071) *(pro hac vice)*
   Email: jsnodgrass@larsonking.com
2  KELLY A. SWANSON (MN# 330838) *(pro hac vice)*
   Email: kswanson@larsonking.com
3  LARSON · KING, LLP
   2800 Wells Fargo Place
4  30 East 7th Street
   St. Paul, Minnesota 55101
5  Telephone: (651) 312-6500
   Facsimile:  (651) 312-6619
6
   Attorneys for Plaintiffs MONTE RUSSELL and DANIEL FRIEDMAN
7
   KELLY M. DERMODY (Cal. Bar No. 171716)
8  Email: kdermody @lchb.com
   JAHAN C. SAGAFI (Cal. Bar. No. 224887)
9  Email: jsagafi@lchb.com
   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
10 275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
11 Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
12
   Attorneys for *Lewis* Plaintiffs
13
   GLENN L. BRIGGS (SB# 174497)
14 Email: gbriggs@hbwllp.com
   THERESA A. KADING (SB# 211469)
15 Email: tkading@hbwllp.com
   HODEL BRIGGS WINTER LLP
16 8105 Irvine Center Drive, Suite 1400
   Irvine, CA 92618
17 Telephone: (949) 450-8040
   Facsimile: (949) 450-8033
18
   Attorneys for Defendants WELLS FARGO BANK, N.A.; WELLS FARGO & COMPANY
19
   JOAN B. TUCKER FIFE (SBN 144572)
20 WINSTON & STRAWN LLP
   101 California Street
21 San Francisco, California 94111
22 Telephone:  (415) 591-1000
   Facsimile:  (415) 591-1400
23 E-Mail: jfife@winston.com

24 EVAN R. MOSES (SBN 198099)
25 AUDREY SHEN CHUI (SBN 254510)
   WINSTON & STRAWN LLP
26 333 S. Grand Avenue, Suite 3800
   Los Angeles, CA 90071-1543
27 Telephone:  (213) 615-1700
   Facsimile:  (213) 615-1750
28 Email: evmoses@winston.com

STIPULATION RE: TRANSFER OF RICHARD RODNEY TUCKER
Page 1

1   Email: achui@winston.com

2   Attorneys for Defendant WELLS FARGO BANK, N.A.

3

4                    UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| MONTE RUSSELL and DANIEL FRIEDMAN, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>WELLS FARGO AND COMPANY and WELLS FARGO BANK, N.A.,<br><br>    Defendants. | CASE NO: C 07 3993 CW<br><br>JUDGE CLAUDIA WILKEN<br>COURTROOM 2<br><br>**STIPULATION RE: TRANSFER OF RICHARD RODNEY TUCKER; [PROPOSED] ORDER APPROVING TRANSFER** |
| MARTIN LEWIS, AARON COOPER, and ANISSA SCHILLING, on behalf of themselves and a class of those similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>WELLS FARGO & CO.,<br><br>    Defendant. | CASE NO. C 08-02670 CW |

Plaintiffs Monte Russell and Daniel Friedman ("*Russell* Plaintiffs") and Defendants Wells Fargo Bank, N.A., and Wells Fargo & Company, who are parties in *Russell, et al. v. Wells Fargo & Co., et al.*, Case No. C-07-3993 CW (N.D. Cal.) ("*Russell*"), and Plaintiffs Martin Lewis, Aaron Cooper, and Anissa Schilling ("*Lewis* Plaintiffs") and Defendant Wells Fargo & Co., who are parties in *Lewis, et al. v. Wells Fargo & Co.*, Case No. C 08-02670 CW, through their respective counsel, hereby stipulate as follows:

WHEREAS, this Court deemed the *Russell* and *Lewis* lawsuits as related pursuant to Local Rule 3-12 by way of Order dated June 11, 2008 (*Russell* Docket No. 28);

1  WHEREAS, Richard Rodney Tucker signed a document entitled Consent to Join the FLSA Collective Action ("Consent Form"), thereby giving his consent to become a party plaintiff in the *Russell* action;

WHEREAS, on October 2, 2008, Plaintiffs' counsel in *Russell* filed a Notice of Filing Consent to Become a Party Plaintiff, which included Mr. Tucker's Consent Form ("Notice") (*Russell* Docket No. 65);

WHEREAS, counsel for *Russell* Plaintiffs, *Lewis* Plaintiffs and Defendants subsequently learned that Mr. Tucker worked for Defendants as a Network Analyst 2 from on or about July 1, 2006, to on or about November 25, 2006, and therefore does not satisfy the definition of the class conditionally certified in the *Russell* action, but does satisfy the definition of the class conditionally certified in the *Lewis* case;

WHEREAS, all parties agree to the transfer of Mr. Tucker's Consent Form from the *Russell* action to the *Lewis* action with the effective opt-in date of October 2, 2008;

NOW, THEREFORE, through their respective counsel, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. Richard Rodney Tucker's October 2, 2008 Consent to Join the FLSA Collective Action is hereby withdrawn from the *Russell* matter and transferred to the *Lewis* matter;

2. Mr. Tucker is no longer a party plaintiff to the *Russell* action;

3. Mr. Tucker's rights shall be determined as though he never signed a Consent Form in the *Russell* matter;

4. Instead, Mr. Tucker's rights shall be determined as though he signed and caused to be filed a Consent Form in the *Lewis* matter with an opt-in date of October 2, 2008.

|   |   |
|---|---|
|   | **LARSON KING, LLP**<br>**T. JOSEPH SNODGRASS**<br>**KELLY A. SWANSON** |
| DATED: June 3, 2010 | By:   /s/ T. Joseph Snodgrass<br>         T. JOSEPH SNODGRASS |
|   | Attorneys for Plaintiffs MONTE RUSSELL AND DANIEL FRIEDMAN |
|   | **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**<br>**KELLY M. DERMODY**<br>**JAHAN C. SAGAFI** |
| DATED: June 3, 2010 | By:   /s/ Jahan C. Sagafi<br>         JAHAN C. SAGAFI |
|   | Attorneys for *Lewis* Plaintiffs |
|   | **HODEL BRIGGS WINTER LLP**<br>**GLENN L. BRIGGS**<br>**THERESA A. KADING** |
| DATED:  June 3, 2010 | By:   /s/ Theresa A. Kading<br>         THERESA A. KADING |
|   | Attorneys for Defendants WELLS FARGO BANK, N.A.; WELLS FARGO & COMPANY |
|   | **WINSTON & STRAWN LLP**<br>**JOAN B. TUCKER FIFE**<br>**EVAN R. MOSES**<br>**AUDREY SHEN CHUI** |
| DATED: June 3, 2010 | By:   /s/ Joan B. Tucker Fife |
|   | Attorneys for Defendant WELLS FARGO & COMPANY |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. Richard Rodney Tucker's October 2, 2008 Consent to Join the FLSA Collective Action is hereby withdrawn from the *Russell* matter and transferred to the *Lewis* matter;

2. Mr. Tucker is no longer a party plaintiff to the *Russell* action;

3. Mr. Tucker's rights shall be determined as though he never signed a Consent Form in the *Russell* matter;

4. Mr. Tucker's rights shall be determined as though he signed a Consent Form in the *Lewis* matter with an opt-in date of October 2, 2008.

Dated: __September 8__, 2010

_____
THE HONORABLE CLAUDIA WILKEN
DISTRICT COURT JUDGE